UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 00-06126-CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON



BETTY ORTEGA,                           )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )
                                        )
UNISOURCE WORLDWIDE, INC., a            )
foreign corporation,                    )
                                        )
            Defendant.                  )
_____ )

## ANSWER

COMES NOW, Defendant Unisource Worldwide, Inc. ("Unisource"), and answers the Complaint of Plaintiff, Betty Ortega ("Ortega") as follows:

## INTRODUCTION

1.      Defendant admits that this an action by Plaintiff, that Plaintiff is a Hispanic female and that Plaintiff seeks damages, injunctive relief, attorney's fees and litigation expense. Defendant denies that Plaintiff is entitled to the relief requested or any relief whatsoever and denies the remaining allegations contained in Paragraph 1 of the Complaint.



## JURISDICTION AND VENUE

2.      Defendant admits that Plaintiff seeks damages in excess of $15,000.00 exclusive of costs, interests and for injunctive relief.  Defendant denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

3.      Defendant denies the allegations contained in Paragraph 3 of the Complaint, but admits that venue is proper in the United States District Court for the Southern District of Florida, Miami Division.

## THE PARTIES

4.      Defendant admits that Plaintiff is employed by Unisource and has been employed by Unisource and/or its predecessors since 1988 as a sales representative.  Defendant further admits that Plaintiff purports to bring claims pursuant to the Florida Civil Rights Act and the Federal Equal Pay Act.  Defendant denies the remaining allegations contained in Paragraph 4 and the sub-parts thereof of the Complaint.

5.      Defendant admits the allegations contained in Paragraph 5 of the Complaint.

## CONDITIONS PRECEDENT

6.      Defendant admits that Plaintiff filed a Charge of Discrimination with the Florida Commission on Human Relations.  Defendant denies the remaining allegations contained in Paragraph 6 of the Complaint.

7.      Defendant admits that Plaintiff filed a Charge of Discrimination with the Florida Commission on Human Relations.  Defendant lacks sufficient knowledge to admit or deny the remaining allegations contained in Paragraph 7 of the Complaint, which allegations therefore stand denied.

## COUNT I/EQUAL PAY ACT

8.    Defendant realleges its responses to Paragraphs 1, 2, 3, 4(c), 5 and 6 of the Complaint and incorporates them by reference as if fully set forth herein.

9.    Defendant admits the allegations contained in Paragraph 9 of the Complaint.

10.    Defendant denies the allegations contained in Paragraph 10 of the Complaint.

11.    Defendant denies the allegations contained in Paragraph 11 of the Complaint.

12.    Defendant denies the allegations contained in Paragraph 12 of the Complaint.

13.    Defendant denies the allegations contained in Paragraph 13 of the Complaint.

14.    Defendant denies the allegations contained in Paragraph 14 of the Complaint.

15.    Defendant denies the allegations contained in Paragraph 15 of the Complaint.

16.    Defendant denies the allegations contained in Paragraph 16 of the Complaint.

In response to the nonenumerated Wherefore Paragraph that follows Paragraph 16 of the Complaint, Defendant denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

## COUNT II/RETALIATION

17.    Defendant realleges its responses to Paragraphs 1, 2, 3, 4(d), 5 & 6 of the Complaint and incorporates them by reference as if fully set forth herein.

18.    Defendant denies the allegations contained in Paragraph 18 of the Complaint.

19.    Defendant denies the allegations contained in Paragraph 19 and the sub-parts thereof of the Complaint.

In response to the nonenumerated Wherefore Paragraph that follows Paragraph 19 of the Complaint, Defendant denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

3

## COUNT III/FCRA/GENDER DISCRIMINATION

20.    Defendant realleges its responses to Paragraphs 1-3, 4(b), 5-7, 10 and 11 of the Complaint and incorporates them by reference as fully set forth herein.

21.    Defendant denies the allegations contained in Paragraph 21 of the Complaint.

22.    Defendant denies the allegations contained in Paragraph 22 of the Complaint.

23.    Defendant denies the allegations contained in Paragraph 23 of the Complaint.

24.    Defendant denies the allegations contained in Paragraph 24 of the Complaint.

25.    Defendant denies the allegations contained in Paragraph 25 of the Complaint.

26.    Defendant denies the allegations contained in Paragraph 26 of the Complaint.

27.    Defendant denies the allegations contained in Paragraph 27 of the Complaint.

In response to the nonenumerated Wherefore Paragraph that follows Paragraph 27 of the Complaint, Defendant denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

## COUNT IV/FCRA/RACE DISCRIMINATION

28.    Defendant realleges its responses to Paragraphs 1-3, 4(a), & 5-7 of the Complaint and incorporates them by reference as if fully set forth herein.

