UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6126-CIV-DIMITROULEAS

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,

    Defendant.

_____/

Magistrate Judge Johnson

FILED by _____ D.C.
FEB 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER REQUIRING COUNSEL TO MEET & FILE JOINT SCHEDULING REPORT

THIS CAUSE came before this Court upon removal of the case and the filing of an answer by Defendant. It is **ORDERED AND ADJUDGED** as follows:

1. Pursuant to 28 U.S.C. § 1447(c), counsel for the non-removing party must file a motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction within 30 days after the filing of the notice of removal under 28 U.S.C. § 1446 (a);

2. Pretrial discovery in this case shall be conducted in accord with Local Rules 16.1 and 26.1, and the Federal Rules of Civil Procedure;

3. All filings by the parties in this case shall be filed with the Clerk's Office in Fort Lauderdale, Florida;

4. Counsel for the parties shall hold a **scheduling conference** by February 29, 2000. See Local Rule 16.1(B);

5. By March 9, 2000, counsel shall file a **joint scheduling report** pursuant to Local Rule 16.1(B)(7). This report **shall indicate the proposed month and year for the trial** plus the estimated number of trial days required. Counsel shall also provide stamped



envelopes addressed to all counsel of record;

6. Failure of counsel to file a joint scheduling report may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of February, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Karen Amlong, Esq.
Amlong & Amlong
500 NE 4th Street
Fort Lauderdale, FL 3301-1154

Juan C. Enjamio, Esq.
Hunton & Williams
One Biscayne Tower, Suite 2500
2 South Biscayne Boulevard
Miami, FL 33131-1802