UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

## Plaintiff's Notice Regarding Magistrate Judge Jurisdiction

Plaintiff, BETTY ORTEGA, pursuant to the Order Setting Trial and Discovery Deadlines, entered on March 7, 2000, hereby gives notice regarding plaintiff's position on Magistrate Judge jurisdiction for trial, and states as follows:

    1.    The undersigned has conferred with plaintiff regarding consenting to trial before Magistrate Judge Linnea R. Johnson.

    2.    Plaintiff consents to trial before Magistrate Judge Johnson.



Amlong & Amlong, P.A.



          Respectfully submitted,

          */s/ Jennifer Daley*
          KAREN COOLMAN AMLONG
          Florida Bar Number 275565
          JENNIFER DALEY
          Florida Bar Number 0856436
          AMLONG & AMLONG, P.A.
          Attorneys for Plaintiffs
          Second Floor
          500 Northeast Fourth Street
          Fort Lauderdale, Florida 33301
          (954) 462-1983
          (954) 523-3192

Date:    March 16, 2000

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on March 17th, 2000, upon Juan C. Enjamio, Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131.

          */s/ Jennifer Daley*
          JENNIFER DALEY

G:\CP\HISTORY\1—2\51.DOC