UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 00-06126-CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/



### DEFENDANT'S NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Defendant, Unisource Worldwide, Inc., pursuant to Order Setting Trial and Discovery Deadlines, hereby gives notice regarding Defendant's position on Magistrate Judge jurisdiction for trial as follows:

1.    The undersigned has conferred with Defendant concerning trial before the Magistrate Judge.



CASE NO. 00-06126-CIV-DIMITROULEAS

2. Defendant does not consent to trial before the Magistrate Judge.

>Respectfully submitted,
>
>HUNTON & WILLIAMS
>Attorneys for Unisource Worldwide, Inc.
>One Biscayne Tower, Suite 2500
>2 South Biscayne Boulevard
>Miami, Florida 33131-1802
>Telephone: (305) 810-2500
>Telefax: (305) 810-2460
>E-Mail: JEnjamio@Hunton.com
>
>By _____
>Juan C. Enjamio
>Florida Bar No. 571910

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Karen C. Amlong, Esquire, Amlong & Amlong, P.A., 500 Northeast Fourth Street, Second Floor, Fort Lauderdale, Florida 33301-1154 on this ____ day of March, 2000.

>By _____
>Juan C. Enjamio

OF COUNSEL:

Robert H. Buckler
Georgia Bar No. 092650
Robert C. Stevens
Georgia Bar No. 680142

TROUTMAN SANDERS, LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Ph: (404) 885-3000
Fax: (404) 885-3900