UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 00-CV-6126

JUDGE WILLIAM P. DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

NIGHT BOX
FILED

MAR 31 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## DEFENDANT'S RULE 16.1 DISCLOSURES

COMES NOW Defendant Unisource Worldwide, Inc. ("Defendant") and, pursuant to Local Rule 16.1 of the United States District Court for the Southern District of Florida and the Joint Report of Scheduling Meeting, hereby responds as follows:

### DOCUMENTS

The following documents are responsive to Local Rule 16.1 and Defendant will make them available to Plaintiff at a time and place mutually convenient to the parties:

(1)    Plaintiff's Charge of Discrimination, charge number 150992605, filed with the Florida Commission on Human Relations and the Equal Employment Opportunity Commission ("EEOC"). (Bates Number Def. 2729.)



    (2)    Documents contained in the EEOC and Florida Commission on Human Relations' files regarding Plaintiff's charge number 150992605.

    (3)    Relevant documents from Unisource's Personnel File of Betty Ortega. (Bates Numbers Def. 1042 - 1159.)

    (4)    Relevant Unisource policies regarding employee conduct, equal employment opportunity, and promotions. (Bates Numbers Def. 1271 - 1363 & 2704 - 2724.)

    (5)    Unisource Commission Schedules for Supply Systems and Printing. (Bates Numbers Def. 1240 -1261.)

    (6)    Relevant Betty Ortega Commission Statements. (Bates Number Def. 1364-2703.)

Unisource reserves the right to supplement this list as applicable documents are made known to defense counsel.

## WITNESSES

Defendant states that at this time it has identified the following witnesses:

| | | | |
|---|---|---|---|
| (a) | John A. Glaze | 3501 Commerce Parkway<br>Miramar, FL 33025 | District Vice-President<br>Florida |
| (b) | William J. Ready | 3501 Commerce Parkway<br>Miramar, FL 33025 | Printing Sales Rep. |
| (c) | Gary A. Forzst | 3501 Commerce Parkway<br>Miramar, FL 33025 | Graphic Arts<br>Segment Manager |
| (d) | Jeanne P. Holmes | 4151 Woodcock Drive<br>Jacksonville, FL 32207 | Senior Customer<br>Service Professional |

Each of these individuals has knowledge regarding employees at Unisource including Plaintiff's employment with Unisource, the assignment of accounts to Plaintiff and her commissions.

These witnesses can be contacted through counsel for Defendant.

The following individuals may not be reached through Defendant's counsel, but may have knowledge concerning discoverable information relevant to the allegations contained in the pleadings:

(a)  Betty Ortega

Ms. Ortega is the Plaintiff in this lawsuit.

Unisource reserves the right to amend this response as additional witnesses become known to defense counsel. Unisource also reserves the right to call as a witness any individual listed on Plaintiff's Witness List as provided in Plaintiff's Initial Disclosures.

Respectfully submitted,

HUNTON & WILLIAMS
Attorney for Unisource Worldwide, Inc.
One Biscayne Tower, Suite 2500
2 South Biscayne Boulevard
Miami, Florida 33131-1802
Telephone: (305) 810-2500
Telefax: (305) 810-2460

By:_____
Juan C. Enjamio
Florida Bar No. 571910

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Karen C. Amlong, Esq., Amlong & Amlong, P.A., 500 Northeast Fourth Street, Second Floor, Fort Lauderdale, Florida 33301-1154 on this ____ day of March, 2000.

By:_____
Juan C. Enjamio