UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 00-06126-CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON



BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.

_____/

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

    Defendant, Unisource Worldwide, Inc., through its undersigned attorneys, responds to Plaintiff's Motion for Leave to Amend as follows:

    Unisource has no objection to Plaintiff's Motion for Leave to Amend. Unisource, of



CASE NO.    6126-CIV-DIMITROULEAS

course, reserves all of its rights under the Federal Rules of Civil Procedure, including the right to file a responsive pleading within twenty (20) days after the Amended Complaint is filed.

Respectfully submitted,

HUNTON & WILLIAMS
Attorneys for Unisource Worldwide, Inc.
One Biscayne Tower, Suite 2500
2 South Biscayne Boulevard
Miami, Florida 33131-1802
Telephone: (305) 810-2500
Telefax: (305) 810-2460
E-Mail: JEnjamio@Hunton.com

By_____
Juan C. Enjamio
Florida Bar No. 571910

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Karen C. Amlong, Esquire, Amlong & Amlong, P.A., 500 Northeast Fourth Street, Second Floor, Fort Lauderdale, Florida 33301-1154 on this ____ day of April, 2000.

_____
Juan C. Enjamio

Path: DOCSOPEN\MIAMI\08507\29073\000186\BCX01!.DOC
Doc #: 14721; V. 1