IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Ft. Lauderdale Division)
Case No. 00-6126-Civ-Dimitrouleas/Johnson



BETTY ORTEGA,

   Plaintiff,

vs.

UNISOURCE  WORLDWIDE,  INC.,  a
foreign  corporation,

   Defendant.

_____/

## Order Granting
## Plaintiff's Motion for Leave to Amend Complaint

THIS MATTER is before the court upon Plaintiff's Motion for Leave to

Amend Complaint.  The Court having carefully considered the motion, having

reviewed the court file and having been fully advised in the premises, *and noting the lack of opposition* finds that

there is good cause to grant the instant motion.  It is therefore

**ORDERED AND ADJUDGED** that said motion *[DE 10]* is hereby **GRANTED**.   The

Amended Complaint attached to the Motion for Leave shall be deemed filed.

Defendant shall serve its response to the Amended Complaint within ten (10)

days from the date of this Order, *pursuant to Rule 15(a)*.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida this 18

_____ day of April, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies Provided:
   Karen Coolman Amlong, Esquire
   Juan Enjamio, Esquire

