IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

## NOTICE OF SELECTION OF MEDIATOR

Plaintiff, Betty Ortega, hereby gives notice of the parties' selection of the following mediator to mediate this case: Judge Gerald Mager, One East Broward Blvd., Suite 601, Fort Lauderdale, FL 33301 (P.O. Box 14216, Ft. Lauderdale, FL 33302). Telephone: 954-766-8400.

Respectfully Submitted,

KAREN COOLMAN AMLONG
Florida Bar No: 275565
JENNIFER DALEY
Florida Bar No: 0856436
Amlong & Amlong, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, FL 33301-1154
(954)462-1983



Page 1 of 2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 1st day of June, 2000 to Juan C. Enjamio, Esquire, Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131.

JENNIFER DALEY

cc: Judge Gerald Mager

G:\CP\HISTORY\1772\80.DOC

