

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 00-06126-CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.

_____/



## MOTION TO APPEAR PRO HAC VICE

Juan C. Enjamio of the law firm of HUNTON & WILLIAMS, One Biscayne Tower, 2 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131-1802, (305) 810-2500, a member of the Bar of this Court and its Trial Bar, hereby moves pursuant to Local Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, for the admission of Robert H. Buckler and Robert C.



Stevens of TROUTMAN SANDERS, LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, Georgia 30308-2216, for the purposes of appearing as co-counsel on behalf of Defendant, Unisource Worldwide, Inc. This limited appearance applies only to this case.

1. I am a partner with the law firm of Hunton & Williams. I am an active member of the State Bar of Florida and the trial bar for the United States District Court for the Southern and Middle Districts of Florida.

2. Robert H. Buckler and Robert C. Stevens are admitted to practice by the Bar of the State of Georgia. Both applicants are admitted to practice before a number of federal courts as set forth in the attached affidavits, and they are currently active members of the Bar of the State of Georgia in good standing.

3. As required under Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys, Robert H. Buckler and Robert C. Stevens have studied the Local Rules of this Court, as certified in their affidavits attached hereto as Exhibits A and B, respectively.

4. I consent to being designated as the local contact attorney for service of any other matter related to this litigation.

5. If admitted to practice before this Honorable Court, Robert H. Buckler and Robert C. Stevens will conduct themselves in accordance with the rules and regulations governing the conduct of attorneys before this Court.

WHEREFORE, Movant respectfully requests the entry of an order admitting pro-hac vice Robert H. Buckler and Robert C. Stevens as co-counsel for Defendant.

>Respectfully submitted,
>
>HUNTON & WILLIAMS
>Attorneys for Unisource Worldwide, Inc.
>One Biscayne Tower, Suite 2500
>2 South Biscayne Boulevard
>Miami, Florida 33131-1802
>Telephone: (305) 810-2500
>Telefax: (305) 810-2460
>E-Mail: JEnjamio@Hunton.com
>
>By_____
>   Juan C. Enjamio
>   Florida Bar No. 571910

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Karen C. Amlong, Esquire, Jennifer Daley, Esquire, Amlong & Amlong, P.A., 500 Northeast Fourth Street, Second Floor, Fort Lauderdale, Florida 33301-1154 on this ____ day of June, 2000.

>By_____
>   Juan C. Enjamio

Co-Counsel:

Robert H. Buckler
Georgia Bar No. 092650
Robert C. Stevens
Georgia Bar No. 680142

TROUTMAN SANDERS, LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Ph: (404) 885-3000
Fax: (404) 885-3900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 00-06126 CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,
a foreign corporation.

    Defendant.

_____

## AFFIDAVIT OF ROBERT H. BUCKLER
## IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

STATE OF GEORGIA    )
                            ) ss:
COUNTY OF             )

    BEFORE ME, the undersigned authority personally appeared ROBERT H. BUCKLER, who after being duly sworn, deposes, and states:

    1.    I hereby request leave of this Court to appear in the above-entitled action as counsel *pro hac vice* in association with the law firm of Hunton & Williams, One Biscayne Tower, Suite 2500, 2 South Biscayne Boulevard, Miami, Florida 33131, as counsel of record for Defendant, Unisource Worldwide, Inc.

    2.    I a partner with the law firm of Troutman Sanders, LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, Georgia 30308-2216.

3. I am a member in good standing of the Bar Georgia and am admitted before Federal Courts including the U.S. District Court for the Northern District of Georgia. I am not under investigation or suspended from the practice of law in any jurisdiction.

4. I certify that I have studied the Local Rules of this Court.

5. If I am admitted to practice before this Honorable Court, I will conduct myself in accordance with the rules and regulations governing the conduct of attorneys within the State of Florida.

Robert H. Buckler

SWORN TO and SUBSCRIBED
before me this 5th day of June, 2000.

Notary Public:
SHARON COLE CRISP
Printed Name of Notary:

NOTARY PUBLIC - STATE OF GEORGIA

My Commission Expires: 2/18/03

Personally known ✓

OR produced identification

Type of Identification Produced:

_____

Path: DOCSOPEN\MIAMI\08507\29073\000186\CS%01!.DOC
Doc #: 16590; V. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 00-06126 CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,
a foreign corporation,

    Defendant.
_____/

**AFFIDAVIT OF ROBERT C. STEVENS**
**IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

STATE OF GEORGIA    )
                             ) ss:
COUNTY OF             )

BEFORE ME, the undersigned authority personally appeared ROBERT C. STEVENS, who after being duly sworn, deposes, and states:

    1.    I hereby request leave of this Court to appear in the above-entitled action as counsel *pro hac vice* in association with the law firm of Hunton & Williams, One Biscayne Tower, Suite 2500, 2 South Biscayne Boulevard, Miami, Florida 33131, as counsel of record for Defendant, Unisource Worldwide, Inc.

    2.    I am an associate with the law firm of Troutman Sanders, LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, Georgia 30308-2216.

3. I am a member in good standing of the Bar Georgia and am admitted before United States District Courts for the Northern District of Georgia. I am not under investigation or suspended from the practice of law in any jurisdiction.

4. I certify that I have studied the Local Rules of this Court.

5. If I am admitted to practice before this Honorable Court, I will conduct myself in accordance with the rules and regulations governing the conduct of attorneys within the State of Florida.

Robert C. Stevens

SWORN TO and SUBSCRIBED
before me this 5th day of June, 2000.

Notary Public:
SHARON COLE CRISP
Printed Name of Notary:

NOTARY PUBLIC - STATE OF GEORGIA

My Commission Expires: 2/18/03

Personally known ✓

OR produced identification

Type of Identification Produced:

Path: DOCSOPEN\MIAMI\08507\29073\000186\C0T01!.DOC
Doc #: 15581; V. 1