UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 00-06126-CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE has come before the Court upon the application of Robert H. Buckler and Robert C. Stevens, co-counsel for Defendant, Unisource Worldwide, Inc., for permission to appear and participate pro hac vice in this case. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said Motion is GRANTED.

DONE and ORDERED in Chambers at the United States District Courthouse, Miami, Florida, this ___7___ day of June, 2000.

U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

Juan C. Enjamio, Esquire
Robert H. Buckler, Esquire
Robert C. Stevens, Esquire
Karen Amlong, Esquire

