IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

   Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

   Defendant.

_____/



### Plaintiff's Response and Notice of No Objection to Motion to Appear Pro Hac Vice

Plaintiff, Betty Ortega, by and through undersigned counsel, hereby serves notice that she does not object to the Motion to Appear Pro Hac Vice filed by defendant over certificate of service dated June 6, 2000.

Respectfully Submitted,

KAREN COOLMAN AMLONG
Florida Bar No. 275565
JENNIFER DALEY
Florida Bar No: 0856436
Amlong & Amlong, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Fort Lauderdale, FL 33301-1154
(954)462-1983





**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 16th day of June, 2000 to Juan C. Enjamio, Esquire, Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131.

JENNIFER DALEY

G:\CP\HISTORY\1772\88.DOC