IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

　　Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

　　Defendant.
_____/

## Joint Expedited Motion for 30-day Enlargement of the Discovery Deadline

Plaintiff, Betty Ortega, and defendant, Unisource Worldwide, Inc., move for entry of an Order enlarging by 30 days, or until December 1, 2000, the deadline for them to complete discovery, and states as follows:

### Introduction

1.　This is gender, race and national origin action. The present discovery deadline is November 1, 2000. This case is set for trial in February 2001.

2.　The following depositions have been scheduled to be taken this month by plaintiff, to permit plaintiff to complete follow-up written discovery by the November 1, 2000 discovery deadline:



    a.    Bill Ready, September 21

    b.    John Glaze, September 21

    c.    Cecil McClary, September 21

    d.    Bill Bresenhan, September 25

    e.    John Price, September 25

    f.    Larry Press, September 28

    g.    Robert Peterson, September 28

    h.    30(b)6 corporate representative, September 29

    i.    Dennis Laux, September 29

    j.    John Huempfner, September 29

3.    The parties seek entry of an Order enlarging the discovery deadline by a period of 30 days because a number of the witnesses and defendant have requested that the depositions be rescheduled during first week of October. However, if the depositions are rescheduled for the periods requested by the witnesses and defendant, plaintiff will be unable to serve any follow-up written discovery before the discovery deadline ends.

4.    This motion is being filed on an expedited basis because the parties need a ruling before the first set of depositions are scheduled to begin, i.e., September 21, to permit them to reschedule the depositions in order to accommodate the witnesses' schedules and to permit plaintiff to perform follow-up discovery after the deposition before the end of discovery.

5. This motion is filed in good faith and not for the purpose of delay.

WHEREFORE, the parties respectfully request entry of an Order granting this motion to enlarge, and granting them such other and further relief as this Court deems appropriate.

Respectfully Submitted,

KAREN COOLMAN AMLONG
Florida Bar Number 275565
JENNIFER DALEY
Florida Bar Number 0856436
Amlong & Amlong, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Fort Lauderdale, Florida 33301
(954)462-1983

Dated: September 19, 2000

G:\CP\HISTORY\1772\151.DOC

JUAN C. ENJAMIO
Florida Bar Number 571910
Hunton & Williams
Attorneys for Defendant
One Biscayne Tower, Suite 2500
2 South Biscayne Blvd.
Miami, FL 33131
(305) 810-2500

Dated: September 19, 2000