

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 00-CV-6126-CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

### DEFENDANT'S APPENDIX OF MATERIALS IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER

Defendant, Unisource Worldwide, Inc., in support of its Motion for Protective Order, submits the following materials:

| **DESCRIPTION** | **TAB** |
| --- | --- |
| Plaintiff's Amended First Set of Rule 26.1.G Interrogatories | A |



CASE NO. 00-CV-6126-CIV-DIMITROULEAS

Plaintiff's First Set of Interrogatories — B

Plaintiff's Second Set of Interrogatories — C

Plaintiff's Third Set of Interrogatories — D

Plaintiff's Fourth Set of Interrogatories — E

Plaintiff's Fifth Set of Interrogatories — F

Plaintiff's Sixth Set of Interrogatories — G

Plaintiff's Seventh Set of Interrogatories — H

Plaintiff's Eighth Set of Interrogatories — I

Plaintiff's Ninth Set of Interrogatories — J

Plaintiff's Supplement to Plaintiff's Sixth Set of Interrogatories — K

Plaintiff's First Request for Production of Documents from Defendant — L

Plaintiff's Second Request for Production of Documents from Defendant — M

Plaintiff's Third Request for Production of Documents from Defendant — N

Plaintiff's Fourth Request for Production of Documents from Defendant — O

Plaintiff's Fifth Request for Production of Documents from Defendant — P

*McMenamin v. M & P Trucking Co., Inc.*, 1994 WL 124846 (E.D.Pa.) — Q

*Lipson v. Johnson and Wales University*,

CASE NO. 00-CV-6126-CIV-DIMITROULEAS

1997 WL 576398 (D.R.I.)                                    R

        Respectfully submitted,

        HUNTON & WILLIAMS
        Attorneys for Defendant
        One Biscayne Tower, Suite 2500
        2 South Biscayne Boulevard
        Miami, Florida 33131-1802
        Telephone: (305) 810-2500
        Telefax: (305) 810-2460
        E-Mail: JEnjamio@Hunton.com


        By _____
           Juan C. Enjamio
           Florida Bar No. 571910

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Karen C. Amlong, Esq., Jennifer Daley, Esq., Amlong & Amlong, P.A., 500 Northeast Fourth Street, Second Floor, Fort Lauderdale, Florida 33301-1154 on this 19th day of September, 2000.

        By _____
           Juan C. Enjamio

OF COUNSEL:

Robert H. Buckler
Georgia Bar No. 092650
Robert C. Stevens
Georgia Bar No. 680142

TROUTMAN SANDERS, LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Ph: (404) 885-3000
Fax: (404) 885-3900

# DISCOVERY

# NOT

# SCANNED

PLEASE REFER TO FILE