IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a foreign corporation,

    Defendant.
_____/

FILED by _____ D.C.

SEP 20 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### Order Granting
### Joint Expedited Motion for 30-day
### Enlargement of the Discovery Deadline

THIS MATTER is before the court upon the parties' Joint Expedited Motion for 30-day Enlargement of the Discovery Deadline. The Court having carefully considered the motion, having reviewed the court file and having been fully advised in the premises, finds that there is good cause to grant the instant motion. It is therefore

**ORDERED AND ADJUDGED** that said motion is hereby **GRANTED**. The discovery cutoff is extended to December 1, 2000. The substantive pretrial motion deadline is extended until December 8, 2000.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida this 20

_____ day of September, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies Provided:
    Karen Coolman Amlong, Esquire
    Juan Enjamio, Esquire

