IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

**NIGHT BOX**
**FILED**
**OCT 1 3 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### Plaintiff's Unopposed Motion to File Under Seal
### Plaintiff's Motions to Compel

Plaintiff, Betty Ortega, pursuant to Local Rule 5.4, moves for leave of court to file under seal Plaintiff's Motion to Compel re: Plaintiff's Fourth Request for Production and Eighth Set of Interrogatories, and Plaintiff's Motion to Compel re: Plaintiff's Seventh and Ninth Sets of Interrogatories, and as grounds for this motion states:

1.    Simultaneous with the filing of this motion, Plaintiff is submitting for filing Plaintiff's Motion to Compel re: Plaintiff's Fourth Request for Production and Eighth Set of Interrogatories, and Plaintiff's Motion to Compel re: Plaintiff's Seventh and Ninth Sets of Interrogatories.



Page 1 of 2



2. Plaintiff seeks leave of Court to seal those motions because attached to them are exhibits covered by the Agreed Confidentiality Order entered in this case.

3. Neither party holds public office nor other position of "public trust" that would be compromised by the sealing of the report.

4. Plaintiff has contacted opposing counsel regarding defendant's position on this motion, and defendant does not object to it.

Respectfully Submitted,

*[signature]*

KAREN COOLMAN AMLONG
Florida Bar No: 275565
JENNIFER DALEY
Florida Bar No: 0856436
Amlong & Amlong, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, FL 33301-1154
(954)462-1983

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 13th day of October, 2000 to Juan C. Enjamio, Esq., Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 3131; Robert Stevens, Esq., Troutman Sanders, LLP, 5200 Bank of America Plaza, 600 Peachtree St., N.E., Atlanta, GA 30308.

*[signature]*

JENNIFER DALEY

G:\CP\HISTORY\1772\203.DOC