**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.   00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

       Plaintiff,

vs

UNISOURCE WORLDWIDE, INC., etc.,

       Defendant.

_____/

FILED by _____ D.C.

OCT 1 6 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Expedited Motion to Compel Defendant to Produce John Glaze and/or Another Corporate Representative for Deposition on October 25, 2000.   This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises.   Accordingly,   it is hereby

**ORDERED AND ADJUDGED** that said motion is **GRANTED**.

This Court has carefully reviewed the pleadings filed, the evidence submitted and the applicable case law and finds that Plaintiff has been clearly prejudiced by Defendant's belated notice that Glaze was being produced only on the day in question for deposition in both his individual and corporate capacities.   In reliance on the notices sent and the correspondence exchanged, Plaintiff's counsel reasonably believed Glaze was being produced for deposition solely in his individual capacity, and it was for this individual capacity deposition that Plaintiff's counsel prepared.   Unless the undersigned grants the instant Motion to Compel, Defendant's conduct will result in depriving Plaintiff of the opportunity to take an informed deposition of Defendant's corporate representative



regarding the areas previously designated for Glaze, and of the documents requested in the request for production of documents incorporated in the 30(b)(6) notice which Glaze had not brought to the deposition. See King v. Pratt & Whitney, 161 F.R.D. 475 (S.D. Fla. 1995); Ramey v. American Forest and Paper Association, Inc., 26 F. Supp. 2d 82, 95 (D. D. C. 1998).

In accordance with the above and foregoing, Defendant is hereby ordered to produce John Glaze and/or another corporate representative to appear for deposition on October 25, 2000 to address the areas not covered by Amy George as corporate representative and to bring along to the deposition those documents identified in the 30(b)(6) notice. Plaintiff's request for fees and costs incurred incident to preparing the instant motion is denied.

**DONE AND ORDERED** on October 16, 2000, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:    The Honorable William P. Dimitrouleas
       Jennifer Daley, Esq.
       Juan C. Enjamio, Esq.

2