IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/



FILED by ___ D.C.
OCT 17 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### Order Granting Plaintiff's Unopposed Motion to File Under Seal Plaintiff's Response to Defendant's Motion for Protective Order

THIS MATTER is before the court upon Plaintiff's Unopposed Motion to File Under Seal Plaintiff's Response to Defendant's Motion for Protective Order. The Court having carefully considered the motion, having reviewed the court file and having been fully advised in the premises, finds that there is good cause to grant the instant motion. It is therefore

**ORDERED AND ADJUDGED** that said motion is hereby **GRANTED**. The Clerk is directed to seal in accord with the Local Rules Plaintiff's Unopposed Motion to File Under Seal Plaintiff's Response to Defendant's Motion for Protective Order.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida this __16__ day of October, 2000.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

Copies Provided:
    Karen Coolman Amlong, Esq.
    Juan Enjamio, Esq.
    Robert Stevens, Esq.

