IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/



FILED by _____ D.C.

OCT 17 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### Order Granting
### Plaintiff's Unopposed Motion to File Under Seal
### Plaintiff's Motions to Compel

THIS MATTER is before the court upon Plaintiff's Unopposed Motion to File Under Seal Plaintiff's Motions to Compel. The Court having carefully considered the motion, having reviewed the court file and having been fully advised in the premises, finds that there is good cause to grant the instant motion. It is therefore

**ORDERED AND ADJUDGED** that said motion is hereby **GRANTED**. The Clerk is directed to seal in accord with the Local Rules the following motions:

1.    Plaintiff's Motion to Compel re: Plaintiff's Fourth Request for Production and Eighth Set of Interrogatories; and

2.   Plaintiff's Motion to Compel re: Plaintiff's Seventh and Ninth Sets of Interrogatories

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida this __16__ day of October, 2000.

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

Copies Provided:
    Karen Coolman Amlong, Esq.
    Juan Enjamio, Esq.
    Robert Stevens, Esq.

