**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.   00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

    Plaintiff,

vs

UNISOURCE WORLDWIDE, INC., etc.,

    Defendant.

_____/

FILED by _____ D.O.
NOV - 1 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion for Protective Order and Incorporated Memorandum of Law (Docket Entry No. 20).   This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **DENIED**. The blanket form Motion for Protective Order sought in this instance is inappropriate.  Because of the numerous requests, however, Defendant shall have an additional fifteen (15) days to respond to the subject discovery.  Accordingly, Defendant is ordered to respond, or otherwise specifically object, to the subject discovery within forty-five (45) days from the date hereof. Additionally, the parties are hereby notified that any interrogatory or production requests seeking discovery on a nationwide basis will be denied.  Accordingly, Defendant need not respond to any discovery request seeking information on a nationwide or company-wide basis, but may limit its response to discriminatory allegations of the sort complained of in this case at the location where Plaintiff is or was employed.



**DONE AND ORDERED** on November 1, 2000, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:  The Honorable William P. Dimitrouleas
     Jennifer Daley, Esq.
     Juan C. Enjamio, Esq.