IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

Defendant.
_____/

### Plaintiff's Reply to Defendant's Brief in Response to Plaintiff's Motion to Compel re: Plaintiff's Seventh and Ninth Sets of Interrogatories

Plaintiff, Betty Ortega, replies to Defendant's Brief in Response to Plaintiff's Motion to Compel re: Plaintiff's Seventh and Ninth Set of Interrogatories, and states as follows:

The motion to compel should be granted because:

***One***, by Unisource's response to the motion to compel, it is clear that the information requested in the interrogatories is relevant.

***Two***, Unisource's primary excuse for even attempting to answer the interrogatories no longer exists because on November 1, 2000, this Court entered an Order denying Unisource's motion for a blanket protective order.

***Three***, contrary to defendant's contention, the "majority of the information sought by plaintiff" has not been already provided to plaintiff in the form of documents and deposition testimony. Plaintiff has filed other motions to compel because she has not been provided with much of the information



Amlong &
Amlong, P.A.



requested from defendant. If defendant had provided the information, the motion to compel would not have been necessary. In fact, plaintiff is in the process of preparing yet another motion to compel with respect to the depositions taken of defendant's 30(b)(6) representatives, because (as will be discussed further in that motion) with respect to several of the areas listed on the notice, the representatives were unprepared to testify and made little or no effort to obtain the information listed on the notice.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 6th day of November, 2000 to Juan C. Enjamio, Esquire, Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131; Robert Stevens, Esq., Troutman Sanders, LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, GA 30308.

KAREN COOLMAN AMLONG
Florida Bar No: 275565
JENNIFER DALEY
Florida Bar No: 0856436
Amlong & Amlong, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Fort Lauderdale, FL 33301-1154
(954)462-1983

I:\CPWin\HISTORY\971115A\6EC.F1