IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/



### Plaintiff's Reply to Defendant's Brief in Response to Plaintiff's Motion to Compel re: Fourth Request for Production and Eighth Set of Interrogatories

Plaintiff, Betty Ortega, replies to Defendant's Brief in Response to Plaintiff's Motion to Compel re: Plaintiff's Fourth Request for Production and Eighth Set of Interrogatories, and states as follows:

The motion to compel should be granted because:

***One***, by Unisource's response to the motion to compel, it is undisputed that the information requested in the interrogatories and the request for production is relevant.

***Two***, Unisource's primary excuse for even attempting to answer the interrogatories or produce the documents no longer exists because on November 1, 2000, this Court entered an Order denying Unisource's motion for a blanket protective order.



Amlong &
Amlong, P.A.



***Three***, while defendant agreed to give plaintiff the documents addressed by the fourth request for production, plaintiff still does not have them. So the motion to compel is not moot with respect to those documents. Defendant should be compelled to produce the documents because plaintiff should not have to wait indefinitely to get them. As to the interrogatories, defendant has refused to any of them without a court order. So, it should be compelled to do so.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 6th day of November, 2000 to Juan C. Enjamio, Esquire, Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131; Robert Stevens, Esq., Troutman Sanders, LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, GA 30308.

KAREN COOLMAN AMLONG
Florida Bar No: 275565
JENNIFER DALEY
Florida Bar No: 0856436
Amlong & Amlong, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Fort Lauderdale, FL 33301-1154
(954)462-1983

I:\CPWin\HISTORY\971115A\6EC.F2