IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.

_____/

### Plaintiff's Motion to Enlarge
### the Deadline to Serve Plaintiff's Expert Disclosure

Plaintiff, Betty Ortega, moves for entry of an Order enlarging by 30 days after defendant has produced documents and information responsive to the motions to compel and discovery request for plaintiff's expert disclosure, and states as follows:

### Introduction

1. This is gender, race and national origin action. Pursuant to Local Rule 16.1, the present expert discovery deadline is November 18, 2000.





2. Plaintiff seeks to enlarge the deadline for her expert disclosure to permit her to obtain the documents and information from defendant which her expert needs to prepare his report, including:

**One**, documents that defendant indicated, including through correspondence plaintiff received November 15, 2000, defendant is still gathering and has not yet produced to plaintiff;

**Two**, documents and information that are subject of the motions to compel pending before the Court, upon which the Court has not yet ruled;

**Three**, documents and information for which his Court granted defendant an enlargement of time beyond the present expert disclosure deadline; and

**Four,** documents and information that have not yet been addressed in a motion to compel because the parties are still attempting to resolve them without a motion to compel.

3. Plaintiff seeks entry of an Order enlarging plaintiff's expert disclosure deadline by a period of 30 days from the date on which defendant produces the last set of the responsive information and/or documents to plaintiff to provide her expert witness sufficient time to review the documents (which plaintiff expect to be voluminous) and prepare his report.

4. Plaintiff conferred with defendant about this motion, and opposing counsel has indicated that defendant does not object to a two-week enlargement from the date of its production of the documents at issue, but is still considering its position with respect to the 30-day enlargement requested by plaintiff.

5. This motion is filed in good faith and not for the purpose of delay.

WHEREFORE, plaintiff respectfully requests entry of an Order granting this motion to enlarge, and granting her such other and further relief as this Court deems appropriate.

Respectfully Submitted,

KAREN COOLMAN AMLONG
Florida Bar Number 275565
JENNIFER DALEY
Florida Bar Number 0856436
AMLONG & AMLONG, P.A.
Attorneys for Plaintiffs
Second Floor
500 Northeast Fourth Street
Fort Lauderdale, Florida 33301
(954) 462-1983

Date: November 17, 2000

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on this day on

Juan C. Enjamio, Esquire
Hunton & Williams
One Biscayne Tower, Suite 2500
2 S. Biscayne Blvd.
Miami, FL 33131

Robert Stevens, Esq.
Troutman Sanders, LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308

JENNIFER DALEY    I:\CPWin\HISTORY\971115A\6EC.F6