**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

    Plaintiff,

vs

UNISOURCE WORLDWIDE, INC., etc.,

    Defendant.

_____/

FILED by _____ D.C.
NOV 16 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

**THIS CAUSE** is before the Court on (1) Plaintiff's Motion to compel re: Plaintiff's Seventh and Ninth Sets of Interrogatories Filed Under Seal (Docket Entry No. 29); and (2) Plaintiff's Motion to Compel re: Plaintiff's Fourth Request for Production and Eight Set of Interrogatories Filed Under Seal (Docket Entry No. 30). This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motions are both **GRANTED** in accordance with this Court's Order of November 1, 2000 denying Unisource's Motion for a Protective Order. As noted in the above-described Order, Defendant need not respond to any discovery request seeking information on a nationwide basis, but may limit its responses, where appropriate, to discriminatory allegations of the sort complained of in this case at the location where Plaintiff is or was employed. Defendant is ordered to provide responses to the subject discovery within fifteen (15) days from the date hereof.



**DONE AND ORDERED** on November 16, 2000, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC: The Honorable William P. Dimitrouleas
Jennifer Daley, Esq.
Juan C. Enjamio, Esq.