IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

### Plaintiff's Notice of Withdrawal of Plaintiff's Motion to Compel re: Plaintiff's Sixth Request for Production Based on Defendant's Supplemental Response Received on November 15, 2000

Plaintiff, Betty Ortega, hereby gives notice of her withdrawal Plaintiff's Motion to Compel re: Plaintiff's Sixth Request for Production based on Defendant's Supplemental Response to the Sixth Request for Production and the attached documents received on November 15, 2000, indicating that defendant has produced all responsive documents regarding the divisions where plaintiff worked. Plaintiff, however, reserves the right to renew the motion upon further discussion with defendant to clarify the documents produced with its supplemental response.





**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 15th day of November, 2000 to Juan C. Enjamio, Esquire, Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131; Robert Stevens, Esq., Troutman Sanders, LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, GA 30308.

KAREN COOLMAN AMLONG
Florida Bar No: 275565
JENNIFER DALEY
Florida Bar No: 0856436
Amlong & Amlong, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Fort Lauderdale, FL 33301-1154
(954)462-1983

I:\CPWin\HISTORY\971115A\6EC.F4