UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 00-CV-6126

JUDGE WILLIAM P. DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

      Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

      Defendant.

_____/



## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS

      Defendant, Unisource Worldwide, Inc., through its undersigned attorneys and pursuant to Fed.R.Civ.P. 6(b), moves for an enlargement of time to respond to the Plaintiff's Second Request for Admissions. Plaintiff does not oppose this enlargement. In further support of this Motion, Defendant states the following:

      1.     Unisource's response to Plaintiff's Second Request for Admissions is due on or before Monday, November 27, 2000. Defendant is working diligently to finalize its responses.

CASE NO. 00-CV-6126

2.    Plaintiff has also propounded a Third Request for Admissions. The responses to this set are due Friday, December 1, 2000. Defendant seeks an extension to file its responses to both sets of Requests for Admissions at the same time (on or before Friday, December 1, 2000).

3.    The persons working on the responses to both sets are out of town. For this reason, it is difficult for Defendant to finalize its response to the Second Requests for Admissions by the present due date.

4.    This request will not delay this litigation or prejudice any party.

5.    Plaintiff's counsel has no objections to this request for an enlargement.

WHEREFORE, Defendant, Unisource Worldwide, moves for an enlargement of time through December 1, 2000 to respond to Plaintiff's Second Requests for Admissions.

Respectfully submitted,

HUNTON & WILLIAMS
Attorney for Unisource Worldwide, Inc.
One Biscayne Tower, Suite 2500
2 South Biscayne Boulevard
Miami, Florida 33131-1802
Telephone: (305) 810-2500
Telefax: (305) 810-2460

By: _____
     Juan C. Enjamio
     Florida Bar No. 571910

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Karen C. Amlong, Esq., Jennifer Daley, Esq., Amlong & Amlong, P.A., 500 Northeast Fourth Street,

2

Second Floor, Fort Lauderdale, Florida 33301-1154 on this 27ᵗʰ day of November, 2000.

By: _____
Juan C. Enjamio

OF COUNSEL:
Robert H. Buckler
Georgia Bar No. 092650
Robert C. Stevens
Georgia Bar No. 680142

TROUTMAN SANDERS, LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Ph: (404) 885-3000
Fax: (404) 885-3900