UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION
CASE NO. 00-CV-6126
JUDGE WILLIAM P. DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

FILED by D.C.
NOV 3 0 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS

THIS CAUSE came before this Court on Defendant, Unisource Worldwide, Inc.'s Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Second Request for Admissions, and the Court having reviewed the Motion and the file, and being otherwise advised, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED. Defendant has an enlargement of time up to and including December 1, 2000, to respond to Plaintiff's Second Request for Admissions.

DONE and ORDERED on this ___30___ day of November, 2000.

U.S. DISTRICT COURT JUDGE

Copies furnished to:
Juan C. Enjamio, Esquire
Jennifer Daley, Esquire

