**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.   00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

    Plaintiff,

vs

UNISOURCE WORLDWIDE, INC., etc.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion to Compel re: Plaintiff's Sixth Request for Production Based on Defendant's Supplemental Response Received on November 15, 2000, filed November 20, 2000.   This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly,  it is hereby

**ORDERED AND ADJUDGED** that said motion is **DENIED AS MOOT**.

**DONE AND ORDERED** on December 1, 2000, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:   The Honorable William P. Dimitrouleas
       Jennifer Daley, Esq.
       Juan C. Enjamio, Esq.

