**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

    Plaintiff,

vs

UNISOURCE WORLDWIDE, INC., etc.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion to Enlarge the Deadline to Serve Plaintiff's Expert Disclosure (Docket Entry No. 42). This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **DEFERRED** to the United States District Court.

**DONE AND ORDERED** on December 5, 2000, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:   The Honorable William P. Dimitrouleas
       Jennifer Daley, Esq.
       Juan C. Enjamio, Esq.
       Robert Stevens, Esq.