UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6126-CIV-DIMITROULEAS

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,

    Defendant.

_____/

Magistrate Judge Johnson



## ORDER GRANTING IN PART PLAINTIFF'S MOTION TO ENLARGE TIME TO SERVE EXPERT DISCLOSURES
## ORDER EXTENDING SUMMARY JUDGMENT DEADLINE

THIS CAUSE is before the Court upon Plaintiff's Motion to Enlarge the Deadline to Serve Plaintiff's Expert Disclosure [DE 42]. The Court has carefully considered the motion, and is otherwise fully advised in the premises.

Upon a review of the docket in this case, it appears that all discovery-related motions have now been resolved, and that all of Defendant's productions should have been made to Plaintiff by December 1, 2000. In the instant motion, deferred by Magistrate Judge Johnson to the undersigned, Plaintiff seeks an extension of the expert disclosure deadline from November 18, 2000 to 30 days after Defendant has served all compelled discovery. In the motion, Plaintiff reports that Defendant had agreed to a two-week extension, but had not yet agreed to a 30 day extension. As the time for filing a formal objection to the instant motion passed on December 5, 2000, this Court now decides that Plaintiff shall have until December 22, 2000 (three weeks from date all discovery to be served) to make her expert disclosures according to the Local Rules.

In addition, on its own volition, the Court will extend the summary judgment deadline to December 22, 2000. In this way, Defendant will have the opportunity in its reply memorandum



to address any issues raised by Plaintiff's expert, while Plaintiff, as is the usual course,[1] will disclose its expert report prior to knowing what Defendant is arguing on summary judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Enlarge the Deadline to Serve Plaintiff's Expert Disclosure [DE 42] is hereby **GRANTED in part**;

2. Plaintiff shall have until December 22, 2000 to serve and file her expert disclosures, the contents of which shall be according to the Local Rules;

3. The summary judgment deadline shall be extended until December 22, 2000;

4. The remaining pretrial deadlines and trial date for this case shall remain the same.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Karen Amlong, Esq.
Amlong & Amlong
500 NE 4th Street
Fort Lauderdale, FL 3301-1154

Juan C. Enjamio, Esq.
Hunton & Williams
One Biscayne Tower, Suite 2500
2 South Biscayne Boulevard
Miami, FL 33131-1802

---

[1] Under the Local Rules, and in practice before the undersigned, the expert disclosure deadline is typically 90 days prior to calendar call, while the summary judgment deadline in this Court is anywhere from 8 to 10 weeks prior to calendar call.

2