UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 00-CV-6126

JUDGE WILLIAM P. DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.

_____/



### NOTICE OF FILING AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, Unisource Worldwide, Inc., files this notice of filing the attached affidavit of Barbara M. Vega in support of its Motion for Summary Judgment.

                HUNTON & WILLIAMS
                Attorney for Unisource Worldwide, Inc.
                One Biscayne Tower, Suite 2500
                2 South Biscayne Boulevard
                Miami, Florida 33131-1802
                Telephone: (305) 810-2500
                Telefax: (305) 810-2460

By: _____
     Juan C. Enjamio
     Florida Bar No. 571910



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Karen C. Amlong, Esq., Jennifer Daley, Esq., Amlong & Amlong, P.A., 500 Northeast Fourth Street, Second Floor, Fort Lauderdale, Florida 33301-1154 on this 8th day of December, 2000.

By: _Juan C. Enjamio_
Juan C. Enjamio

OF COUNSEL:
Robert H. Buckler
Georgia Bar No. 092650
Robert C. Stevens
Georgia Bar No. 680142

TROUTMAN SANDERS, LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Ph: (404) 885-3000
Fax: (404) 885-3900

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-CV-6126

| | | |
|---|---|---|
| BETTY ORTEGA, | ) | |
| | ) | |
| Plaintiff, | ) | CIV - DIMITROULAS |
| | ) | |
| v. | ) | Magistrate Judge Johnson |
| | ) | |
| UNISOURCE WORLDWIDE, INC., a foreign corporation | ) ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF BARBARA M. VEGA

PERSONALLY APPEARED before an officer duly authorized by law to administer oaths, BARBARA M. VEGA who after being duly sworn, states:

1.

My name is Barbara M. Vega, and I am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated in this Affidavit and know them to be true.

2.

I am an Hispanic female. Furthermore, I am of Cuban ancestry. I am currently employed as a customer service sales representative for Mac Paper in South Florida.

3.

In March of 1999, Bill Ready of Unisource Worldwide, Inc. contacted me regarding an opening for an outside sales representative position handling export accounts with Unisource

Worldwide, Inc. at Unisource's location in Miramar, Florida. Mr. Ready specifically asked me if I was interested in the sales position and if I would come for an interview.

4.

I informed Mr. Ready that I appreciated Unisource Worldwide, Inc.'s consideration of me for the outside sales position handling export accounts in Miramar, Florida. Despite this, I informed Mr. Ready that I was very happy with my current employment with Mac Paper. Therefore, I declined his offer to interview for the outside sales position handling export accounts with Unisource Worldwide, Inc.

FURTHER AFFIANT SAYETH NOT

Dated: _October 5, 2000_

_Barbara M. Vega_
Barbara M. Vega

Sworn to and subscribed before me
this _10TH_ day of _October_ 2000

_Robert Diaz_
NOTARY PUBLIC

ROBERT DIAZ, JR.
MY COMMISSION # CC 592826
EXPIRES: February 1, 2001
Bonded Thru Notary Public Underwriters