UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6126-CIV-DIMITROULEAS

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,

    Defendant.
_____/

Magistrate Judge Johnson



### ORDER GRANTING IN PART PLAINTIFF'S MOTION TO ENLARGE TIME TO SERVE EXPERT DISCLOSURES
### ORDER GRANTING EXTENSION TO RESPOND TO SUMMARY JUDGMENT MOTION

THIS CAUSE is before the Court upon Plaintiff's Motion to Enlarge the Deadline for Serving Plaintiff's Response to Defendant's Motion for Summary Judgment and Plaintiff's Expert Disclosure [DE 56]. The Court has carefully considered the motion, and is otherwise fully advised in the premises. The Court notes that Plaintiff reports that Defendant agrees to the extension for the response to summary judgment but opposes the extension for the expert report.

Plaintiff seeks an extension from December 22, 2000 for both filings until January 12, 2001, due to the late discovery production by Defendant. The Court had previously granted an extension based upon a final production date of December 1, 2000. In the instant motion, Plaintiff states that it did not receive everything from Defendant until December 11, 2000. The Court will thus extend the expert disclosure deadline, consistent with its earlier order, to a date three weeks from the date the discovery was served. However, given the holiday season, the Court will add three days to this period and make Plaintiff's expert disclosures due on January 5, 2001.

With regard to the summary judgment motion response, as Defendant does not object,

