IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a foreign corporation,

Defendant.

FILED BY ___ D.C.
2001 JAN -8 PM 1:15
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

**Notice of Compliance With Expert Disclosure**

Plaintiff, Betty Ortega, hereby gives notice of filing and serving the attached report of her expert, Michael Piette, Ph.D., pursuant to Local Rule 16.1K and this Court's December 21, 2000 order.

Respectfully Submitted,

AMLONG & AMLONG, P.A.
Attorney for Plaintiff(s)
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301-1154
(954) 462-1983

Karen Coolman Amlong
Florida Bar Number 275565








**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. 1st Class Mail this 5th day of January, 2001 to Juan C. Enjamio, Esquire, Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131.

Karen Coolman Amlong

I:\CPWin\HISTORY\001222A\6EC.123



# ESTIMATED ECONOMIC LOSSES FOR BETTY ORTEGA

Prepared for
Karen Coolman Amlong, Esq.
Amlong and Amlong, P. A.
Fort Lauderdale, Florida

Prepared by
Michael J. Piette, Ph.D.
Analytical Economics, Inc.
Tallahassee, Florida

Prepared for Settlement Negotiations

January 4, 2001



# ESTIMATED ECONOMIC LOSSES
# FOR
# BETTY ORTEGA

## I. Introduction

This report was undertaken at the request of Karen Coolman Amlong, Esq. as part of a lawsuit filed by Ms. Betty Ortega regarding the assignment of accounts upon which sales representatives for Unisource Worldwide, Inc. subsequently earn commissions. I was asked to estimate the economic losses to Ms. Ortega in terms of past earnings and certain fringe benefits. This report was prepared for settlement negotiations and is subject to revision as additional data becomes available or if the matter proceeds to trial. My qualifications to undertake this study are reflected in my current resume, attached as Appendix A to this report. Appendix B to the report lists the paper records I reviewed prior to undertaking my analyses.

This report is organized as follows: Section II presents the methods and assumptions used in my analyses of lost earnings. Section III presents the methods and assumptions used in my analyses of certain lost fringe benefits. The report ends with summary and conclusions in Section IV.

## II. Methodological Approach: Earnings

In almost every estimate of past losses, commonly called "back pay" in litigation resulting from allegations of discrimination, five main areas constitute the parts of the analysis and are addressed individually. These areas include (1) the starting point or earnings base of the plaintiff, (2) the earnings that the plaintiff

would have had, absent discrimination, (3) the method used to compare these two sets of earnings, (4) various additions or adjustments to the earnings projections as required, and (5) the rate used to impute interest on past losses, where allowed. Each of these five considerations is addressed in the estimates of the value of lost earnings presented in this report.

A common technique used to estimate past losses when pay differences are at issue involves comparing the plaintiff's past earnings stream to the earnings she would have had absent the alleged discrimination. In this particular matter, this technique was undertaken as follows.

First, it is my understanding that when a sales representative leaves the employment of the defendant, it is common practice to distribute the individual's accounts to other sales representatives. One of Ms. Ortega's claims is that when Mr. Oton Gispert left in March of 1999, despite prior promises that many of his accounts would be transferred to Ms. Ortega, his accounts were allocated to other sales representatives, with the high potential commission accounts allocated to men in general and to Mr. William Ready in particular. Ms. Ortega has indicated to me that she believes that she should have received several of the accounts that were given to Mr. Ready. These accounts are indicated in Table 1 in Appendix C for Fiscal Year (hereafter FY) 98, FY 99 and Calendar Year (hereafter CY) 2000 to October 2000. These particular accounts were selected by analyzing Mr. Gispert's total commission income for FY 1998 ($75,280) and determining what accounts, had they been given to Ms. Ortega, would have generated about 80% of the total commission income in FY 1998.

The actual commission income from these accounts (Table 1) was recorded for FY 99, 5Q 99 and CY 2000 and assumed to belong to Ms. Ortega.

Second, it is also my understanding that Ms. Ortega has indicated that she believes that she should have been assigned at least one of the more profitable accounts (in terms of commissions) as a result of Mr. John Huempfner's departure from the employment of the defendant on December 31, 1998. In this case, I have assumed that Ms. Ortega should have received the *Original Impressions* account and the commissions subsequently earned by Mr. Philip Hazan as reported in Table 2 in Appendix C for FY 98, FY 99 and CY 2000 to October 2000. This account was selected by analyzing Mr. Huempfner's total commission income for FY 1998 from both of his Sales Representative numbers of #6687 and #6688 ($64,660), excluding the accounts for *Avanti* as it is my understanding that the *Avanti* accounts involved family relationships. I then took 80% of the total commission income in FY 1998 and selected the approximate middle of Mr. Huempfner's top producing accounts (in this case the *Original Impressions* account) as an account that could have possibly been assigned to Ms. Ortega. The actual commission income from this account (Table 2) was recorded for FY 99, 5Q 99 and CY 2000 and assumed to belong to Ms. Ortega.

Third, it is also my understanding that Ms. Ortega believes that she should have been assigned at least one of the more profitable accounts (in terms of commissions) as a result of the departure of Mr. Laux from the employment of the defendant on December 31, 1998. In this case, I have assumed that Ms. Ortega should have received the *Colonial Press* account and the commissions

subsequently earned by Mr. Ware as reported in Table 3 of Appendix C for FY 98, FY 99 and CY 2000 to October 2000. This account was selected as it is my understanding that it had been part of Ms. Ortega's sales responsibilities in the past at another company prior to her employment with Unisource. It is also an account that is in the lower middle of the accounts held by Mr. Huempfner at the time he left Unisource. The actual commission income from this account (Table 3) was recorded for FY 99, 5Q 99 and CY 2000 and assumed to belong to Ms. Ortega.

To carry out damage calculations resulting from the assignment of accounts, I have assumed that if Ms. Ortega received the commission income defined above and contained in Table 1-Table 3, she would have had additional earnings in 1999 and 2000. These calculations are indicated in Table 4 in Appendix C to this report.

I have been asked to impute interest on the estimated past earnings losses contained in Table 4 at the "IRS Penalty Rate," calculated on a quarterly basis. Details of this calculation are presented in Table 5 in Appendix C to this report. The IRS Penalty Rate was 9.0% for Q1 1998, 8.0% for Q2-Q4 1998, 7.0% for Q1 1999, 8.0% for Q2-Q4 1999, 8.0% for Q1 2000, and 9.0% for Q2-Q4 2000. Interest is calculated on a quarterly basis.

In addition to the loss of income from the issue of the assignment of accounts, it is my understanding that there is also a question of the commissions paid on particular accounts. Ms. Ortega alleges that a dual commission structure

was maintained and men where paid higher commission levels on specific types of accounts.

For purposes of estimating economic losses in this report, however, I was asked to review specific accounts where commissions were paid under Ms. Ortega's "Industrial Supplies" account (#0030) and specific accounts where commissions were paid under Ms. Ortega's "Printing" account (#6030) involving what are known as "direct sales." These particular accounts, prepared using the data available, are contained in Table 6 and Table 7 in Appendix C to this report.

To carry out damage calculations resulting from the commission differentials, I have assumed that if Ms. Ortega received the additional commission income defined above and contained in Table 6 and Table 7, she would have had additional earnings in 1998 and 1999[1]. These calculations are indicated in Table 8 in Appendix C to this report. I also applied interest to these losses in the same manner previously described. This is contained in Table 9 of Appendix C to this report.

## III. Methodological Approach: Fringe Benefits

It is my understanding that Ms. Ortega has a 401(k) Plan as part of her total compensation package in the employment of the defendant, in addition to other company-sponsored benefits and the usual array of federally mandated benefits. It is also my understanding that this benefit, however, would be most

[1] A lack of data at the time this report was written prevents a detailed analysis of the commission differential allegation. Ms. Ortega may have also had losses in 1997 and 2000 due to the differences in commission structures. If sufficient data becomes available, losses for 1997 and 2000 may also be estimated.

directly affected by earnings levels. Summary Plan Descriptions of the 401(k) Plan indicate that the defendant will match 66.6% of Ms. Ortega's contributions into the Plan on a monthly basis. IRS W-2 Forms indicate that Ms. Ortega contributes at least 6.0% of her annual earnings to the Plan.

