IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

   Plaintiff,
vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

   Defendant.
_____/

**Order Granting Plaintiff's Unopposed Motion to File Under Seal
Plaintiff's Renewed Motion to Compel With Combined
Rule 56(f) Motion to Supplement Plaintiff's Response to
Defendant's Motion for Summary Judgment**

THIS MATTER is before the court upon Plaintiff's Unopposed Motion to File Under Seal Plaintiff's Renewed Motion to Compel With Combined Rule 56(f) Motion to Supplement Plaintiff's Response to Defendant's Motion for Summary Judgment. The Court having carefully considered the motion, having reviewed the court file and having been fully advised in the premises, finds that there is good cause to grant the instant motion. It is therefore

**ORDERED AND ADJUDGED** that said motion is hereby **GRANTED**. The Clerk is directed to file under seal in accordance with the Local Rules Plaintiff's Renewed Motion to Compel With Combined Rule 56(f) Motion to Supplement Plaintiff's Response to Defendant's Motion for Summary Judgment.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida this ____ day of January, 2001.

DISTRICT JUDGE

Copies Provided:
   Karen Coolman Amlong, Esq.
   Juan Enjamio, Esq.
   Robert Stevens, Esq.

