**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

    Plaintiff,

vs

UNISOURCE WORLDWIDE, INC., etc.,

    Defendant.

_____/

FILED by D.C.
JAN 10 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion to File Under Seal dated January 5, 2001. This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **GRANTED**.

**DONE AND ORDERED** on January 10, 2001, in Chambers, at West Palm Beach, Florida.

                LINNEA R. JOHNSON
                CHIEF UNITED STATES MAGISTRATE JUDGE

CC:   The Honorable William P. Dimitrouleas
       Jennifer Daley, Esq.
       Juan C. Enjamio, Esq.

