IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/



### Plaintiff's Unopposed Motion to Enlarge the Deadline for Serving Plaintiff's Response to Defendant's Motion for Summary Judgment

Plaintiff, Betty Ortega, pursuant to Local Rule 7.1 and 7.5, moves for entry of an Order enlarging until January 16, 2001 the deadline for her to serve her response to defendant's motion for summary judgment, and states as follow:

### Introduction

1. This is gender, race and national origin discrimination action.

2. Pursuant to the Order entered on December 21, 2000 plaintiff's response to defendant's motion for summary judgment is due on January 12, 2001.



Amlong &
Amlong, P.A.



3. Due to time constraints, including the need to review a box of documents from defendant that plaintiff received on January 9, 2001, plaintiff seeks to enlarge by one business day, or until January 16, 2001, the deadline for serving her response.

4. Plaintiff has conferred with defendant about this motion, and defendant does not object to it provided that it receives the response by 5:00 p.m. on January 16, 2001.

5. This motion is filed in good faith and not for the purpose of delay.

WHEREFORE, plaintiff respectfully requests entry of an Order granting this motion to enlarge, and granting her such other and further relief as this Court deems appropriate.

Respectfully Submitted,

KAREN COOLMAN AMLONG
Florida Bar Number 275565
JENNIFER DALEY
Florida Bar Number 0856436
AMLONG & AMLONG, P.A.
Attorneys for Plaintiff
Second Floor
500 Northeast Fourth Street
Fort Lauderdale, Florida 33301
(954) 462-1983

Date: January 11, 2001

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on this day on

Juan C. Enjamio, Esquire
Hunton & Williams
One Biscayne Tower, Suite 2500
2 S. Biscayne Blvd.
Miami, FL 33131

Robert Stevens, Esq.
Troutman Sanders, LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308

JENNIFER DALEY   I:\CPwin\HISTORY\001222A\6EC.12