IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

**NIGHT BOX**
**FILED**

'JAN 1 6 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### Plaintiff's Unopposed Motion to File Under Seal
### Plaintiff's Response to Defendant's Motion for Summary Judgment, Plaintiff's Statement of Disputed Material Facts, and Betty Ortega's Unsworn Declaration

Plaintiff, Betty Ortega, pursuant to Local Rule 5.4, moves for leave of Court to file under seal Plaintiff's Response to Defendant's Motion for Summary Judgment, Plaintiff's Statement of Disputed Material Facts, and Betty Ortega's Unsworn Declaration, and as grounds for this motion states:

1.  Simultaneous with the filing of this motion, Plaintiff is submitting for filing Plaintiff's Response to Defendant's Motion for Summary Judgment Plaintiff's Statement of Disputed Material Facts, and Betty Ortega's Unsworn Declaration ("Pleadings"). Attached as exhibits to those pleadings are documents produced by the parties during discovery that are subject to the Agreed Confidentiality Order previously entered in this case.


Amlong &
Amlong, P.A.

Page 1 of 3



2. Accordingly, plaintiff seeks leave of Court to file the pleadings under seal pursuant to Local Rule 5.4

3. Neither party holds public office nor other position of "public trust" that would be compromised by the sealing of the motion.

4. Plaintiff has conferred with defendant about this motion, and defendant does not object to it.

WHEREFORE, plaintiff requests entry of an Order granting this motion and directing the clerk to file the pleadings under seal pursuant to Local Rule 5.4.

Respectfully Submitted,

KAREN COOLMAN AMLONG
Florida Bar No: 275565
JENNIFER DALEY
Florida Bar No: 0856436
Amlong & Amlong, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, FL 33301-1154
(954)462-1983
(954)523-3192

**Dated: January 16, 2001**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 16th day of January, 2001 to Juan C. Enjamio, Esquire, Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131; Robert Stevens, Esq., Troutman Sanders, LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, GA 30308.

JENNIFER DALEY

I:\CPWin\HISTORY\001222A\6EC 136