IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.

_____/

### Order Granting Plaintiff's Unopposed Motion to File Under Seal
### Plaintiff's Response to Defendant's Motion for Summary Judgment, Plaintiff's Statement
### of Disputed Material Facts, and Betty Ortega's Unsworn Declaration

THIS MATTER is before the court upon Plaintiff's Unopposed Motion to File Under Seal

Plaintiff's Response to Defendant's Motion for Summary Judgment, Plaintiff's Statement of

Disputed Material Facts, and Betty Ortega's Unsworn Declaration. The Court having carefully

considered the motion, having reviewed the court file and having been fully advised in the premises,

finds that there is good cause to grant the instant motion. It is therefore

**ORDERED AND ADJUDGED** that said motion is hereby **GRANTED**. The Clerk is

directed to file under seal in accordance with the Local Rules Plaintiff's Response to Defendant's

Motion for Summary Judgment, Plaintiff's Statement of Disputed Material Facts, and Betty Ortega's

Unsworn Declaration .

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida this _____ day of January,

2001.

_____
WILLIAM P. DIMITROULEAS
U.S. DISTRICT JUDGE

Copies Provided:
    Karen Coolman Amlong, Esq.
    Juan Enjamio, Esq.
    Robert Stevens, Esq.

