IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

### Order Granting
### Plaintiff's Unopposed Motion to Enlarge the Deadline for Serving Plaintiff's Response to Defendant's Motion for Summary Judgment

THIS MATTER is before the court upon the Plaintiff's Unopposed Motion to Enlarge the Deadline for Serving Plaintiff's Response to Defendant's Motion for Summary Judgment. The Court having carefully considered the motion, having reviewed the court file and having been fully advised in the premises, finds that there is good cause to grant the instant motion. It is therefore

**ORDERED AND ADJUDGED** that said motion is hereby **GRANTED**. Plaintiff shall serve her response by January 16, 2001.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida this 17 _____ day of January, 2001.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies Provided:
    Karen Coolman Amlong, Esq.
    Juan Enjamio, Esq.
    Robert Stevens, Esq.

