UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 00-CV-6126

JUDGE WILLIAM P. DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.

_____/

**NIGHT BOX**
**FILED**
**JAN 2 3 2001**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
## OF TIME TO RESPOND TO PLAINTIFF'S MOTON TO COMPEL

Defendant, Unisource Worldwide, Inc., through its undersigned attorneys and pursuant to
Fed.R.Civ.P. 6(b), moves for a seven (7) day enlargement of time to respond to Plaintiff's
Motion to Compel. Plaintiff does not oppose this enlargement. In further support of this Motion,
Defendant states the following:

1.    Unisource's response to Plaintiff's Motion to Compel is due presently. Counsel
for the parties have been working to resolve the issues raised in the Motion. Last week
Unisource produced documents relating to the remaining production issues addressed in the



Motion. Similarly, Unisource is supplementing its answers to interrogatories to address some of the issues raised by Plaintiff.

2.    Unisource believes that these responses fully address and resolve any remaining discovery issues. Plaintiff's counsel has agreed to review the responses to determine if she concurs that the issues raised in the motion to Compel have been rendered moot.

3.    Given the complexity of the issues, especially the difficult and time consuming nature of the revised interrogatory answers, Unisource requests a one week extension of time to respond, if necessary, to the Motion to Compel.

4.    As explained above, Plaintiff's counsel does not object to this request for an enlargement of time.

WHEREFORE, Defendant, Unisource Worldwide, respectfully moves for a seven (7) day enlargement of time to respond to Plaintiff's Motion to Compel.

Respectfully submitted,

HUNTON & WILLIAMS
Attorney for Unisource Worldwide, Inc.
One Biscayne Tower, Suite 2500
2 South Biscayne Boulevard
Miami, Florida 33131-1802
Telephone: (305) 810-2500
Telefax: (305) 810-2460

By: _____

Juan C. Enjamio
Florida Bar No. 571910

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Karen

C. Amlong. Esq., Jennifer Daley. Esq., Amlong & Amlong. P.A., 500 Northeast Fourth Street,

Second Floor. Fort Lauderdale, Florida 33301-1154 on this $2\mathcal{4}^{th}$ day of January, 2001.

By: _____
Juan C. Enjamio

OF COUNSEL:
Robert H. Buckler
Georgia Bar No. 092650
Robert C. Stevens
Georgia Bar No. 680142

TROUTMAN SANDERS, LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Ph: (404) 885-3000
Fax: (404) 885-3900