UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION
CASE NO. 00-CV-6126
JUDGE WILLIAM P. DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

THIS CAUSE came before this Court on Defendant, Unisource Worldwide, Inc.'s Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Motion to Compel, and the Court having reviewed the Motion and the file, and being otherwise advised, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED. Defendant has a seven (7) day enlargement of time to respond to the Motion to Compel.

DONE and ORDERED on this ___ day of January, 2001.

                                              _____
                                              U.S. DISTRICT COURT JUDGE

Copies furnished to:
Juan C. Enjamio, Esquire
Jennifer Daley, Esquire

