IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/



### Notice Filing Supplement to Plaintiff's Expert Disclosure

Plaintiff, Betty Ortega, hereby gives notice of filing the attached supplement to her Expert Disclosure, the revised Table 11 (Estimated Interest on 401(k) Losses to Ms. Ortega as a Result of Account Assignments).

                         Respectfully Submitted,

                         AMLONG & AMLONG, P.A.
                         Attorneys for Plaintiff
                         500 Northeast Fourth Street
                         Second Floor
                         Fort Lauderdale, Florida 33301-1154
                         (954) 462-1983

                         Karen Coolman Amlong
                         Florida Bar Number 275565
                         Jennifer Daley
                         Florida Bar Number 0856436



**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 1st day of February, 2001 to Juan C. Enjamio, Esquire, Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131; Robert Stevens, Esq., Troutman Sanders, LLP, 600 Peachtree Street, N.E., Suite 5200, Atlanta, GA 30308.

Jennifer Daley

I:\CPWin\HISTORY\001222A\6EC.142

Revised 2/01/01

Table 11

**Estimated Interest on 401 (k) Losses to Ms. Ortega
As a Result of Account Assignments**

| Calendar Year | Quarter | Estimated Quarterly Loss Matching to Ms. Ortega | Total Loss to Ms. Ortega | Quarterly IRS Penalty Rate | Quarterly Interest On Estimated Loss to Ms. Ortega | Total Lost Commission Plus Interest |
|---|---|---|---|---|---|---|
| 1999 | 1 | $557 | $557 | 1.750% | $0,000 | $557 |
| 1999 | 2 | $557 | $1,113 | 2.000% | $22 | $1,136 |
| 1999 | 3 | $557 | $1,692 | 2.000% | $34 | $1,726 |
| 1999 | 4 | $557 | $2,283 | 2.000% | $46 | $2,329 |
| 2000 | 1 | $795 | $3,124 | 2.000% | $62 | $3,186 |
| 2000 | 2 | $795 | $3,982 | 2.250% | $90 | $4,071 |
| 2000 | 3 | $795 | $4,867 | 2.250% | $109 | $4,976 |
| 2000 | 4 | $795 | $5,771 | 2.250% | $130 | $5,901 |
|  |  |  |  |  | $493 | $5,901 |

## Summary

## Economic Losses
## to
## Ms. Betty Ortega

| | |
|---|---|
| Additional Lost Earnings Due to Assignments of Accounts | $135,334 |
| Interest on Lost Earnings Due to Assignments of Accounts | $12,342 |
| Additional Lost Earnings Due to Commission Percentage | $2,572 |
| Interest on Lost Earnings Due to Commission Percentage | $582 |
| Lost Company Matching of 401 (k) on Earnings | $5,408 |
| Interest on Lost Company Matching of 401 (k) on Earnings | $493 |
| **Total** | **$156,732** |