UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 00-CV-6126

JUDGE WILLIAM P. DIMITROULEAS

MAGISTRATE JUDGE JOHNSON



BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.

_____/

### DEFENDANT'S UNOPPOSED MOTION FOR
### ENLARGEMENT OF TIME TO SERVE EXPERT REPORT

Defendant, Unisource Worldwide, Inc., through their undersigned attorneys and pursuant to Fed.R.Civ.P. 6(b), moves for a one (1) week enlargement of time to serve its expert report. Plaintiff has no objection to this request. In support of this Motion, Defendant states the following:

    1.    Under the applicable pretrial schedule, Defendant is supposed to serve its expert



report today. However, Defendant's expert has not been able to finalize the report because Plaintiff's expert did not provide his report until after the date in the pretrial schedule, and could not be deposed until last Thursday, February 1, 2001.

2. Plaintiff received extensions of time to file her expert report. Because of these extensions, Defendant's expert needs an additional week to prepare his report.

3. Plaintiff's counsel has no objection to this request.

WHEREFORE, Defendant, Unisource Worldwide, requests a one (1) week enlargement of time to serve its expert report.

Respectfully submitted,

HUNTON & WILLIAMS
Attorney for Unisource Worldwide, Inc.
One Biscayne Tower, Suite 2500
2 South Biscayne Boulevard
Miami, Florida 33131-1802
Telephone: (305) 810-2500
Telefax: (305) 810-2460

By: _____
Juan C. Enjamio
Florida Bar No. 571910

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Karen C. Amlong, Esq., Jennifer Daley, Esq., Amlong & Amlong, P.A., 500 Northeast Fourth Street,

2

CASE NO. 00-CV-6126-DIMITROULEAS

Second Floor, Fort Lauderdale, Florida 33301-1154 on this _5th_ day of February, 2001.

By: _____
Juan C. Enjamio

OF COUNSEL:
Robert H. Buckler
Georgia Bar No. 092650
Robert C. Stevens
Georgia Bar No. 680142

TROUTMAN SANDERS, LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Ph: (404) 885-3000
Fax: (404) 885-3900