UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 00-CV-6126

JUDGE WILLIAM P. DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
### FOR ENLARGEMENT OF TIME TO SERVE EXPERT REPORT

THIS CAUSE came before this Court on Defendant, Unisource Worldwide, Inc.'s Unopposed Motion for Enlargement of Time to Serve Expert Report, and the Court having reviewed the Motion and the file, and being otherwise advised, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED. Defendant has a one (1) week enlargement of time to serve its expert report, until Feb. 12, 2001.

DONE and ORDERED on this ___ day of February, 2001.

U.S. DISTRICT COURT JUDGE

Copies furnished to:
Juan C. Enjamio, Esquire
Jennifer Daley, Esquire