IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

   Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,
a foreign corporation,

   Defendant.
_____/



### Plaintiff's Motion to Strike Defendant's Response to Plaintiff's Statement of Disputed Material Facts

Plaintiff, Betty Ortega, pursuant Local Rule 7.5 moves for entry of an Order striking Defendant's Response to Plaintiff's Statement of Disputed Material Facts, filed over certificate of service dated January 24, 2001, and states as follows:

1.  Over certificate of service dated January 24, 2001, along with its reply to plaintiff's response to defendant's motion for summary judgment, defendant filed a 22-page document entitled "Defendant's Response to Plaintiff's Statement of Material Facts" ("Response").  Among other things, the "Response":



Amlong &
Amlong, P.A.



a. **One**, admits and denies allegations made in certain paragraphs of Plaintiff's Statement of Disputed Material Facts (e.g., Response, at ¶¶ 2 and 3);

b. **Two**, offers defendant's opinions on whether certain facts alleged in Plaintiff's Statement of Disputed Material Facts are "material" to the action (e.g., Response, at ¶¶ 9, 32, 34 and 35); and

c. **Three**, states defendant's legal arguments about certain facts alleged in Plaintiff's Statement's of Disputed Material Facts with specific citations case law and other authorities (e.g., Response, at ¶¶ 8, 23, 24, 25, 26 and 31).

2. On or about January 30, 2001, plaintiff conferred with defendant about plaintiff's intent to move to strike the Response unless defendant withdraws the Response or provides plaintiff with a rule or other legal authority which permits it to file such a response to Plaintiff's Statement of Disputed Material Facts. To date, plaintiff has received no response from defendant.

3. Accordingly, plaintiff seeks entry of an Order striking defendant's 22-page "Response to Plaintiff's Statement of Disputed Material Facts."

4. This Court's Local Rule 7.5 specifically states the pleadings that are permitted on summary judgment:

Motions for summary judgment shall be accompanied by a memorandum of law, necessary affidavits and a concise statement of material facts as to which the moving party contends there is no genuine issue to be tried. The papers opposing a motion for summary judgment shall include a memorandum of law, necessary affidavits, and a single concise statement of material facts as to which it is contended that there exists issues to be tried. The statement of material facts submitted with a motion for summary judgment shall not exceed ten pages in length. All material

facts set forth in the statement required to be served by the moving party will be deemed admitted unless controverted by the opposing party's statement. As oral argument is not always scheduled on motions for summary judgment, the briefing schedule in Local Rule 7.1 shall apply.

5.   No provision of that rule permits the party moving for summary judgment to submit what is essentially a second statement of facts in response to the non-moving party's statement of disputed material facts – and especially not one that is twice as long as 10-pages permitted for a single statement of material facts. The 1999 Comment to Local Rule 7.5 prohibits such pleadings. It provides in pertinent part:

> (1999) Adds a page limit for the statement of material facts and makes clear that only one such statement shall be submitted with a motion for summary judgment.[1]

6.   Accordingly, plaintiff seeks entry of an Order striking Defendant's Response to Plaintiff's Statement of Disputed Material Facts.

WHEREFORE, plaintiff respectfully requests entry of an Order granting this motion to strike, and granting her such other and further relief as this Court deems appropriate.

---

[1] The rule also does not provide a non-moving party, such as plaintiff, who is prejudiced by a moving party's filing of a second statement of material facts, to file a responsive pleading to defendant's "Response."

Respectfully Submitted,

*(signature)*

KAREN COOLMAN AMLONG
Florida Bar Number 275565
JENNIFER DALEY
Florida Bar Number 0856436
AMLONG & AMLONG, P.A.
Attorneys for Plaintiff
Second Floor
500 Northeast Fourth Street
Fort Lauderdale, Florida 33301
(954) 462-1983

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on February 5, 2001 upon:

Juan C. Enjamio, Esquire
Hunton & Williams
One Biscayne Tower, Suite 2500
2 S. Biscayne Blvd.
Miami, FL 33131

Robert Stevens, Esq.
Troutman Sanders, LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308

*(signature)*

JENNIFER DALEY    I:\CPWin\HISTORY\001222A\6EC.150

Page 4 of 4