UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6126-CIV-DIMITROULEAS

BETTY ORTEGA,

Plaintiff,

Magistrate Judge Johnson

vs.

UNISOURCE WORLDWIDE, INC.,

Defendant.

_____/

FILED by ___ D.C.

FEB 09 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER RESETTING CALENDAR CALL FOR NEXT THURSDAY, and ORDER DENYING IN PART PLAINTIFF'S MOTION TO DEADLINE TO PROVIDE MARKED TRIAL EXHIBITS

THIS CAUSE is before the Court upon Plaintiff's Motion to Enlarge the Deadline for for Providing her Marked Trial Exhibits to Defendant [DE 78]. The Court has carefully considered the motion, and is otherwise fully advised in the premises. The Court notes that Plaintiff reports that Defendant objects to the requested relief.

Plaintiff's motion, filed February 1, 2001, seeks to extend the deadline for providing marked trial exhibits until seven days after this Court rules on the Defendant's Summary Judgment motion. Although the reply to that summary judgment motion was only filed on January 24, 2001, the Court had hoped to rule on the motion by February 1, 2001. However, the Court will rule upon the motion prior to the calendar call next week.

Given the rapidly approaching calendar call and trial date, the Court will deny Plaintiff's motion, but will extend the deadline to allow Plaintiff to provide marked trial exhibits to Defendant, to the extent not already done, no later than 12 noon on Wednesday, February 14, 2001. Such a deadline is needed to allow Defendant to receive this information prior to calendar



call.

Due to unforeseen changes in this Court's schedule, the calendar call for this case shall be moved to next Thursday, February 15, 2001 at 9:15am. If not already distributed prior to that date, the Court will distribute its summary judgment order at that hearing, and if necessary, will hear argument on the pending motion in limine.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Enlarge the Deadline for Providing her Marked Trial Exhibits to Defendant [DE 78] is hereby **DENIED in part,** and **GRANTED in part**;

2. Plaintiff shall provide marked trial exhibits to Defendant, to the extent not already done so, no later than 12 noon on Wednesday, February 14, 2001;

3. The Calendar call for this case is hereby rescheduled for 9:15am on Thursday, February 15, 2001 in Courtroom 203E of the United States Courthouse, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Karen Amlong, Esq. (via fax to 954-523-3192)
Juan C. Enjamio, Esq. (via fax to 305-810-2460)
Robert Stevens, Esq. (via fax to 404-885-3900)