IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

NIGHT BOX FILED
FEB 9. 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### Notice of Filing Computer Diskette Containing Joint Jury Instructions, Plaintiff's Proposed Additional Jury Instructions and Plaintiff's Verdict Form

Plaintiff, Betty Ortega, hereby gives notice of filing a computer diskette containing the parties' Joint Jury Instructions, Plaintiff's Proposed Jury Instructions and Plaintiff's Proposed Verdict Form.

Respectfully Submitted,

KAREN COOLMAN AMLONG
Florida Bar Number 275565
JENNIFER DALEY
Florida Bar Number 0856436
AMLONG & AMLONG, P.A.
Attorneys for Plaintiffs
Second Floor
500 Northeast Fourth Street
Fort Lauderdale, Florida 33301
(954) 462-1983

Page 1 of 2



Dated: February 9, 2001

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on this day on:

Juan C. Enjamio, Esquire
Hunton & Williams
One Biscayne Tower, Suite 2500
2 S. Biscayne Blvd.
Miami, FL 33131

Robert Stevens, Esq.
Troutman Sanders, LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308

Jennifer Daley

I:\CPWin\HISTORY\001222A\6EC.15D