IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,
a foreign corporation,

    Defendant.

_____/

**NIGHT BOX FILED**
**FEB 9 2001**
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### Plaintiff's Motion to File Under Seal Plaintiff's Reply to Unisource's Response to Plaintiff's Renewed Motion to Compel With Combined Rule 56(f) Motion to Supplement Plaintiff's Response to Defendant's Motion for Summary Judgment

Plaintiff, Betty Ortega, pursuant to Local Rule 5.4, moves for leave of Court to file under seal Plaintiff's Reply to Unisource's Response to Plaintiff's Renewed Motion to Compel With Combined Rule 56(f) Motion to Supplement Plaintiff's Response to Defendant's Motion for Summary Judgment Filed Under Seal, and as grounds for this motion states:

1.    Simultaneous with the filing of this motion, Plaintiff is submitting for filing Plaintiff's Reply to Unisource's Response to Plaintiff's Renewed Motion to Compel With Combined Rule 56(f) Motion to Supplement Plaintiff's Response to Defendant's Motion for Summary Judgment Filed Under Seal ("Reply"). Attached as exhibits to the Reply are documents produced by the defendant during discovery that are subject to the Agreed Confidentiality Order previously entered in this case. Also, the Reply is in support of a motion that has been filed under seal.


Amlong & Amlong, P.A.

Page 1 of 2



2. Accordingly, plaintiff seeks leave of Court to file the pleadings under seal pursuant to Local Rule 5.4

3. Neither party holds public office nor other position of "public trust" that would be compromised by the sealing of the motion.

WHEREFORE, plaintiff requests entry of an Order granting this motion and directing the clerk to file the pleadings under seal pursuant to Local Rule 5.4.

Respectfully Submitted,

KAREN COOLMAN AMLONG
Florida Bar No: 275565
JENNIFER DALEY
Florida Bar No: 0856436
Amlong & Amlong, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, FL 33301-1154
(954)462-1983
(954)523-3192

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 9th day of February, 2001 to Juan C. Enjamio, Esq., Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131; Robert Stevens, Esq., Troutman Sanders, LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, GA 30308.

JENNIFER DALEY

I:\CPWin\HISTORY\001222A\6EC.15F