IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/



### Plaintiff's Notice of Filing

Plaintiff, Betty Ortega, gives notice of filing, her original signature page for Betty Ortega Second Unsworn Declaration, Under Penalty of Perjury, Pursuant to 28 U.S.C. § 1746 dated February 5, 2001.

                Respectfully Submitted,

                AMLONG & AMLONG, P.A.
                500 Northeast Fourth Street
                Second Floor
                Fort Lauderdale, Florida 33301-1154
                (954) 462-1983

                Jennifer Daley
                Florida Bar No: 0856436



Amlong & Amlong, P.A.



**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 12th day of February, 2001 to Juan C. Enjamio, Esq., Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131; Robert Stevens, Esq., Troutman Sanders, LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, GA 30308.

Jennifer Daley

I:\CPWin\HISTORY\001222A\6EC.166

Amlong & Amlong, P.A.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a foreign corporation,

    Defendant.
_____/

### Betty Ortega Second Unsworn Declaration, Under Penalty of Perjury, Pursuant to 28 U.S.C. § 1746

State of Florida

County of Broward

Betty Ortega deposes and says:

1. My name is Betty Ortega. I am the plaintiff in the above-styled case.

2. On July 25, 2000, Unisource Worldwide, Inc., the defendant in the above-styled case took by deposition.

3. Prior to my attorney's receipt of the letter attached as Exhibit A, from the court reporter Edward Varkonyi, I did not receive a copy of any letter or notice from the court reporter, Edward Varkonyi, or anyone associated with his company, H. Allen Benowitz and Associates, informing me that my deposition transcript was available for review.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Ft. Lauderdale, Florida, this 5 day of February, 2001.

_____
BETTY ORTEGA

I:\CPWin\HISTORY\001222A\6EC.153

```
                                            RECEIVED
                                            JAN 0 9 2001
                          January 8, 2001
```

JENNIFER DALEY, ESQ.
AMLONG & AMLONG
500 Northeast 4th Street, Second Floor
Fort Lauderdale, Florida 33301

RE: ORTEGA v. UNISOURCE

Dear Ms. Daley,

As per our discussion of last week with regard to your representation that you did not receive a read letter for the deposition of Betty Ortega taken on July 25, 2000 in connection with the above-captioned case, I am forwarding an errata sheet to make corrections to the transcript. This letter should not be construed as an admission by myself that you did not receive a read letter, as this was five months ago, and I have no memory of same and do not maintain copies of read letters.

Sincerely,

*[signature]*

Edward Varkonyi,
Registered Merit Reporter

cc: Robert H. Buckler, Esq.
    Enclosures.