IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,
a foreign corporation,

    Defendant.
_____/

### Plaintiff's Motion to Strike Defendant's Notice of Compliance With Expert Disclosure and Defendant's Expert

Plaintiff, Betty Ortega, pursuant to Local Rule 16.1K, moves to strike Defendant's Notice of Compliance With Expert Disclosure and defendant's expert for failing to comply with Local Rule 16.1K, and as grounds for this motion states:

1. Over certificate of service dated February 5, 2001, defendant filed Defendant's Notice of Compliance with Expert Disclosure, a copy of which is attached as Exhibit A.[1] The notice discloses Paul F. White, Ph.D. as defendant's expert and his rate of pay. Attached to the notice are copies of Dr. White's

---

[1] Pursuant to the Order entered February 6, 2001, the deadline for defendant to serve its expert report was extended to February 12, 2001.





Page 1 of 4

resume, listing of cases in which he previously testified, and his schedule of charges. The notice, however, does not contain either a summary of the expert's anticipated testimony or a written report from the expert concerning the subject of the expert's testimony, the substance of the facts and opinions to which the witness is expected to testify, or a summary of the grounds for the expert's opinion. So plaintiff is unaware of matters about which the expert is expected to testify.    2.    Local Rule 16.1K provides that:

> Where expert opinion evidence is to be offered at trial, **summaries of the expert's anticipated testimony or written report (including lists of the expert's qualifications to be offered at trial, publications and writings, style of the case and name of court and judge in cases in which the expert has previously testified and the subject of that expert's testimony, the substance of the facts and all opinions to which the expert is expected to testify, and a summary of the grounds for each opinion)** shall be exchanged by the parties no later than 90 days prior to the pretrial conference, or if no pretrial conference is held, 90 days prior to the call of the calendar, provided, however, that if the expert opinion is intended solely to contradict or rebut evidence on the same subject matter identified by another party's expert, then the expert summary or report for such evidence shall be served no later than 30 days after the expert summary or report is served by the other party.

(Emphasis added.)

3.    In this case, defendant's Notice of Compliance with Expert Disclosure clearly fails to comply with Local Rule 16.1 because it fails to contain either a summary of the expert's anticipated testimony or a report of the expert containing the information specified in Local Rule 16.1K. Defendant failed to include that information in its Notice of Compliance even after it sought and

obtained an enlargement of time to serve its expert report "because Defendant's expert has not been able to finalize the report" and "needs an additional week to prepare his report." (Defendant's Unopposed Motion for Enlargement of Time to Serve Expert Report, at 2) Accordingly, plaintiff moves to strike Defendant's Notice of Compliance with Expert Disclosure and defendant's expert.

WHEREFORE, plaintiff requests entry of an Order granting this motion, and striking Defendant's Notice of Compliance with Expert Disclosure and defendant's expert.

Respectfully Submitted,

*[signature: Jennifer Daley]*

KAREN COOLMAN AMLONG
Florida Bar No: 275565
JENNIFER DALEY
Florida Bar No: 0856436
Amlong & Amlong, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, FL 33301-1154
(954)462-1983
(954)523-3192

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 13th day of February, 2001 to Juan C. Enjamio, Esq., Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131; Robert Stevens, Esq., Troutman Sanders, LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, GA 30308.

JENNIFER DALEY

I:\CPWin\HISTORY\001222A\6EC.169

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RECEIVED
FEB 0 9 2001

FORT LAUDERDALE DIVISION

CASE NO. 00-CV-6126

JUDGE WILLIAM P. DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.

_____/

### DEFENDANT'S NOTICE OF COMPLIANCE WITH EXPERT DISCLOSURE

COMES NOW Unisource Worldwide, Inc. ("Unisource"), by and through their undersigned attorneys and give notice of serving the attached disclosure regarding their expert, Paul F. White, Ph.D, pursuant to Federal Rule of Civil Procedure 26, Local Rule 16.1K, and this Court's December 12, 2000 Order. Furthermore, pursuant to Federal Rules of Civil Procedure 26(a)(2)(B), Defendants serve notice that Dr. White is compensated at a rate of $175.00 per hour for study and at a rate of $262.50 per hour for testimony. Finally, Defendants reserve the right to supplement this disclosure in conformance with the Federal and Local Rules of Civil Procedure.

