**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 00-CV-6126

JUDGE WILLIAM P. DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

       Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

       Defendant.

              /

### DEFENDANT'S REQUESTED VOIR DIRE QUESTIONS

Defendant requests that the Court ask potential jurors the following questions on voir dire.

1. Is any member of the panel acquainted, however slightly, with Karen C. Amlong, Jennifer E. Daley, or any member or employee of Amlong & Amlong, the attorneys for the Plaintiff? If so, how?

2. Have you ever consulted with the law firm of Amlong & Amlong for any legal services whatsoever?

3. Please state whether you or any members of your family are now employed by or have been employed by Unisource.



4.  Do any of you know, however slightly, the Plaintiff, Betty Ortega or any member of her family?

5.  Have you or anyone in your immediate family or a close friend ever been involved in a dispute with Unisource? If so, what sort of dispute was it and how was it resolved?

6.  Who is your present employer, if any? What are your specific duties and are you paid on a commission basis?

7.  Have any of you ever held any position in any business whatsoever where you were required to supervise the company's compliance with federal laws against discrimination on the basis of race, religion, color, national origin, sex, age or disability?

8.  Are you married? If not, have you ever been married?

9.  Do you have children? What are their ages?

10. Are you a member of a labor union?

11. Are you a member of any other social or civic organization? If so, which ones?

12. Please state whether any of you have ever been terminated by your employer and whether you believe that termination was in any way unfair or illegal.

13. Has any member of the panel ever sued your current or former employer? What was the nature of the claim and how was it resolved?

14. Has any member of the panel ever complained of unlawful discrimination by your current or former employer? What was the nature of the complaint and how was it resolved?

15. Has any member of the panel ever filed a claim or complaint of any type against his or her current or former employer? What was the nature of the claim and how was it resolved?

16. Has any member of the panel ever been involved as a witness for a party in an employment discrimination suit involving allegations of discrimination based upon race, sex, national origin, religion, age or disability? If so, what was your involvement in that suit? How was that case resolved?

17. Has any member of your family or any friend or neighbor been involved as a witness for a party in an employment discrimination or retaliation suit? If so, what type of suit was it? What was their involvement? How was the suit resolved?

18. Does each member of the jury understand that Unisource, as a corporation, stands on equal footing in the Court as an individual person and that you must not consider the case any differently simply because the Defendant is a corporation?

19. Would you be reluctant to rule in favor of Unisource because you felt sympathy for the Plaintiff or because Unisource has more money than the Plaintiff?

20. Do you have any personal bias against corporations (such as Unisource) or harbor a belief that corporations discriminate against employees and individuals or otherwise treat employees unfairly?

21. Do any of you have any feelings about courts, the judicial system, judges or lawyers in general which may make you lean, however slightly, toward one side or the other in this case?

22. Is there any member of the jury panel who believes that he or she has ever been discriminated against by an employer because of his or her race, sex, age, religion, national origin or disability?

23. Is there any member of the jury panel who believes they have been discriminated against, disciplined unfairly or otherwise mistreated by his or her employer?

24. Is there any member of this jury panel who, due to matters of conscious or otherwise, would not be able to find against the Plaintiff versus a corporation, even if the evidence failed to support the Plaintiff's case?

25. Please state whether any of you have ever complained to any federal or state agency or any other investigative body that you were being discriminated against.

26. Please state the extent of your education and where you went to school.

27. Has any member of the panel previously served on a jury in a federal or state court? If so, was the case a criminal proceeding or a civil lawsuit? How recent was your jury service? What was the nature of the case and did you reach a verdict?

28. Do you know of any other reason or anything which has occurred during this question period that might make you doubtful that you can be a completely fair and impartial juror in this case?

Respectfully submitted this 15TH day of February, 2001.

> TROUTMAN SANDERS, LLP
> Attorneys for Unisource Worldwide, Inc.
> 5200 Bank of America Plaza
> 600 Peachtree Street, N.E.
> Atlanta, Georgia 30308-2216
> Ph: (404) 885-3000
> Fax: (404) 885-3900
>
> By:
> Robert H. Buckler
> Georgia Bar No. 092650
> Robert C. Stevens
> Georgia Bar No. 680142

OF COUNSEL:

Juan C. Enjamio
Florida Bar No. 571910
HUNTON & WILLIAMS
One Biscayne Tower, Suite 2500
2 South Biscayne Boulevard
Miami, Florida 33131-1802
Telephone: (305) 810-2500
Telefax: (305) 810-2460

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-CV-6126

BETTY ORTEGA,                          )
                                       )
        Plaintiff,                     )
                                       )        CIV-DIMITROULEAS
v.                                     )
                                       )        Magistrate Judge Johnson
UNISOURCE WORLDWIDE, INC., a           )
foreign corporation,                   )
                                       )
        Defendant.                     )
                                       )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **DEFENDANT'S**

**REQUESTED VOIR DIRE QUESTIONS** upon opposing counsel by ~~depositing a true and~~ *via hand delivery*

~~correct copy of same in the United States mail with adequate postage~~ thereon and addressed as

follows:

    Karen C. Amlong, Esq.
    Jennifer Daley, Esq.
    Amlong & Amlong, P.A.
    500 Northeast Fourth Street
    Second Floor
    Fort Lauderdale, Florida 33301-1154

This ___ day of February, 2001.

Robert C. Stevens

0685112 01                                   1