REC'D by ___
DKTd
FEB 15 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**COP'** Somehow we got original - please docket as 1/19/01 this plzt

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

Plaintiff,                          **NOTICE OF CONFLICT**

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

Defendant.

_____/

Plaintiff, Betty Ortega, through counsel, Amlong & Amlong, P.A., files this Notice of Conflict and states as follows:

1. Pursuant to the order dated March 7, 2000, this case is set for trial on the two-week calendar period commencing February 20, 2001. This trial is expected to last five (5) days.

2. The undersigned counsel also are set for trial in the following case(s), which pose potential conflicts with the trial in this matter:

  a. <u>Edward Brochu v. City of Riviera Beach</u>, Case Number 98-8031-Civ-Ryskamp now pending in the United States District Court for the Southern District of Florida before The Honorable Kenneth L. Ryskamp, and scheduled for a specially set trial on a two-week trial calendar commencing



February 20, 2001. The trial is expected to last five (5) to seven (7) days. A copy of the order dated December 7, 2000 setting the trial for January 2, 2001 is appended as Exhibit A. A new order specially setting this case for February 20, 2001 has not been received yet.  ~~J~~ ~~Exh.~~ ~~1/12~~  ~~for~~ ~~1~~ ~~-~~ ~~5~~ ~~on~~ ~~2/20~~

     b.    <u>Kenneth Baldwin vs. American Lighting & Signalization, Inc.</u>, Case Number 98-3182-Civ-Jordan now pending in the United States District Court for the Southern District of Florida before The Honorable Aldaberto Jordan, and scheduled for trial on a two-week trial calendar commencing February 26, 2001. The trial is expected to last five (5) days. A copy of the order dated November 17, 2000 setting that trial is appended as Exhibit B.

                                      Respectfully Submitted,
                                      AMLONG & AMLONG, P.A.
                                      500 Northeast Fourth Street
                                      Second Floor
                                      Fort Lauderdale, Florida 33301-1154
                                      (954) 462-1983

                                      _____
                                      Karen Coolman Amlong
                                      Florida Bar No: 275565

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. 1st Class Mail this ____ day of January, 2001 to Juan C. Enjamio, Esquire, Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131.

Karen Coolman Amlong

I:\CPWin\HISTORY\001222A\6EC.132

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

Case No. 98-8031-CIV-RYSKAMP/VITUNAC

EDWARD BROCHU,

Plaintiff,

vs.

CITY OF RIVIERA BEACH, et al.,

Defendants.
_____/



FILED by _____ D.C.
DEC - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER CONTINUING TRIAL AND SPECIALLY SETTING TRIAL FOR JANUARY 2, 2001

THIS CAUSE came before the Court *sua sponte*.

PLEASE TAKE NOTICE that the trial in the above-styled case set for the trial period commencing December 18, 2000, has been CONTINUED. Trial in this case has been specially set to begin **Tuesday, January 2, 2001 at 9:00 a.m.**

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 7 day of December, 2000.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

copies provided:
Kathryn L. Tignor, Esq.
William Amlong, Esq.
Jacob A. Rose, Esq.

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 98-3182-CIV-JORDAN





KENNETH BALDWIN        )
    Plaintiff         )
                       )
vs.                    )
                       )
AMERICAN LIGHTING & SIGNALIZATION, )
INC.                   )
                       )
    Defendant         )
_____)

### ORDER RE-SETTING SCHEDULE

This case is reset for trial during the Court's two-week trial calendar beginning on February 26, 2001. Calendar call will be held at 2 p.m. on February 20, 2001, in Courtroom Eight of the United States Courthouse, 301 N. Miami Avenue, Miami, Florida. No pre-trial conference will be held unless a party requests one no later than 30 days prior to the calendar call or the Court determines that one is necessary. Please be advised that American Lighting & Signalization's motion for summary judgment is still under consideration.

DONE and ORDERED in chambers in Miami, Florida, this _17th_ day of November, 2000.

                          *Adalberto Jud*
                          Adalberto Jordan
                          United States District Judge

Copies to:  Magistrate Judge Bandstra
           Peter Sampo, Esq.
           Jennifer Daley, Esq.

**EXHIBIT B**