IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number:00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

### Notice of Filing Plaintiff's Proposed Voir Dire Questions

Plaintiff, Betty Ortega, gives notice of filing Plaintiff's Proposed Voir Dire Questions.

                Respectfully Submitted,

                AMLONG & AMLONG, P.A.
                500 Northeast Fourth Street
                Second Floor
                Fort Lauderdale, Florida 33301-1154
                (954) 462-1983

                Karen Coolman Amlong
                Florida Bar No. 275565
                Jennifer Daley
                Florida Bar No: 0856436


Amlong & Amlong, P.A.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail – hand this 15th day of February, 2001 to Juan C. Enjamio, Esq., Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131; Robert Stevens, Esq., Troutman Sanders, LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, GA 30308.

Jennifer Daley

I:\CPWin\HISTORY\001222A\6EC.175

### Plaintiff's Proposed Voir Dire Questions

1. Have you or anyone close to you ever worked for Unisource Worldwide, Inc.? If so, in what positions?

2. Have you or anyone close to you ever worked for Georgia-Pacific Corporation? If so, in what positions?

3. Have you or anyone close to you ever worked for Jim Walters Paper, Inc.? If so, in what positions?

4. Have you or anyone close to you ever worked for Butler Paper Company? If so, in what positions?

5. Have you or anyone close to you ever worked for BPC Paper Company? If so, in what positions?

6. Have you or anyone close to you ever worked for Alco Standard Corporation? If so, in what positions?

7. Have you ever worked as a salesperson or in a job involving selling goods or services?

8. Have you ever worked in any position for which you were paid commissions? If so, were accounts or customers assigned to you from which you were required to sell goods or services to earn the commissions?

9. Have you ever supervised any employees?

10. Have you ever supervised employees to whom you assigned any type of work or accounts from which the employees earned commissions?

1

11. Have you or anyone close to you ever made a complaint of discrimination? If so, why?

12. Have you or anyone close to you ever made a complaint of retaliation after complaining about discrimination?

13. Have you or anyone close to you ever sought any type of mental health counseling?

14. Do you think discrimination against women is still a problem in the United States?

15. Do you think women's groups have any reason to be angry about the status of women in America today? Why?

16. Have you ever:

    a. Been fired from a job?

    b. Not gotten a raise or promotion you thought you deserved?

17. Have you ever experienced any negative consequences because you complained about something at work? If yes, please explain.

18. Have you ever accused someone of discrimination? If yes, please explain.

19. Has anyone ever accused you of discrimination or sexual harassment? If yes, please explain?

20. What is your understanding of:

    a. discrimination?

    b. equal pay for equal work?

    c. equal opportunity?

        d.    retaliation?

21.    What traits do you associate with women in general?

22.    Do you think there are certain personality characteristics that most women share? That most men share? What are some of these?

23.    Are the traits that you associate with women different than those that you associate with men? How?

24.    What traits do you associate with Hispanic women?

25.    Do you think there are certain things that men "should" do and that women "should" do? For example, the man "should" be the breadwinner and the woman "should" take care of the children.

26.    Is your job an important part of who you are as a person? Why?

27.    Is job security important to you?

28.    When there are two different versions of the same story, how do you decide which version is true?

29.    Have you ever worked for someone who wouldn't listen to what you said or been in a group or meeting where your contributions were not acknowledged? Explain.

30.    Do you think people listen to men more than they listen to women?

31.    When you meet someone for the first time, what three things do you notice about him or her?

32.    Have you ever been involved in a job reorganization? Explain.

33.    Do any of you think there are just too many laws on the books?

34. Do you think Congress should be able to make laws about how a company treats its employees? Why or why not?

35. Have you ever worked in a management position? What sort of position was it? Did you enjoy that work?

36. For those who have worked in management, how do you think your management affiliation might affect you in this case? Why?

37. Is there anyone who does not want to be on this jury and, if so, why?

38. Is there anyone who especially wants to be on this jury and, if so, why?

39. Have you or any member of your family been a party to a lawsuit? If so please tell us more about that:

    a. Were you suing or being sued?

    b. Who was the other party?

    c. What made you decide to sue?

    d. Is the matter resolved yet?

    e. How long ago did this happen?

    f. What was the outcome?

    g. How did you feel about the outcome? Why?

    h. How did it affect you?

    i. Was there anything about your experience that left you with any kind of feeling about the legal profession or the court system?

40. Have you ever testified in a legal proceeding? If yes, what were the circumstances: How did you feel about that experience?

41. Where do you live? How long have you lived there? Where do you come from?

42. What is your occupation?

43. Are you married? What is your spouses occupation?

44. Do you have children? If they are grown, what kind of work do they do?