# CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6126   DATE: Feb. 15, 2001

COURTROOM CLERK: Phil Rothschild   COURT REPORTER: Bob Ryckoff

Ortega   vs.   Unisource

COUNSEL: Jennifer Daley   COUNSEL: Bobby Buchler, Bob Stever, Juan Enjamio

REASON FOR HEARING: Calendar Call

RESULT OF HEARING: 1) Defendts Motion in limine [DE 80] - Granted in part + Denied in part without prejudice as explained in court

2) Plantiff's Ore-Tenus Motion to Amend is Denied

3) Plantiff's Motion to strike Expert Report [DE 95] - withdrawn, denied as moot

CASE CONTINUED TO: Wed. Feb 21   TIME: 9:15 am   FOR: trial

MISC: If Plantiff starts trial w/ J. Ryskamp on 2/20, case will go to day-to-day standby.