29.    Defendant denies the allegations contained in Paragraph 29 of the Complaint.

30.    Defendant denies the allegations contained in Paragraph 30 of the Complaint.

31.    Defendant denies the allegations contained in Paragraph 31 of the Complaint.

32.    Defendant denies the allegations contained in Paragraph 32 of the Complaint.

33.    Defendant denies the allegations contained in Paragraph 33 of the Complaint.

34.    Defendant denies the allegations contained in Paragraph 34 of the Complaint.

35.     Defendant denies the allegations contained in Paragraph 35 of the Complaint.

In response to the nonenumerated Wherefore Paragraph that follows Paragraph 35 of the Complaint, Defendant denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

### COUNT V/FCRA/NATIONAL ORIGIN DISCRIMINATION

36.     Defendant realleges its responses to Paragraphs 1-3, 4(d), & 5-7 of the Complaint and incorporates them by reference as if fully set forth herein.

37.     Defendant denies the allegations contained in Paragraph 37 of the Complaint.

38.     Defendant realleges its responses to Paragraphs 30-35 of the Complaint and incorporates them by reference as if fully set forth herein.

In response to the nonenumerated Wherefore Paragraph that follows Paragraph 38 of the Complaint, Defendant denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

### COUNT VI/ FCRA RETALIATION

39.     Defendant realleges its responses to Paragraphs 1-3, 4(c) & 5-7 of the Complaint and incorporates them by reference as if fully set forth herein.

40.     Defendant denies the allegations contained in Paragraph 40 of the Complaint.

41.     Defendant denies the allegations contained in Paragraph 41 and the sub-parts thereof of the Complaint.

42.     Defendant denies the allegations contained in Paragraph 42 of the Complaint.

43.     Defendant denies the allegations contained in Paragraph 43 of the Complaint.

44.     Defendant denies the allegations contained in Paragraph 44 of the Complaint.

45.     Defendant denies the allegations contained in Paragraph 45 of the Complaint.

46.     Defendant denies the allegations contained in Paragraph 46 of the Complaint.

47.     Defendant denies the allegations contained in Paragraph 47 of the Complaint.

In response to the nonenumerated Wherefore Paragraph that follows Paragraph 47 of the Complaint, Defendant denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

## DEMAND FOR JURY TRIAL

Defendant acknowledges that Plaintiff has demanded a trial by jury on all issues so triable.

Defendant denies each and every allegation in Plaintiff's Complaint not previously admitted or denied. Defendant also shows this Court the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint should be dismissed, in whole or in part, for failure to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred, in whole or in part, by Plaintiff's failure to file her Complaint within the requisite statutory period or statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred, in whole or in part, by the doctrine of waiver and/or estoppel.

## FOURTH AFFIRMATIVE DEFENSE

To the extent discovery or the evidence will reflect, all or some of Plaintiff's claims under the Florida Civil Rights Act, Chapter 760, Florida Statutes, are barred by Plaintiff's failure to satisfy the administrative prerequisites to bringing such claims.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims under the Florida Civil Rights Act are barred and this Court lacks subject matter jurisdiction over those claims which were not raised in the charge of discrimination filed by Plaintiff with the Florida Commission on Human Relations ("Florida Commission") and which are not subject to the Florida Commission's investigation and conciliation process.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims under the Florida Civil Rights Act are barred because Defendant's conduct with regard to Plaintiff was at all times based upon legitimate and bona fide business reasons which were entirely without discriminatory or retaliatory motive, intent, or effect.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claim for punitive damages is barred because Defendant did not discriminate against Plaintiff and did not act with malice or with reckless indifference to protected rights, and Plaintiff's request is subject to the statutory cap provided in the Florida Civil Rights Act, Florida Statutes, Chapter 760.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant denies that it violated any of the provisions of the federal Equal Pay Act, however, even if a violation occurred, such was unintentional and not willfully done; and therefore, any claim for relief under the federal Equal Pay Act is limited to a time period of two

7

years prior to the filing of Plaintiff's Complaint.

## NINTH AFFIRMATIVE DEFENSE

Defendant acted in good faith at all times and had reasonable grounds to believe that it was in compliance with the federal Equal Pay Act.

## TENTH AFFIRMATIVE DEFENSE

Defendant reserves the right to amend or add any additional defenses or counterclaims which may become known during the course of discovery.

WHEREFORE, Defendant prays for judgment against Plaintiff as follows:

1.    Plaintiff take nothing by her Complaint;

2.    Defendant be awarded its costs, including reasonable attorney's fees, incurred in defending this action; and

3.    Defendant be granted such other and further relief as this Court may deem just and proper.

HUNTON & WILLIAMS
Attorney for Unisource Worldwide, Inc.
One Biscayne Tower, Suite 2500
2 South Biscayne Boulevard
Miami, Florida 33131-1802
Telephone: (305) 810-2500
Telefax: (305) 810-2460


By _____
        Juan C. Enjamio
        Florida Bar No. 571910

8

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Karen

C. Amlong, Esquire, Amlong & Amlong, P.A., 500 Northeast Fourth Street, Second Floor, Fort

Lauderdale, Florida 33301-1154 on this ____ day of February, 2000.

Juan C. Enjamio

OF COUNSEL:

Robert H. Buckler
Georgia Bar No. 092650
Robert C. Stevens
Georgia Bar No. 680142

TROUTMAN SANDERS, LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Ph: (404) 885-3000
Fax: (404) 885-3900

Path: DOCSOPEN\MIAMI\08507\99999\000303\94K01!.DOC
Doc #: 11828; V. 1