All of the calculations related to the 401(k) Plan are detailed in Table 10 of Appendix D. I have been asked to impute interest on estimated losses at the IRS Penalty Rate, calculated on a quarterly basis. Details of this calculation are presented in Table 11 in Appendix D to this report.

## IV. Summary and Conclusions

I was asked to estimate the economic losses incurred by Ms. Ortega as a result of allegations regarding the assignment of accounts. Details of these estimates are contained in the Appendices to this report. These estimates utilize the information and assumptions detailed in Section II and Section III of this report. A summary of all my analyses is provided in Appendix E. These calculations are completed using generally accepted methodologies and are accurate to a reasonable economic certainty.

The calculations contained in this report are provisional in that they are based upon the information and data available to me at this time. They are subject to revision if there is a change in the underlying assumptions or as additional information and data become available.

**ESTIMATED ECONOMIC LOSSES
FOR
BETTY ORTEGA**

CERTIFICATION

I hereby certify that the above listed report was written by Michael J. Piette, Ph.D.

I certify that I have no interest, present or contemplated, in the above matter and that neither the employment to produce the report nor the compensation are contingent on the conclusion of the report.

I certify that according to my belief and knowledge, all statements and information in the report are true and correct, subject to the underlying assumptions.

Michael J. Piette, Ph.D.
January 4, 2001

**Appendix A**

**Resume of**

**Michael J. Piette, Ph.D.**

**MICHAEL J. PIETTE, Ph.D.**
Analytical Economics, Inc.
3169 Clancy Court
Tallahassee, FL 32308
Tel: 850-906-9045 Fax: 850-906-9046

## EDUCATION

Ph.D., Florida State University, Economics, 1977

MBA, Florida State University, Finance, 1973

MA, University of Vermont, Economics, 1971

BA, University of Hartford, Economics, 1968

## SPECIALIZATION

Labor Economics, Industrial Organization and Antitrust, Economics of the Financial Services Industry

## PROFESSIONAL EXPERIENCE

President, Analytical Economics, Inc., 1997-Present.

Visiting Professor of Economics, Florida State University, Spring, 2000.

Vice President/Chief Economist, PRI Associates, Inc., September, 1998-February, 1999.

Senior Vice President/Economist, Economic Research Services, Inc., 1986-1997.

Adjunct Faculty, Department of Economics, Florida State University, 1986-1996.

Associate Professor of Economics, University of Hartford, 1984-1986.

Senior Research Economist, Economic Research Services, Inc., 1984-1985. (On leave from University of Hartford)

Assistant Professor of Economics, University of Hartford, 1977-1983.

Loan Officer, Chittenden Trust Company, 1971-1972.

Assistant Branch Manager, Society for Savings, 1968-1970.

*[Revised January 2001]*

**ADDITIONAL EXPERIENCE**

Senior Economist, U.S. Department of Energy, Office of the Financial Reporting System, 1980-1981. (On leave from University of Hartford).

Associate Dean, University of Hartford, 1979-1980.

**PUBLICATIONS**

"Methodological Approaches for Estimating Earnings Capacity Losses in Wrongful Death Cases," Lawyer-Pilots Bar Association Journal, Vol. 12, No. 2, Summer 2000.

"Perceived Conduct and Professional Ethics Among College Economics Faculty," (with David N. Laband), American Economist, Vol. 44, No. 1, Spring 2000.

"An Inquiry into the Time Series Properties of Net Discount Rates," (with James E. Payne and Bradley T. Ewing), Journal of Forensic Economics, Vol. 12, No. 3, Fall 1999.

"Mean Revision in the Net Discount Rate," (with James E. Payne and Bradley T. Ewing), Journal of Legal Economics, Vol. 9, No. 1, Spring/Summer 1999.

"Approaches for Dealing with Small Sample Sizes in Employment Discrimination Litigation," (with Paul F. White), Journal of Forensic Economics, Vol. XII, No. 1, Winter 1999.

"Use of 'Reverse Regression' in Employment Discrimination Analysis," (with Paul F. White), Journal of Forensic Economics, Vol. XI, No. 2, Spring/Summer 1998.

"Reference Guide for Analyzing Allegations of Employment Discrimination: An Economist's View," in Expert Economic Testimony: Reference Guide for Judges and Attorneys, Lawyers & Judges Publishing Co., Inc., 1998.

"Stationarity of the Net Discount Rate: Additional Evidence," (with James E. Payne and Bradley T. Ewing), Litigation Economics Digest, Vol. III, No. 1, Spring 1998.

"The Performance of Transfer versus 'Native' Students in Upper-Level Economics Classes," (with David N. Laband), Kentucky Journal of Economics and Business, Vol. 16, 1997.

"Does Who Teaches Principles of Economics Matter?" (with David N. Laband), American Economic Review, Vol. 85, No.2, May 1995.

"Economic and Statistical Consideration in Analyzing Allegations of Age Discrimination," Journal of Forensic Economics, Vol. 8, No. 2, Spring/Summer 1995.

"Statistical Methodology In Employment Discrimination Litigation: A Last Reply to Hawley," Journal of Forensic Economics, Vol. 8, No. 2, Spring/Summer 1995.

**PUBLICATIONS** (continued)

"Team Production in Economics: Division of Labor or Mentoring?" (with David N. Laband), Labour Economics, Vol. 2, No. 1, March 1995.

"Cohort Analysis and the Determination of Economic Damages Resulting From Employment Discrimination," (with Janet R. Thornton), Journal of Forensic Economics, Vol. 8, No. 1, Winter 1995.

"Using New Labor Force Participation Rates When Computing Economic Damage and Loss: A Methodological Note," (with Janet R. Thornton), Journal of Legal Economics, Vol. 4, No. 2, Summer 1994.

"A Citation Analysis of the Impact of Blinded Peer Review," (with David N. Laband), The Journal of the American Medical Association, Vol. 272, No. 2, July 1994.

"Favoritism Versus the Search for Good Papers: Empirical Evidence on the Behavior of Journal Editors," (with David N. Laband), Journal of Political Economy, Vol. 102, No. 1, February 1994. This paper was also reprinted in "Publishing Economics: Analyses of the Academic Journal Market in Economics," Joshua Gans, editor, Edward Elgar Publishing Limited, Cheltenham, UK.

"The Relative Impacts of Economic Journals: 1970-1990," (with David N. Laband), Journal of Economic Literature, Vol. 32, No. 2, June 1994. This paper was also reprinted in "Publishing Economics: Analyses of the Academic Journal Market in Economics," Joshua Gans, editor, Edward Elgar Publishing Limited, Cheltenham, UK.

"Does the 'Blindness' of Peer Review Influence Manuscript Selection Efficiency?," (with David N. Laband), Southern Economic Journal, Vol. 60, No. 4, April 1994.

"On the Professional Impact of Papers Supported by National Science Foundation Funding," (with David N. Laband), Journal of Economic Perspectives, Vol. 8, No. 1, Winter 1994.

"The Americans With Disabilities Act: 101 Questions and Answers," (with Dubravka Kulisic), Tucson: Lawyers and Judges Publishing Co., 1994.

"Legal and Statistical Approaches to Analyzing Allegations of Employment Discrimination," (with Douglas G. Sauer), Journal of Legal Economics, Vol. 3, No. 1, March 1993.

"The Use of Multivariate Selection Models in Fair Employment Litigation," (with Douglas G. Sauer), Journal of Legal Economics, Vol. 2, No. 3, December 1992.

"Methodological Issues When Using Simple Models to Investigate Employment Discrimination: Reply," Journal of Forensic Economics, Vol. 6, No. 1, Winter 1992.

**PUBLICATIONS** (continued)

"A Study of the Publication of Scholarly Output in Economics Journals," (with Kevin L. Ross), Eastern Economic Journal, Vol. 18, No. 4, Fall 1992.

"An Analysis of the Determinants of Co-Authorship In Economics," (with Kevin L. Ross), Journal of Economic Education, Vol. 23, No. 3, Summer 1992.

"How Economists Can Help in Litigation Involving Personal Injury, Death or Discrimination: Comment," (with Charles T. Haworth), Journal of Legal Economics, Vol. 2, No. 1, March 1992.

"Economic Methodology and the Analysis of Employment Discrimination," Journal of Forensic Economics, Vol. 4, No. 3, Fall 1991.