0679096.01


EXHIBIT A

## PAUL F. WHITE
4901 Tower Court • Tallahassee, FL • (850) 562-1211
pwhite@ersnet.com

**EDUCATION:**

    Ph.D., North Carolina State University, Labor/Health Economics, 1993

    M.E., North Carolina State University, Economics, 1992

    B.S., James Madison University, Economics, 1989

**HONORS AND AWARDS:**

    National Institute of Health Fellowship, 1990 to 1993

    Economics Graduate Student Association, President
        North Carolina State University, 1991 to 1992

**SPECIALIZATION:**

    Labor Economics, Health Economics, Economics of Aging

**PROFESSIONAL EXPERIENCE:**

    Vice-President, Economic Research Services, Inc., 1998 to present

    Research Economist, Economic Research Services, Inc., 1993 to 1998

        Perform project manager duties, prepare computerized statistical analyses of complex data bases, and perform specialized research in areas of labor economics.

    Adjunct Professor, Florida State University, 1996 to present

    Research Fellow, 1990 to 1993

        Awarded fellowship by the National Institute of Health to study the economics of aging.

**ECONOMIC RESEARCH SERVICES**
AN FYI INCORPORATED COMPANY

*[Revised December 12, 2000]*

### PROFESSIONAL EXPERIENCE: (continued)

Consultant, Law Firm of Womble, Carlyle, Sandridge, and Rice, Winston-Salem, NC, June 1992 to July 1992

>Researched and analyzed health insurance statistics to be used as evidence in a medical malpractice case

Research Assistant, Department of Economics and Business, North Carolina State University, May 1990 to August 1990

>Provided computer programming assistance on several research projects

Teaching Assistant, Department of Economics and Business, North Carolina State University, October 1989 to May 1990

>Taught "Principles of Economics" labs; prepared lectures, assignments, and examinations

Teaching Assistant, Department of Economics and Business, North Carolina State University, August 1989 to October 1989

>Computer consultant in the department's microcomputer lab

### PUBLICATIONS AND RESEARCH PAPERS:

"The Use of an Economist in Labor and Employment Disputes: Legal and Practical Considerations", (with James Garrity), The Florida Bar Journal, Vol. LXXIV, No. 11, December 2000.

"Approaches for Dealing With Small Sample Sizes in Employment Discrimination Litigation", (with Michael J. Piette), Journal of Forensic Economics, Vol. XII, No. 1, Winter 1999.

"Use of 'Reverse Regression' in Employment Discrimination Analysis,"(with Michael J. Piette), Journal of Forensic Economics, Vol. XI, No. 2, Spring/Summer 1998.

Review of "Tenure, Discrimination, and the Courts" by Terry L. Leap, Journal of Forensic Economics, Vol. IX, No. 2, Spring/Summer 1996.

**PUBLICATIONS AND RESEARCH PAPERS: (continued)**

"Allocating Time to Caring and Working: Evidence from the National Long-Term Care Survey," working paper with Dr. Ann A. McDermed and Dr. Alvin E. Headen.

Long-Term Care of the Disabled Elderly, "Working vs. Helping - A Caregiver's Dilemma," Ph.D. Dissertation, Department of Economics, North Carolina State University, August, 1993.

"The Proposed Virginia Coal Slurry Pipeline and Its Employment Effects on the Railroad Industry," (with Ehsan Ahmed), Journal of Applied Business Research, Fall, 1990.

**PRESENTATIONS/PROFESSIONAL MEETINGS:**

"The Use (and Misuse) of Economics and Statistics in Employment Litigation," paper presented as part of a seminar entitled "Employment Law 2000: The Right Mix," Louisiana State Bar Association, New Orleans, LA, 2000.

"Analyzing Allegations of Discrimination in Termination Cases," paper presented as part of a seminar entitled "Employee Discharge and Documentation," Tallahassee, Florida, 1995-2000.