"Publication Patterns of Economists in the Field of Monetary Economics," (with Kevin L. Ross), Kentucky Journal of Economics and Business, Vol. 11, 1991.

"Codes of Professional Ethics for Forensic Economists: Problems and Prospects," Journal of Forensic Economics, Vol. 3, No. 3, Fall 1991.

"An Interindustry Analysis of Merger Activity, 1960-1983," (with Stanley E. Boyle), Review of Industrial Organization, Vol. 3, No. 2, Fall 1987.

"How Economists View Reagan's Proposed Antitrust Changes: A Survey," (with Stanley E. Boyle), Antitrust Law and Economics Review, Vol. 18, No. 2, 1986.

"The Determinants of the Salaries of Chief Academic Administrators," (with Bharat R. Kolluri), Atlantic Economic Journal, Vol. 13, No. 2, July 1985.

"Neglected Elements in Vertical Integration Analyses: The Case of Retail Price Preticketing," (with Stanley E. Boyle), Review of Industrial Organization, Vol. 1, No. 1, Spring 1984.

"United States Outer Continental Shelf Petroleum Resources: An Assessment of Problems and Prospects," (with William H. Desvousges), Growth and Change, Vol. 15, No. 2, April 1984.

"A Comparison of the Costs and the Results in the Onshore and Offshore Search for Oil and Gas," (with Jon A. Rasmussen), The Energy Journal, January 1984.

Review of "Regulatory Reform and Public Utilities" by Michael A. Crew, ed., Southern Economic Journal, Vol. 50, No. 2, October 1983.

"Behavior of the Firm Under Regulatory Constraint: The Case of the U.S. Petroleum Pipeline Industry," (with William H. Desvousges), Growth and Change, Vol. 12, No. 2, April 1981.

**PUBLICATIONS** (continued)

Review of "Corporate Strategies of the Automotive Manufacturers," by John B. Schnapp, et al, Southern Economic Journal, Vol. 47, No. 2, October 1980.

"The Effect of 'Large' Mergers on Concentration Trends in Petroleum Production, 1955-1975," (with William H. Desvousges), Southern Economic Journal, Vol. 46, No. 2, October 1979.

"Crude Oil and Refined Product Pipelines in the United States: An Examination of the Major Issues for Public Policy," Proceedings of the U.S. Department of Energy Pipeline Conference, Washington, D. C., January 1979.

"Comments on Pipelines and Public Policy," in Edward J. Mitchell (ed.), Oil Pipelines and Public Policy, Washington, D.C., American Enterprise Institute, 1979.

**PRESENTATIONS**

"An Inquiry into the Time Series Properties of Net Discount Rates: Trend versus Difference Stationary Processes," (with James E. Payne and Bradley T. Ewing), paper presented at the Allied Social Science Association Annual Meetings, New York, New York, January 4, 1999.

"An Approach for Dealing with Small Sample Sizes in Employment Discrimination Litigation," (with Paul F. White), paper presented to the Southern Economic Association, National Meeting, Atlanta, Georgia, November 22, 1997.

"Perceived Conduct and Professional Ethics Among Economics Faculty," (with David N. Laband), paper presented to the Southern Economic Association, National Meeting, Atlanta, Georgia, November 22, 1997.

"The Use of 'Reverse Regression' in Employment Discrimination Analysis," (with Paul F. White), paper presented at the Allied Social Science Association Annual Meetings, New Orleans, Louisiana, January 5, 1997.

"Does Who Teaches Principles of Economics Matter?" (with David N. Laband), presented at the American Economic Association, National Meeting, Washington, D.C., January 6, 1995.

"Economic and Statistical Considerations in Analyzing Allegations of Age Discrimination," presented at the American Economic Association, National Meeting, Boston, Massachusetts, January 4, 1994.

**PRESENTATIONS** (continued)

"The Relative Efficiency of Double Blind vs. Single Blind Reviewing: Empirical Evidence From Economics Journals," (with David N. Laband), presented at the American Medical Association, Second International Congress on Peer Review in Biomedical Publication, Chicago, Illinois, September 9-11, 1993.

"Changes in Labor Force Participation Rates Over Time: Some New Evidence From Census Data," (with Janet R. Thornton), presented at the Southern Economic Association, National Meeting, Washington, D.C., November 20, 1992.

"The Use of Cohort Analysis in a Litigation Context," (with Janet R. Thornton), presented at the American Economic Association, National Meeting, New Orleans, Louisiana, January 4, 1992

"The Role of the Forensic Economist in the Analysis of Employment Discrimination," presented at the Southern Economic Association, National Meeting, Nashville, Tennessee, November 25, 1991.

"Economic Methodology and the Analysis of Employment Discrimination," presented at the American Economic Association, National Meeting, Washington, D.C., December 29, 1990.

"Publication of Scholarly Output in Economics: Does it Help to Have Friends in the Right Places?," (with Kevin L. Ross), presented at the Southern Economic Association National Meeting, New Orleans, Louisiana, November 20, 1990.

"Black Earnings Gains During the 1970's: Additional Evidence," (with Joan G. Haworth and James E. Long), presented at the Southern Economic Association, National Meeting, New Orleans, Louisiana, November 22, 1986.

"Economist's Reaction to Suggested Changes in the Antitrust Laws: A Survey," (with Stanley E. Boyle), presented at the Southern Economic Association, National Meeting, New Orleans, Louisiana, November 23, 1986.

"The Impact of the Federal Residential Energy Conservation Tax Credit on Individual Household Energy Conservation Expenditures," (with James B. Kurish), presented at the American Economic Association, National Meeting, San Francisco, California, December 29, 1983.

"Some New Aspects of Vertical Integration Theory," (with Stanley E. Boyle), presented at the Southern Economic Association, National Meeting, Washington, D.C., November 21, 1983.

"Measuring Resource Development Activity: A Look at Drilling and Equipping of Oil and Gas Wells," (with Jon A. Rasmussen), presented at the International Association of Energy Economists Conference, Houston, Texas, November 12, 1981.

**PRESENTATIONS** (continued)

"Lifeline Electricity Rates and Alternatives: An Analysis of the North Carolina Regulatory Experience," (with William H. Desvousges), presented at the Southern Economic Association, National Meeting, New Orleans, Louisiana, November 5, 1981.

"Regulated Public Utilities: Rate Base Methodologies and Realized Rates of Return," (with Charlie A. McCormick), presented at the Western Economic Association Conference, San Francisco, California, July 1981.

"Specialization and Diversification of Investment in Energy Resource Supplies," (with Arthur T. Anderson and David W. Costello), proceedings of a Conference on Measuring Investment Performance in the Energy Industry, Georgetown University, Center for Strategic and International Studies, June 29-30, 1981.

"Outer Continental Shelf Resources: An Assessment of Problems, Prospects, and Potential," (with William H. Desvousges), presented at the American Economic Association, National Meeting, Denver, Colorado, September 6, 1980.

"Market Share Changes in the U.S. Crude Oil Industry, 1955-1975," (with William H. Desvousges), presented at the Southern Economic Association, National Meeting, Atlanta, Georgia, November 7, 1979.

"Production Technology and Efficiency in the Petroleum Pipeline Industry: Implications for Regulation and Antitrust," (with William H. Desvousges), presented at the Eastern Economic Association, National Meeting, Boston, Massachusetts, May 10, 1979.

"Pipeline and Public Policy: Critical Comments," discussion paper presented at the American Enterprise Institute, Conference on Pipeline Divestiture, Washington, D. C., March 2, 1979.

"An Examination of the Major Policy Issues Regarding Crude Oil and Refined Product Pipelines in the United States," presented at the U.S. Department of Energy, Pipeline Conference, Washington, D.C.. January 1979.

"Behavior of the Firm Under Regulatory Constraint: The Case of the U.S. Petroleum Pipeline Industry," (with William H. Desvousges), presented at the Southern Economic Association, National Meeting, Washington, D.C., November 10, 1978.

"Mergers: Decreases in Competitors or Competition in Petroleum Products," (with William H. Desvousges), presented at the Southern Economic Association, National Meeting, New Orleans, Louisiana, November 5, 1977.

## ADDITIONAL PROFESSIONAL ACTIVITIES

Economic Consultant, The Connecticut Bankers Association, Hartford, CT in the areas of monetary policy, financial markets, and economic activity, 1982 to Present.