"Private Sector Employment Opportunities for Economics Majors", presentation for Omicron Delta Epsilon, Florida State University's economics honor society, Tallahassee, FL, 1998.

"Approaches for Dealing With Small Sample Sizes in Employment Discrimination Litigation", (with Michael J. Piette) paper presented at the Southern Economic Association Annual Meetings, Atlanta, GA, 1997.

"The Use of 'Reverse Regression' in Employment Discrimination Analysis" (with Michael J. Piette), paper presented at the Allied Social Science Association Annual Meetings, New Orleans, Louisiana, 1997.

"Employment Discrimination," presentation for Alpha Kappa Psi, Florida State University's professional business fraternity, Tallahassee, FL, 1996.

"Informal Caregivers of the Disabled: Applications for the Forensic Economist," paper presented at the Southern Economic Association Annual Meetings, New Orleans, Louisiana, 1995.

"Allocating Time to Caring and Working: Evidence from the National Long-Term Care Survey," paper presented at the Southern Economic Association Annual Meetings, Orlando, Florida, 1994.

"Estimating the Shadow Price of Informal Care," paper presented at the Allied Social Science Association Annual Meetings, Boston, Massachusetts, 1994.

"What President Clinton's Health Care Plan Will Mean to You," lecture presented as part of the Valencia Community College Notable Speaker Series, Orlando, Florida, 1994.

### PROFESSIONAL ASSOCIATION AND MEMBERSHIPS:

American Economics Association

National Association of Forensic Economics

## PAUL F. WHITE

### TESTIMONY

<u>Everette Prince v. Barnes Group, Inc. and Bowman Distribution</u>; No. 5:94-CV-483-F(3), U.S. District Court, Eastern District of North Carolina, Western Division. (Declaration)

<u>Kenneth Causey v. City of Gretna, Florida, et al.</u>; No. 94-40586-WS, U.S. District Court, Northern District of Florida, Tallahassee Division. (Deposition)

<u>Joseph C. Mulé, et al. v. Larry Alton Carr, et al.</u>; No. 93-7395 Division "O" Civil Division, Circuit Court, 13th Judicial Circuit, in and for Hillsborough County, Florida. (Deposition)

<u>Stuart N. Robins v. Flagship Airlines and AMR Corporation</u>; No. 94-C3589, Circuit Court, Davidson County, Tennessee. (Declaration)

<u>Louise L. Wilson, Beowulf L. Snell, et al. v. Macon Telegraph Publishing Company, Inc.</u>; No. 5:95-CV-522-2 (DF), U.S. District Court, Middle District of Georgia, Macon Division. (Affidavit)

<u>David Hipp, Harry W. McKown, Jr., et al. v. Liberty National Life Insurance Company</u>; No. 95-1332-CIV-T-17A, U.S. District Court, Middle District of Florida, Tampa Division. (Deposition)

<u>Margaret H. Daniel v. University of Southwestern Louisiana</u>; No. 95-2170, U.S. District Court, Western District of Louisiana, Lafayette-Opelousas Division. (Trial)

<u>Lois Gordon, et al. v. Columbia Gas & Electric, et al.</u>, No. 95-CI-0095, Court of Common Pleas, Civil Division, Marion County, Ohio. (Deposition)

<u>Connie Yon and Delores Bryant v. Department of Corrections and Steve Comeford</u>; No. 93-4635, Second Judicial Circuit, Leon County, Florida. (Hearing)

<u>Sergio Bonich, et al. v. Herman Miller, Inc.</u>, No. 95-3455/CA21, Circuit Court, 11th Judicial Circuit, Dade County, Florida. (Deposition)

<u>Caroline Burney v. Rheem Manufacturing Company, Inc.</u>, No. CV-97-D-1300-N, U.S. District Court, Middle District of Alabama, Northern Division. (Affidavit)



**ECONOMIC RESEARCH SERVICES**
AN FYI INCORPORATED COMPANY

*[Revised October 26, 2000]*

## PAUL F. WHITE

### TESTIMONY (CONTINUED)

<u>Pamela L. Biggs v. State of Florida, Board of Regents</u>, No. 1:96-CV-185-MMP, U.S. District Court, Northern District of Florida, Gainesville Division. (Deposition)