Invited Speaker, The Forensic Section of the International Association of Rehabilitation Professionals (IARP). Annual Meetings, Las Vegas, NV, Topic: "Integrating Vocational and Rehabilitation Analysis with the Economist's Methodology," December 3, 2000.

Invited Speaker, The National Employment Lawyers Association, Annual Meeting, Melbourne, FL, Topic: "Developing and Proving Damages in a Discrimination Lawsuit," (with Neil Chonin, Esq.), March 3, 2000.

Invited Speaker, The Florida Bar Continuing Legal Education Committee and The Labor and Employment Law Section, Tampa, FL, Topic: "Economic Methodology and the Analysis of Employment Discrimination," September 26, 1997.

Invited Speaker, The Florida Bar Continuing Legal Education Committee and The Labor and Employment Law Section, Tampa, FL, Topic: "Estimating Economic Damages in Employment Discrimination," September 27, 1991.

Economic Consultant to the Maine - New Hampshire - Vermont School of Banking, Dartmouth College, Hanover, NH in the areas of financial institutions practices and procedures, financial markets, and regional banking activities, 1989.

Visiting Assistant Professor of Economics, The University of Connecticut, Storrs, CT, January 1978 to June 1978.

## PROFESSIONAL OFFICES

President, National Association of Forensic Economics, January 1999 to January 2001.

Southern Region Vice President, National Association of Forensic Economics, 1995 to January, 1999.

Board of Editors, Journal of Legal Economics, 1993 to Present.

Board of Editors, Litigation Economics Digest, 1995 to 1999.

Board of Editors, Journal of Forensic Economics, 1997 to Present.

Associate Editor, Review of Industrial Organization, 1983 to 1987.

**PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS**

American Academy of Economic and Financial Experts

American Economic Association

American Law and Economics Association

National Association of Forensic Economics

Southern Economic Association

## Appendix B

## List of Paper Records Reviewed

**List of Paper Records Reviewed**

Amended Complaint, March 31, 2000

IRS Form W-2 for the years 1994-1999 for Betty Ortega

Defendant's Response to Plaintiff's Seventh Set of Interrogatories, December 11, 2000

Defendant's Response to Plaintiff's Ninth Set of Interrogatories, December 11, 2000

Employee Handbook, Unisource South

Commission Analysis Reporting System, Customer Detail Report for Oton Gispert, John Huempfner, Dennis Laux, William Ready, and Betty Ortega

Available Commission Statements for Betty Ortega, 1997 to 2000 (YTD)

Other items if mentioned in text

# Appendix C

## Details of Estimated Earnings Loss Calculations

**Table 1**

**Accounts Transferred to Mr. Ready After the Departure of Mr. Gispert**

| | Gispert Fiscal Year 98 | | Ready Fiscal Year 99 | | Ready Fifth Qu. 99 | | Ready Calendar Yr. 2000 | |
|---|---|---|---|---|---|---|---|---|
| Account | Sales | Comm. | Sales | Comm. | Sales | Comm. | Sales | Comm. |
| Nassau Guardian Ltd | $174,760 | $12,211 | $48,717 | $3,373 | $54,435 | $4,339 | $109,224 | $7,901 |
| Freeport Advert & Pt | $157,428 | $12,193 | $77,468 | $7,338 | $30,136 | $2,029 | $141,384 | $11,518 |
| Acme Printers | $125,284 | $10,112 | $73,910 | $5,044 | $15,623 | $912 | $99,559 | $8,828 |
| Exec Prt. Of Bahamas | $94,170 | $8,554 | $74,958 | $6,078 | $21,527 | $1,645 | $113,600 | $9,281 |
| Wongs: Ultimate Print | $99,098 | $5,218 | $53,568 | $2,524 | $32,531 | $2,546 | $229,487 | $10,513 |
| The Nassau Guardian | $62,754 | $4,620 | $52,284 | $3,470 | $8,997 | $815 | $52,574 | $3,606 |
| John Bull Office Supply | $131,188 | $3,831 | $65,212 | $2,569 | $13,387 | $876 | $147,131 | $5,367 |
| Island Images | $43,439 | $3,219 | $21,464 | $1,961 | $0 | $0 | $27,283 | $2,068 |
| | | **$59,958** | | **$32,357** | | **$13,162** | | **$59,082** |



**Table 2**

**Accounts Transferred to Mr. Hazan After the Departure of Mr. Huempfner**

| Account | Huempfner Fiscal Year 98 | | Hazan Fiscal Year 99 | | Hazan Fifth Qu. 99 | | Hazan Calendar Yr. 2000 | |
|---|---|---|---|---|---|---|---|---|
| | Sales | Comm. | Sales | Comm. | Sales | Comm. | Sales | Comm. |
| Original Impressions | $534,957 | **$11,170** | $287,228 | **$6,379** | $142,532 | **$2,474** | $585,200 | **$12,574** |



**Table 3**

**Accounts Transferred to Mr. Ware After the Departure of Mr. Laux**

| Account | Laux Fiscal Year 98 | | Ware Fiscal Year 99 | | Ware Fifth Qu. 99 | | Ware Calendar Yr. 2000 | |
|---|---|---|---|---|---|---|---|---|
| | Sales | Comm. | Sales | Comm. | Sales | Comm. | Sales | Comm. |
| Colonial Press | $194,095 | **$5,279** | $35,419 | **$607** | $53,488 | **$749** | $500,879 | **$7,950** |

## Table 4

## Estimated Earnings Losses to Ms. Ortega As a Result of Account Assignments

| Calendar Year | Ms. Ortega's W-2 Earnings | Mr. Ready's Commissions | Mr. Hazan's Commissions | Mr. Ware's Commissions | Estimated Additional Earnings If Accounts Were Assigned to Ms. Ortega |
|---|---|---|---|---|---|
| 1999 | $84,392 | $45,519 | $8.853 | $1,356 | $55,728 |
| 2000 | $65,000 | $59,082 | $12,574 | $7,950 | $79,606 |
| | | | **Total Lost Commission Income** | | **$135,334** |

# Table 5

## Estimated Interest on Earnings Losses to Ms. Ortega As a Result of Account Assignments

| Calendar Year | Quarter | Estimated Additional Quarterly Lost Commission to Ms. Ortega | Total Loss to Ms. Ortega | Quarterly IRS Penalty Rate | Quarterly Interest On Estimated Lost to Ms. Ortega | Total Lost Commission Plus Interest |
|---|---|---|---|---|---|---|
| 1999 | 1 | $13,932 | $13,932 | 1.750% | $0,000 | $13,932 |
| 1999 | 2 | $13,932 | $27,864 | 2.000% | $557 | $28,421 |
| 1999 | 3 | $13,932 | $42,353 | 2.000% | $847 | $43,200 |
| 1999 | 4 | $13,932 | $57,132 | 2.000% | $1,143 | $58,275 |
| 2000 | 1 | $19,902 | $78,176 | 2.000% | $1,564 | $79,740 |
| 2000 | 2 | $19,902 | $99,642 | 2.250% | $2,242 | $101,883 |
| 2000 | 3 | $19,902 | $121,785 | 2.250% | $2,740 | $124,525 |
| 2000 | 4 | $19,902 | $144,427 | 2.250% | $3,250 | $147,676 |
| | | | | | **$12,342** | **$147,676** |

v-06126-WPD Document 60 Entered on FLSD Docket 01/09/2001 Pa

# Table 6

## Carnival Cruise Line Direct Sales By Ms. Ortega on Sales Representative # 0030

| Fiscal Year | Period | Week | Date | Gross Profit $ | Comm Rate | Comm | Comm 30% | Difference |
|---|---|---|---|---|---|---|---|---|
| 1998 | 1 | 1 | 10/02/97 | | | | | |
| | 1 | 2 | 10/09/97 | | | | | |
| | 1 | 3 | 10/16/97 | | | | | |
| | 1 | 4 | 10/23/97 | | | | | |
| | 2 | 1 | 10/30/97 | | | | | |
| | 2 | 2 | 11/06/97 | $990 | 22.50 | $223 | $297 | $74 |
| | 2 | 3 | 11/13/97 | $1,455 | 23.40 | $341 | $437 | $96 |
| | 2 | 4 | 11/20/97 | $1,980 | 25.20 | $499 | $594 | $95 |
| | 3 | 1 | 11/26/97 | ($1,455) | 23.40 | ($341) | ($437) | ($96) |
| | 3 | 1 | 11/26/97 | $1,980 | 25.20 | $499 | $594 | $95 |
| | 3 | 2 | 12/04/97 | $1,980 | 25.20 | $499 | $594 | $95 |
| | 3 | 3 | 12/11/97 | | | | | |
| | 3 | 4 | 12/18/97 | | | | | |
| | 3 | 5 | 12/24/97 | $2,760 | 27.00 | $745 | $828 | $83 |
| | | | | | | $2,465 | $2,907 | **$442** |
| | 4 | 1 | 01/01/98 | | | | | |
| | 4 | 2 | 01/08/98 | | | | | |
| | 4 | 3 | 01/15/98 | $2,460 | 25.20 | $620 | $738 | $118 |
| | 4 | 4 | 01/22/98 | ($2,760) | 27.00 | ($745) | ($828) | ($83) |