- <u>Faith D. McKnight v. State of Florida, Department of Health and Rehabilitative Services, et al.</u>, No. 96-1167-CIV-J99(S), U.S. District Court, Middle District of Florida, Jacksonville Division. (Deposition)

<u>Grant H. Danskine, et al. v. Metro Dade County</u>, No. 97-2068-CIV-HIGHSMITH, U.S. District Court, Southern District of Florida, Miami Division. (Affidavit & Deposition)

<u>Michael Corlett v. Fine Air Services, Inc.</u>, No. 97-3906-CIV-UNGARO-BENAGES, U.S. District Court, Southern District of Florida, Miami Division. (Affidavit)

<u>Gina Edwards v. University of Central Florida, Florida Board of Regents</u>, et. al, No. CI 97-3420(32), Circuit Court, 9th Judicial Circuit, Orange County, Florida. (Deposition)

<u>Garry Joe Tawney v. The Bolles School</u>, No. 97-03038 CA, Circuit Court, 4th Judicial Circuit, Duval County, Florida. (Deposition)

<u>Waymond Pollocks, et al., v. Sunland Training Center at Marianna, Florida, et al.</u>, No. TCA 87-40103-RH, U.S. District Court, Northern District of Florida, Tallahassee Division. (Trial)

<u>Jeanette Robinson Ward v. Florida State Hospital</u>, Department of Labor and Employment Security, Division of Workers' Compensation, District "A East". (Affidavit)

<u>Craig H. Hull v. Cash America International, Inc.</u>, No.98-607-CIV-ORL-19A, U.S. District Court, Middle District of Florida, Orlando Division. (Deposition)

<u>Robert Schanzer, and Robert R. Madison v. United Technologies Corporation, Pratt & Whitney Aircraft Division</u>, No. 3:98CV00834, U.S. District Court, District of Connecticut. (Deposition and Trial)

<u>Donna Aldret v. State of Florida Department of Labor and Employment Security Division of Workers' Compensation</u>, Claim No. 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. (Deposition and Hearing)

<u>Wilma Nicole Stout v. Baxter Healthcare Corporation</u>, No. 4:99 CV 129-EMB, U.S. District Court, Northern District of Mississippi, Greenville Division. (Affidavit)

## PAUL F. WHITE

### TESTIMONY (CONTINUED)

Theodore R. Perin v. County of Nassau, Nassau County Department of General Services and R.A. Augisiewicz, No. 95-024094, Supreme Court of the State of New York, County of Nassau (Affidavit)

National Association for the Advancement of Colored People, et al. v. State of Florida Department of Corrections, et al., No. 5:00-CV-100-OC-10, U.S. District Court, Middle District of Florida, Ocala Division. (Affidavit)

Kenneth Epperson, et al. v. Pennzoil Products Company, No. CV97-1797, U.S. District Court, Western District of Louisiana, Shreveport Division. (Affidavits)

American Federation of Government Employees, Local 1617, Kelly Air Force Base, San Antonio, Texas v. San Antonio Air Logistics Center, Kelly Air Force Base, San Antonio, Texas, FMCS No. 990929-17655-3. (Arbitration Testimony)