## Table 6

### Carnival Cruise Line Direct Sales By Ms. Ortega on Sales Representative # 0030

| Fiscal Year | Period | Week | Date | Gross Profit $ | Comm Rate | Comm | Comm 30% | Difference |
|---|---|---|---|---|---|---|---|---|
| | 4 | 4 | 01/22/98 | $2,460 | 25.20 | $620 | $738 | $118 |
| | 4 | 4 | 01/22/98 | $2,460 | 25.20 | $620 | $738 | $118 |
| | 5 | 1 | 01/29/98 | | | | | |
| | 5 | 2 | 02/05/98 | | | | | |
| | 5 | 3 | 02/12/98 | | | | | |
| | 5 | 4 | 02/19/98 | $2,487 | 25.20 | $627 | $746 | $119 |
| | 6 | 1 | 02/26/98 | | | | | |
| | 6 | 2 | 03/05/98 | | | | | |
| | 6 | 3 | 03/12/98 | $2,460 | 25.20 | $620 | $738 | $118 |
| | 6 | 4 | 03/19/98 | | | | | |
| | 6 | 5 | 03/26/98 | $2,460 | 25.20 | $620 | $738 | $118 |
| | 7 | 1 | 04/02/98 | | | | | |
| | 7 | 2 | 04/09/98 | | | | | |
| | 7 | 3 | 04/16/98 | $1,333 | 25.20 | $336 | $400 | $64 |
| | 7 | 4 | 04/23/98 | $33 | 0.00 | $0 | $10 | $10 |
| | 8 | 1 | 04/30/98 | | | | | |
| | 8 | 2 | 05/07/98 | $1,263 | 25.20 | $318 | $379 | $61 |
| | 8 | 3 | 05/14/98 | | | | | |
| | 8 | 4 | 05/22/98 | | | | | |
| | 9 | 1 | 05/28/98 | | | | | |

## Table 6

## Carnival Cruise Line Direct Sales By Ms. Ortega on Sales Representative # 0030

| Fiscal Year | Period | Week | Date | Gross Profit $ | Comm Rate | Comm | Comm 30% | Difference |
|---|---|---|---|---|---|---|---|---|
| | 9 | 2 | 06/04/98 | | | | | |
| | 9 | 3 | 06/11/98 | | | | | |
| | | | 06/18/98 | | | | | |
| | 9 | 5 | 06/25/98 | | | | | |
| | 10 | 1 | 07/02/98 | | | | | |
| | 10 | 2 | 07/09/98 | | | | | |
| | 10 | 3 | 07/16/98 | | | | | |
| | 10 | 4 | 07/23/98 | | | | | |
| | 11 | 1 | 07/30/98 | | | | | |
| | 11 | 2 | 08/06/98 | | | | | |
| | 11 | 3 | 08/13/98 | | | | | |
| | 11 | 4 | 08/20/98 | | | | | |
| | 12 | 1 | 08/27/98 | | | | | |
| | 12 | 2 | 09/04/98 | | | | | |
| | 12 | 3 | 09/10/98 | | | | | |
| | 12 | 4 | 09/17/98 | | | | | |
| | 12 | 5 | 09/24/98 | | | | | |
| | 12 | 6 | 10/01/98 | $1,680 | 27.00 | $454 | $504 | $50 |
| | 12 | 6 | 10/01/98 | $1,680 | 27.00 | $454 | $504 | $50 |
| | 1 | 1 | 10/08/98 | | | | | |

## Table 6

## Carnival Cruise Line Direct Sales By Ms. Ortega on Sales Representative # 0030

| Fiscal Year | Period | Week | Date | Gross Profit $ | Comm Rate | Comm | Comm 30% | Difference |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 10/15/98 | | | | | |
| | 1 | 3 | 10/22/98 | | | | | |
| | 1 | 4 | 10/29/98 | $1,596 | 27.00 | $431 | $479 | $48 |
| | 1 | 4 | 10/29/98 | $1,700 | 27.00 | $459 | $510 | $51 |
| | 2 | 1 | 11/05/98 | ($1,680) | 27.00 | ($454) | ($504) | ($50) |
| | 2 | 1 | 11/05/98 | ($1,680) | 27.00 | ($454) | ($504) | ($50) |
| | 2 | 1 | 11/05/98 | $1,648 | 27.00 | $445 | $494 | $49 |
| | 2 | 1 | 11/05/98 | $1,648 | 27.00 | $445 | $494 | $49 |
| | 2 | 2 | 11/12/98 | $1,648 | 27.00 | $445 | $494 | $49 |
| | 2 | 2 | 11/12/98 | $1,717 | 27.00 | $464 | $515 | $52 |
| | 2 | 3 | 11/19/98 | | | | | |
| | 2 | 4 | 11/26/98 | $1,648 | 27.00 | $445 | $494 | $49 |
| | 3 | 1 | 12/03/98 | $1,648 | 27.00 | $445 | $494 | $49 |
| | 3 | 1 | 12/03/98 | $1,648 | 27.00 | $445 | $494 | $49 |
| | 3 | 2 | 12/10/98 | | | | | |
| | 3 | 3 | 12/17/98 | | | | | |
| | 3 | 4 | 12/24/98 | | | | | |
| | 3 | 5 | 12/31/98 | | | | | |
| | | | | | | $7,658 | $8,867 | **$1,208** |

# Table 6

## Carnival Cruise Line Direct Sales By Ms. Ortega on Sales Representative # 0030

| Fiscal Year | Period | Week | Date | Gross Profit $ | Comm Rate | Comm | Comm 30% | Difference |
|---|---|---|---|---|---|---|---|---|
| | 4 | 1 | 01/07/99 | | | | | |
| | 4 | 2 | 01/14/99 | | | | | |
| | 4 | 3 | 01/21/99 | $1,648 | 27.00 | $445 | $494 | $49 |
| | 4 | 3 | 01/21/99 | $3,296 | 27.00 | $890 | $989 | $99 |
| | 4 | 4 | 01/28/99 | | | | | |
| | 5 | 1 | 02/04/99 | | | | | |
| | 5 | 2 | 02/11/99 | | | | | |
| | 5 | 3 | 02/18/99 | | | | | |
| | 5 | 4 | 02/25/99 | | | | | |
| | 6 | 1 | 03/04/99 | | | | | |
| | 6 | 2 | 03/11/99 | | | | | |
| | 6 | 3 | 03/18/99 | | | | | |
| | 6 | 4 | 03/25/99 | | | | | |
| | 6 | 5 | 04/01/99 | | | | | |
| | 7 | 1 | 04/08/99 | | | | | |
| | 7 | 2 | 04/15/99 | | | | | |
| | 7 | 3 | 04/22/99 | | | | | |
| | 7 | 4 | 04/29/99 | | | | | |
| | 8 | 1 | 05/06/99 | | | | | |
| | 8 | 2 | 05/13/99 | | | | | |