## SCHEDULE OF CHARGES – October 2000

| | |
|---|---|
| JOAN G. HAWORTH, PH.D. | $ 325 |
| CHARLES T. HAWORTH, PH.D. | $ 250 |
| CHESTER I. PALMER, ED.D. | $ 250 |
| MARY D. BAKER, PH.D. | $ 250 |
| SHARON KELLY, PH.D. | $ 250 |
| | |
| HOSSEIN BORHANI, PH.D. | $ 175 |
| JANET R. THORNTON, PH.D. | $ 175 |
| PAUL F. WHITE, PH.D. | $ 175 |
| | |
| LEONARD T. ELZIE, PH.D. | $ 150 |
| DOUGLAS A. FOX, PH.D. | $ 150 |
| JOSHUA A. GOTKIN, PH.D. | $ 150 |
| DAVID P. LAMOREAUX, PH.D. | $ 150 |
| CHARLES J. MULLIN, PH.D. | $ 150 |
| MATTHEW R. THOMPSON, PH.D. | $ 150 |
| JOSEFINA V. TRANFA, PH.D. | $ 150 |
| SHERRY J. WETCHLER, PH.D. | $ 150 |
| | |
| CARRIE AMIDON, PH.D. | $ 140 |
| JOHN DAVIS, PH.D. | $ 140 |
| | |
| BEN SHIPPEN, PH.D. | $ 130 |
| CHRIS HAAN, PH.D. | $ 130 |
| JIA ZHU, PH.D. | $ 130 |
| | |
| LITIGATION DIRECTOR | $ 150 |
| SITE MANAGER | $ 130 |
| SENIOR SYSTEMS PROGRAM ANALYST | $ 135 |
| AFFIRMATIVE ACTION CONSULTANT | $ 120 |
| OPERATIONS COORDINATOR | $ 120 |
| PROGRAMMER COORDINATOR | $ 130 |
| SYSTEMS PROGRAMMER III/SR. DATA BASE ANALYST | $ 120 |
| DATA BASE ANALYST | $ 110 |
| COMPUTER PROGRAMMER ANALYST | $ 100 |
| RESEARCH ASSOCIATE II | $ 95 |
| SR. AFFIRMATIVE ACTION ANALYST | $ 95 |
| AFFIRMATIVE ACTION ANALYST | $ 90 |
| COMPUTER PROGRAMMER | $ 90 |
| RESEARCH ASSOCIATE I/RESEARCH ASSISTANT III/AAP SPEC III | $ 85 |
| OFFICE ADMINISTRATOR | $ 80 |
| RESEARCH ASST II/PROJ SUPPORT SPEC/AAP SPEC II | $ 80 |
| ADMINISTRATIVE-LITIGATION SPECIALIST | $ 75 |
| RESEARCH ASSISTANT I/AAP SPECIALIST I | $ 60 |
| FACILITIES MANAGER | $ 45 |
| ADMINISTRATIVE ASSISTANT | $ 45 |
| ADMINISTRATIVE SUPPORT | $ 40 |
| DATA SUPPORT | $ 30 |

**COMPUTER COSTS:**

| | |
|---|---|
| Processor Usage | $ 0.322/CPU Second |
| Memory Usage | No Charge |
| Disk Usage | $ 0.01/Megabyte-Day |
| Disk/Tape/IO | No Charge |
| Printer/IO | No Charge |

**ECONOMIC RESEARCH SERVICES**

AN FYI INCORPORATED COMPANY

*Rates for testimony are 1.5 times the published rates.*

Respectfully submitted, this 5th day of February, 2001.

        TROUTMAN SANDERS, LLP
        Attorneys for Unisource Worldwide, Inc.
        5200 Bank of America Plaza
        600 Peachtree Street, N.E.
        Atlanta, Georgia 30308-2216
        Ph: (404) 885-3000
        Fax: (404) 885-3900

By: _____
        Robert H. Buckler
        Georgia Bar No. 092650
        Robert C. Stevens
        Georgia Bar No. 680142

OF COUNSEL:

Juan C. Enjamio
Florida Bar No. 571910
HUNTON & WILLIAMS
One Biscayne Tower, Suite 2500
2 South Biscayne Boulevard
Miami, Florida 33131-1802
Telephone: (305) 810-2500
Telefax: (305) 810-2460

0679096.01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-CV-6126

BETTY ORTEGA,           )
                        )
        Plaintiff,      )
                        )    CIV-DIMITROULEAS
v.                      )
                        )    Magistrate Judge Johnson
UNISOURCE WORLDWIDE, INC., a )
foreign corporation,    )
                        )
        Defendant.      )
_____)

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing **DEFENDANT'S NOTICE OF COMPLIANCE WITH EXPERT DISCLOSURE** upon opposing counsel by depositing a true and correct copy of same in the United States mail with adequate postage thereon and addressed as follows:

Karen C. Amlong, Esq.
Jennifer Daley, Esq.
Amlong & Amlong, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301-1154

This 5th day of February, 2001.

Robert C. Stevens

0679096.01