## Table 6

### Carnival Cruise Line Direct Sales By Ms. Ortega on Sales Representative # 0030

| Fiscal Year | Period | Week | Date | Gross Profit $ | Comm Rate | Comm | Comm 30% | Difference |
|---|---|---|---|---|---|---|---|---|
| | 8 | 3 | 05/20/99 | | | | | |
| | 8 | 4 | 05/27/99 | | | | | |
| | 9 | 1 | 06/03/99 | | | | | |
| | 9 | 2 | 06/10/99 | | | | | |
| | 9 | 3 | 06/17/99 | | | | | |
| | 9 | 4 | 06/24/99 | | | | | |
| | 9 | 5 | 07/01/99 | | | | | |
| | 10 | 1 | 07/08/99 | | | | | |
| | 10 | 2 | 07/15/99 | | | | | |
| | 10 | 3 | 07/22/99 | | | | | |
| | 10 | 4 | 07/29/99 | $1,556 | 27.40 | $426 | $467 | $40 |
| | 11 | 1 | 08/05/99 | | | | | |
| | 11 | 2 | 08/12/99 | | | | | |
| | 11 | 3 | 08/19/99 | | | | | |
| | 11 | 4 | 08/26/99 | $464 | 16.50 | $76 | $139 | $63 |
| | 12 | 1 | 09/02/99 | | | | | |
| | | | 09/09/99 | | | | | |
| | | | 09/16/99 | | | | | |
| | | | 09/23/99 | | | | | |
| | 12 | 5 | 09/30/99 | ($464) | 16.50 | ($76) | ($139) | ($63) |

## Table 6

## Carnival Cruise Line Direct Sales By Ms. Ortega on Sales Representative # 0030

| Fiscal Year | Period | Week | Date | Gross Profit $ | Comm Rate | Comm | Comm 30% | Difference |
|---|---|---|---|---|---|---|---|---|
| | 12 | 5 | 09/30/99 | $1,554 | 27.40 | $426 | $466 | $40 |
| | 12 | 5 | 09/30/99 | $1,556 | 27.40 | $426 | $467 | $40 |
| | 1 | 1 | 10/07/99 | | | | | |
| | 1 | 2 | 10/14/99 | | | | | |
| | 1 | 3 | 10/21/99 | | | | | |
| | 1 | 4 | 10/28/99 | $3,173 | 27.40 | $869 | $952 | $82 |
| | | | | | | $3,482 | $3,835 | **$352** |

**Table 7**

**Direct Sales By Ms. Ortega on Sales Representative # 6030**

| Fiscal Year | Period | Week | Dates | Gross Profit $ | Comm Rate | Comm | Comm 30% | Difference |
|---|---|---|---|---|---|---|---|---|
| 1998 | 4 | 3 | 01/15/98 | $7,409 | 28.80 | $2,134 | $2,223 | $89 |
| | 4 | 4 | 01/22/98 | $547 | 30.60 | | | |
| | 4 | 4 | 01/22/98 | $1,699 | 28.80 | $489 | $510 | $20 |
| | 5 | 1 | 01/29/98 | ($7,409) | 28.80 | ($2,134) | ($2,223) | ($89) |
| | 5 | 1 | 01/29/98 | $759 | 22.50 | $171 | $228 | $57 |
| | 5 | 1 | 01/29/98 | $11,557 | 34.20 | | | |
| | 5 | 2 | 02/05/98 | $445 | 21.60 | $96 | $133 | $37 |
| | 5 | 2 | 02/05/98 | $2,175 | 34.20 | | | |
| | 5 | 2 | 02/05/98 | $1,175 | 30.60 | | | |
| | 5 | 2 | 02/05/98 | $831 | 20.70 | $172 | $249 | $77 |
| | 5 | 3 | 02/12/98 | | | | | |
| | 5 | 4 | 02/19/98 | ($2,175) | 34.20 | | | |
| | 5 | 4 | 02/19/98 | $983 | 28.80 | $283 | $295 | $12 |
| | 5 | 4 | 02/19/98 | $1,156 | 28.80 | $333 | $347 | $14 |
| | 5 | 4 | 02/19/98 | $583 | 20.70 | $121 | $175 | $54 |
| | 5 | 4 | 02/19/98 | $2,781 | 25.20 | $701 | $834 | $133 |
| | 5 | 4 | 02/19/98 | $7,409 | 28.80 | $2,134 | $2,223 | $89 |
| | 6 | 1 | 02/26/98 | | | | | |
| | 6 | 2 | 03/05/98 | | | | | |
| | 6 | 3 | 03/12/98 | ($831) | 20.70 | ($172) | ($249) | ($77) |
| | 6 | 3 | 03/12/98 | ($831) | 20.70 | ($172) | ($249) | ($77) |
| | 6 | 3 | 03/12/98 | $831 | 20.70 | $172 | $249 | $77 |

## Table 7

### Direct Sales By Ms. Ortega on Sales Representative # 6030

| Fiscal Year | Period | Week | Dates | Gross Profit $ | Comm Rate | Comm | Comm 30% | Difference |
|---|---|---|---|---|---|---|---|---|
| | 6 | 3 | 03/12/98 | $2,081 | 28.80 | $599 | $624 | $25 |
| | 6 | 3 | 03/12/98 | $2,081 | 28.80 | $599 | $624 | $25 |
| | 6 | 3 | 03/12/98 | $4,575 | 29.70 | $1,359 | $1,373 | $14 |
| | 6 | 3 | 03/12/98 | $189,497 | 36.90 | | | |
| | 6 | 4 | 03/19/98 | ($188,395) | 36.90 | | | |
| | 6 | 4 | 03/19/98 | | | | | |
| | 6 | 4 | 03/19/98 | | | | | |
| | 6 | 5 | 03/26/98 | $1,325 | 32.40 | | | |
| | 6 | 5 | 03/26/98 | $1.530 | 28.80 | $441 | $459 | $18 |
| | 7 | 1 | 04/02/98 | | | | | |
| | 7 | 2 | 04/09/98 | $1,121 | 25.20 | $283 | $336 | $54 |
| | 7 | 2 | 04/09/98 | $3,696 | 25.20 | $931 | $1,109 | $177 |
| | 7 | 3 | 04/16/98 | | | | | |
| | 7 | 4 | 04/23/98 | $1,848 | 25.20 | $466 | $554 | $89 |
| | 8 | 1 | 04/30/98 | | | | | |
| | 8 | 2 | 05/07/98 | $935 | 20.70 | $194 | $280 | $87 |
| | 8 | 3 | 05/14/98 | | | | | |
| | 8 | 4 | 05/22/98 | $437 | 30.60 | | | |
| | 8 | 4 | 05/22/98 | $1.139 | 25.20 | $287 | $342 | $55 |
| | 9 | 1 | 05/28/98 | $30 | | | | |
| | 9 | 1 | 05/28/98 | $933 | 22.50 | $210 | $280 | $70 |
| | 9 | 2 | 06/04/98 | $1,625 | 31.50 | $512 | | |

**Table 7**

**Direct Sales By Ms. Ortega on Sales Representative # 6030**

| Fiscal Year | Period | Week | Dates | Gross Profit $ | Comm Rate | Comm | Comm 30% | Difference |
|---|---|---|---|---|---|---|---|---|
| | 9 | 2 | 06/04/98 | $3,698 | 25.20 | $931 | $1,109 | $178 |
| | 9 | 3 | 06/11/98 | $906 | 33.30 | $302 | | |
| | 9 | 3 | 06/11/98 | $6,055 | 34.20 | $2,071 | | |
| | 9 | 4 | 06/18/98 | $2,047 | 27.00 | $553 | $614 | $61 |
| | 9 | 5 | 06/25/98 | | | | | |
| | 10 | 1 | 07/02/98 | | | | | |
| | 10 | 2 | 07/09/98 | | | | | |
| | 10 | 3 | 07/16/98 | $991 | 22.50 | $223 | $297 | $74 |
| | 10 | 3 | 07/16/98 | $4,777 | 29.70 | $1,419 | $1,433 | $14 |
| | 10 | 4 | 07/23/98 | | | | | |
| | 11 | 1 | 07/30/98 | | | | | |
| | 11 | 2 | 08/06/98 | $63 | 14.40 | $9 | $19 | $10 |
| | 11 | 3 | 08/13/98 | | | | | |
| | 11 | 4 | 08/20/98 | | | | | |
| | 12 | 1 | 08/27/98 | | | | | |
| | 12 | 2 | 09/04/98 | $13 | | | | |
| | 12 | 3 | 09/10/98 | $66 | 14.40 | $9 | $20 | $10 |
| | 12 | 3 | 09/10/98 | $1,514 | 28.80 | $436 | $454 | $18 |
| | 12 | 4 | 09/17/98 | | | | | |
| | 12 | 5 | 09/24/98 | $7 | | | | |
| | 12 | 5 | 09/24/98 | $129 | 23.40 | $30 | $39 | $9 |
| | 12 | 5 | 09/24/98 | $921 | 22.50 | $207 | $276 | $69 |

# Table 7

## Direct Sales By Ms. Ortega on Sales Representative # 6030

| Fiscal Year | Period | Week | Dates | Gross Profit $ | Comm Rate | Comm | Comm 30% | Difference |
|---|---|---|---|---|---|---|---|---|
| | 12 | 6 | 10/01/98 | $89 | 14.40 | $13 | $27 | $14 |
| | 12 | 6 | 10/01/98 | $439 | 27.00 | $119 | $132 | $13 |
| | 12 | 6 | 10/01/98 | $654 | 29.70 | $194 | $196 | $2 |
| | | | | | 1.20 | $39 | $0 | ($39) |
| | 12 | 6 | 10/01/98 | $1,924 | 32.40 | | | |
| | | | | | 1.20 | $125 | $0 | ($125) |
| | 12 | 6 | 10/01/98 | $990 | 24.30 | $241 | $297 | $56 |
| | | | | | 1.20 | $48 | $0 | ($48) |
| 1999 | 1 | 1 | 10/08/98 | $296 | 29.70 | $88 | $89 | $1 |
| | 1 | 1 | 10/08/98 | $273 | 16.20 | $44 | $82 | $38 |
| | 1 | 1 | 10/08/98 | $10,642 | 32.40 | | | |
| | 1 | 2 | 10/15/98 | $223 | 21.60 | $48 | $67 | $19 |
| | 1 | 2 | 10/15/98 | $356 | 24.30 | $87 | $107 | $20 |
| | 1 | 2 | 10/15/98 | $1,265 | 28.80 | $384 | $379 | ($5) |
| | 1 | 3 | 10/22/98 | ($273) | 16.20 | ($44) | ($82) | ($38) |
| | 1 | 3 | 10/22/98 | $388 | 16.20 | $63 | $117 | $54 |
| | 1 | 3 | 10/22/98 | $13 | | | | |
| | 1 | 3 | 10/22/98 | $25 | | | | |
| | 1 | 3 | 10/22/98 | $1,038 | 25.20 | $262 | $312 | $50 |
| | 1 | 4 | 10/29/98 | | | | | |

**Table 7**

**Direct Sales By Ms. Ortega on Sales Representative # 6030**

| Fiscal Year | Period | Week | Dates | Gross Profit $ | Comm Rate | Comm | Comm 30% | Difference |
|---|---|---|---|---|---|---|---|---|
| | 2 | 1 | 11/05/98 | $1,254 | 25.20 | $316 | $376 | $60 |
| | 2 | 2 | 11/12/98 | | | | | |
| | 2 | 3 | 11/19/98 | | | | | |
| | 2 | 4 | 11/26/98 | $45 | 0.00 | | $14 | $14 |
| | 3 | 1 | 12/03/98 | ($119) | 20.70 | ($25) | ($36) | ($11) |
| | 3 | 1 | 12/03/98 | ($45) | 0.00 | | ($14) | ($14) |
| | 3 | 1 | 12/03/98 | $92 | 26.10 | $24 | $28 | $4 |
| | 3 | 1 | 12/03/98 | $156 | 25.20 | $39 | $47 | $8 |
| | 3 | 2 | 12/10/98 | | | | | |
| | 3 | 3 | 12/17/98 | | | | | |
| | 3 | 4 | 12/24/98 | ($82) | 28.80 | ($24) | ($25) | ($1) |
| | 3 | 5 | 12/31/98 | $562 | 20.70 | $116 | $169 | $52 |
| | 3 | 5 | 12/34/98 | $1,390 | 27.00 | $375 | $417 | $42 |
| | | | | | | $18,930 | $17,686 | **$1,640** |
| | 4 | 1 | 01/07/99 | | | | | |
| | 4 | 2 | 01/14/99 | | | | | |
| | 4 | 3 | 01/21/99 | $592 | 20.70 | $123 | $178 | $55 |
| | 4 | 4 | 01/28/99 | $1,360 | 28.80 | $392 | $408 | $16 |
| | 5 | 1 | 02/04/99 | $4,130 | 27.40 | $1,131 | $1,239 | $107 |
| | 5 | 2 | 02/11/99 | ($598) | 26.10 | ($158) | ($179) | ($21) |
| | 5 | 2 | 02/11/99 | $930 | 28.40 | $264 | $279 | $15 |

**Table 7**

**Direct Sales By Ms. Ortega on Sales Representative # 6030**

| Fiscal Year | Period | Week | Dates | Gross Profit $ | Comm Rate | Comm | Comm 30% | Difference |
|---|---|---|---|---|---|---|---|---|
| | 5 | 2 | 02/11/99 | $215 | 15.60 | $33 | $64 | $31 |
| | 5 | 2 | 02/11/99 | $2,094 | 33.90 | | | |
| | 5 | 2 | 02/11/99 | $1,368 | 32.10 | | | |
| | 5 | 2 | 02/11/99 | $1,360 | 29.30 | $398 | $408 | $10 |
| | 5 | 3 | 02/18/99 | | | | | |
| | 5 | 4 | 02/25/99 | $293 | 28.50 | $83 | $88 | $4 |
| | 5 | 4 | 02/25/99 | $121 | 14.80 | $18 | $36 | $18 |
| | 5 | 4 | 02/25/99 | $1,360 | 29.30 | $398 | $408 | $10 |
| | 6 | 2 | 03/04/99 | | | | | |
| | | | 03/11/99 | | | | | |
| | 6 | 3 | 03/18/99 | $12 | | | | |
| | 6 | 3 | 03/18/99 | $126 | 25.90 | $33 | $38 | $5 |
| | 6 | 3 | 03/18/99 | $805 | 29.40 | $237 | $242 | $5 |
| | 6 | 3 | 03/18/99 | $621 | 22.90 | $142 | $186 | $44 |
| | 6 | 3 | 03/18/99 | $1,360 | 29.30 | $398 | $408 | $10 |
| | 6 | 3 | 03/18/99 | $2,096 | 29.30 | $614 | $629 | $15 |
| | 6 | 3 | 03/18/99 | $4,877 | 32.10 | | | |
| | 6 | 4 | 03/25/99 | $1,063 | 25.60 | $272 | $319 | $47 |
| | 6 | 5 | 04/01/99 | $1,473 | 33.00 | | | |
| | 6 | 5 | 04/01/99 | $3,135 | 33.00 | | | |
| | 6 | 5 | 04/01/99 | $1,875 | 29.30 | $549 | $563 | $13 |
| | 7 | 1 | 04/08/99 | $5,461 | 34.90 | | | |

## Table 7

### Direct Sales By Ms. Ortega on Sales Representative # 6030

| Fiscal Year | Period | Week | Dates | Gross Profit $ | Comm Rate | Comm | Comm 30% | Difference |
|---|---|---|---|---|---|---|---|---|
| | 7 | 1 | 04/08/99 | $2,062 | 25.60 | $528 | $619 | $91 |
| | | | 04/15/99 | | | | | |
| | | | 04/22/99 | | | | | |
| | | | 04/29/99 | | | | | |
| | 8 | | 05/06/99 | | | | | |
| | | | 05/13/99 | | | | $0 | $0 |
| | 8 | 3 | 05/20/99 | $2,626 | 36.70 | | | |
| | 8 | 4 | 05/27/99 | $241 | 19.30 | $47 | $72 | $26 |
| | 8 | 4 | 05/27/99 | $1,040 | 29.30 | $305 | $312 | $7 |
| | 8 | 4 | 05/27/99 | $2,808 | 32.10 | | | |
| | 8 | 4 | 05/27/99 | $3,242 | 32.10 | | | |
| | 8 | 4 | 05/27/99 | $1,101 | 25.60 | $282 | $330 | $48 |
| | 8 | 4 | 05/27/99 | $1,890 | 27.40 | $518 | $567 | $49 |
| | 9 | | 06/03/99 | | | | | |
| | | | 06/10/99 | | | | | |
| | 9 | 3 | 06/17/99 | $24 | | | | |
| | 9 | 3 | 06/17/99 | $49 | | | | |
| | 9 | 3 | 06/17/99 | $20 | | | | |
| | 9 | 3 | 06/17/99 | $351 | 20.20 | $71 | $105 | $34 |
| | 9 | 3 | 06/17/99 | $4,735 | 32.10 | | | |
| | | | 06/24/99 | | | | | |
| | 10 | | 07/01/99 | | | | | |

## Table 7

## Direct Sales By Ms. Ortega on Sales Representative # 6030

| Fiscal Year | Period | Week | Dates | Gross Profit $ | Comm Rate | Comm | Comm 30% | Difference |
|---|---|---|---|---|---|---|---|---|
| | | | 07/08/99 | | | | | |
| | 10 | 2 | 07/15/99 | $832 | 29.40 | $245 | $250 | $5 |
| | 10 | 2 | 07/15/99 | $2,143 | 25.60 | $549 | $643 | $94 |
| | 10 | 3 | 07/22/99 | | | | | |
| | 10 | 4 | 07/29/99 | | | | | |
| | 11 | 1 | 08/05/99 | | | | | |
| | 11 | 2 | 08/12/99 | $536 | 27.50 | $147 | $161 | $13 |
| | 11 | 2 | 08/11/99 | $3,130 | 31.70 | | | |
| | 11 | 3 | 08/19/99 | $1,168 | 33.90 | | | |
| | 11 | 3 | 08/19/99 | $1,447 | 25.60 | $370 | $434 | $64 |
| | 11 | 4 | 08/26/99 | | | | | |
| | 12 | 1 | 09/02/99 | | | | | |
| | 12 | 2 | 09/09/99 | | | | | |
| | 12 | 3 | 09/16/99 | $1,875 | 29.30 | $549 | $563 | $13 |
| | 12 | 4 | 09/23/99 | | | | $0 | $0 |
| | 12 | 5 | 09/30/99 | $6,254 | 33.00 | | | |
| 1999 | 1 | 1 | 10/07/99 | | | | | |
| | 1 | 2 | 10/14/99 | $1,760 | 25.60 | $451 | $528 | $77 |
| | 1 | 3 | 10/21/99 | | | | | |
| | 1 | 4 | 10/28/99 | $539 | 26.60 | $143 | $162 | $18 |
| | 2 | 1 | 11/04/99 | $3,470 | 30.20 | | | |
| | 2 | 2 | 11/11/99 | $1,055 | 31.10 | | | |

**Table 7**

**Direct Sales By Ms. Ortega on Sales Representative # 6030**

| Fiscal Year | Period | Week | Dates | Gross Profit $ | Comm Rate | Comm | Comm 30% | Difference |
|---|---|---|---|---|---|---|---|---|
| | 2 | 3 | 11/18/99 | | | | | |
| | 2 | 4 | 11/23/99 | $2,912 | 31.10 | | | |
| | 3 | 1 | 12/02/99 | | | | | |
| | 3 | 2 | 12/09/99 | | | | | |
| | 3 | 3 | 12/16/99 | | | | | |
| | 3 | 4 | 12/23/99 | | | | | |
| | 3 | 5 | 12/30/99 | | | | | |
| | | | | | | $9,133 | $10,057 | **$924** |
| | 1 | 1 | 01/06/00 | $1,359 | 25.60 | $348 | $408 | $60 |
| | 1 | 2 | 01/13/00 | $34 | | | $10 | $10 |
| | 1 | 3 | 01/20/00 | | | | | |
| | 1 | 4 | 01/27/00 | $2,543 | 29.30 | $745 | $763 | $18 |
| | | | | | | $1,093 | $1,181 | **$88** |

**Table 8**

**Estimated Earnings Losses to Ms. Ortega As a Result of Commission Differentials**

| Calendar Year | Ms. Ortega's W-2 Earnings | Account # 0030 Commissions at 30% | Account # 6030 Commissions at 30% | Estimated Additional Income If Commissions Were Calculated at 30% |
|---|---|---|---|---|
| 1998 | $84,392 | $1,208 | $924 | $2,133 |
| 1999 | $65,000 | $352 | $88 | $440 |
| | | **Total Lost Commission Income** | | **$2,572** |

## Table 9

**Estimated Interest on Losses to Ms. Ortega**
**As a Result of Commission Differentials**

| Calendar Year | Quarter | Estimated Quarterly Lost Based on Commission Differential | Total Loss to Ms. Ortega | Quarterly IRS Penalty Rate | Quarterly Interest On Estimated Lost to Ms. Ortega | Total Lost Commission Differential Plus Interest |
|---|---|---|---|---|---|---|
| 1998 | 1 | $533 | $533 | 2.250% | $0,000 | $533 |
| 1998 | 2 | $533 | $1,066 | 2.000% | $21 | $1,088 |
| 1998 | 3 | $533 | $1,621 | 2.000% | $32 | $1,653 |
| 1998 | 4 | $533 | $2,186 | 2.000% | $44 | $2,230 |
| 1999 | 1 | $110 | $2,340 | 1.750% | $41 | $2,381 |
| 1999 | 2 | $110 | $2,491 | 2.000% | $50 | $2,541 |
| 1999 | 3 | $110 | $2,651 | 2.000% | $53 | $2,704 |
| 1999 | 4 | $110 | $2,814 | 2.000% | $56 | $2,870 |
| 2000 | 1 | $110 | $2,980 | 2.000% | $60 | $3,039 |
| 2000 | 2 | $110 | $3,149 | 2.250% | $71 | $3,220 |
| 2000 | 3 | $110 | $3,330 | 2.250% | $75 | $3,405 |
| 2000 | 4 | $110 | $3,515 | 2.250% | $79 | $3,594 |
| | | | | | **$582** | **$3,594** |

# Appendix D

## Details of Estimated 401 (k) Plan Loss Calculations

**Table 10**

**Estimated 401 (k) Plan Losses**
**to**
**Betty Ortega**
**As a Result of Account Assignments**

| Year | Estimated Additional Earnings If Accounts Were Assigned to Ms. Ortega | Additional Contribution at 6% | Company Match at 66.6% |
|---|---|---|---|
| 1999 | $55,728 | $3,344 | $2,227 |
| 2000 | $79,606 | $4,776 | $3,181 |
| | | | **$5,408** |

**Table 11**

**Estimated Interest on 401 (k) Losses to Ms. Ortega**
**As a Result of Account Assignments**

| Calendar Year | Quarter | Estimated Quarterly Lost Matching to Ms. Ortega | Total Loss to Ms. Ortega | Quarterly IRS Penalty Rate | Quarterly Interest On Estimated Lost to Ms. Ortega | Total Lost Commission Plus Interest |
|---|---|---|---|---|---|---|
| 1999 | 1 | $557 | $557 | 1.261% | $0,000 | $557 |
| 1999 | 2 | $557 | $1,113 | 1.261% | $14 | $1,127 |
| 1999 | 3 | $557 | $1,684 | 1.261% | $21 | $1,705 |
| 1999 | 4 | $557 | $2,262 | 1.261% | $29 | $2,291 |
| 2000 | 1 | $3,181 | $5.472 | 1.548% | $85 | $5,556 |
| 2000 | 2 | $3,181 | $8,738 | 1.548% | $135 | $8,873 |
| 2000 | 3 | $3,181 | $12,054 | 1.548% | $187 | $12,240 |
| 2000 | 4 | $3,181 | $15,421 | 1.548% | $239 | $15,660 |
| | | | | | **$709** | **$15,660** |

# Appendix E

## Summary of Economic Losses

## Summary

### Economic Losses
### to
### Ms. Betty Ortega

| | |
|---|---|
| Additional Lost Earnings Due to Assignments of Accounts | $135,334 |
| Interest on Lost Earnings Due to Assignments of Accounts | $12,342 |
| Additional Lost Earnings Due to Commission Percentage | $2,572 |
| Interest on Lost Earnings Due to Commission Percentage | $582 |
| Lost Company Matching of 401 (k) on Earnings | $5,408 |
| Interest on Lost Company Matching of 401 (k) on Earnings | $709 |
| **Total** | **$156,948** |