IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number:00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/



## **Plaintiff's Notice of Filing**

    Plaintiff, Betty Ortega, gives notice of filing Plaintiff's Amended Pretrial

Exhibit List.

                Respectfully Submitted,

                AMLONG & AMLONG, P.A.
                500 Northeast Fourth Street
                Second Floor
                Fort Lauderdale, Florida 33301-1154
                (954) 462-1983

                Jennifer Daley
                Florida Bar No: 0856436





**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has

been furnished by U.S. Mail this 14th day of February, 2001 to Juan C.

Enjamio, Esq., Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S.

Biscayne Blvd., Miami, FL 33131; Robert Stevens, Esq., Troutman Sanders, LLP,

5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, GA 30308.

Jennifer Daley

I:\CPWin\HISTORY\001222A\6EC.174

### Plaintiff's Amended Pretrial Exhibit List[1]

<u>Ortega v. Unisource Worldwide, Inc.</u>
Case Number: 00-06126-Civ-Dimitrouleas/Johnson

| Exhibit No. | Bates Number | | Description | Defendant's Objections |
|---|---|---|---|---|
| 1 | DEF1105 | DEF1109 | Employment Application for Betty Ortega (DEF1105-1109) | |
| 2 | A&A4 | A&A5 | 10th Anniversary Card to Betty Ortega (A&A4-5) | |
| 3 | Various | Various | Composite: Evaluations for Betty Ortega<br><br>(a) 12/19/95 (DEF1073-1076)<br>(b) 1997 (DEF1066-1069)[2]<br>(c) 3/9/98 (DEF1057-1060)<br>(d) 9/18/98 (DEF1050-1053)<br>(e) 10/12/99 (DEF1238-1239, 3229)<br>(f) 1/30/01 Employee counseling summary (A&A288) | |
| 4 | A&A8 | A&A19 | Letters from John Glaze to Betty Ortega re: work performance<br>(a) 12/6/96<br>(b) 1/8/97<br>(c) 2/6/97<br>(d) 3/10/97<br>(e) 4/10/97<br>(f) 5/7/97<br>(g) 6/4/97<br>(h) 7/17/97<br>(i) 8/5/97<br>(g) 9/5/97<br>(h) 10/9/97<br>(i) 1/8/98 | |
| 5 | DEF3604 | | Miami Sales Rep Performance Rating (DEF3604) | |
| 6 | DEF4358 | DEF4360 | 1/2000 Unisource Job Description (DEF4358-4360) | |
| 7 | DEF3603 | | Sales Representative Profile (DEF3603) | |

[1] Corrects typographical and numbering errors.

[2] The first 2 pages of the evaluation were not produced by defendant.

**Key to objections: A**—Authenticity; **I**—Contains inadmissible matter (mentions insurance, prior conviction, etc.); **R**—Relevancy; **H**—Hearsay; **UP**—Unduly prejudicial — probative value outweighed by undue prejudice; **NTD**—Not timely disclosed; **O**—Other (specify)

| 8 | Various | Various | Unisource policies and procedures<br>(a) *Excerpts from Employee Handbook re:* "Benefits" (DEF1357-1361)<br>(b) Employee Handbook, May 2000 (Exhibit 30 to Amy George's rule 30(b)6 deposition) (DEF4377-**4070**)<br>(c) Employee Handbook (DEF1271-1363) | |
| 9 | DEF1120<br>DEF1148<br>DEF1159 | | Composite: Benefits documents for Betty Ortega:<br><br>(a) Stock Participation Plan form (DEF1120)<br>(b) Savings Plan Election Forms (DEF1148, 1159) | |
| 10 | DEF1162<br><br>A&A287 | DEF1165 | *Composite: Forms W-2 for Betty Ortega*<br>(a) 1996 (DEF1162)<br>(b) 1997 (DEF1163)<br>(c) 1998 (DEF1164)<br>(d) 1999 (DEF1165)<br>(e) 2000 (A&A287) | |
| 11 | DEF3626 | DEF3627 | 7/22/94 Letter to Cecil McClary (DEF03626-03627) | |
| 12 | DEF3628 | | 4/29/98 Letter from William Rominger to Cecil McClary (DEF3628) | |
| 13 | **Various** | **Various** | Composite: Salesman Master Lists (DEF4219-4224, 3376-3381) | |
| 14 | DEF3382 | DEF3387 | Personnel lists for:<br><br>(a) 1/1/95 (DEF3382-3383)<br>(b) 1/1/96 (DEF3384-3385)<br>(c) 3/1/96 (DEF3386-3387) | |
| 15 | DEF1245<br><br>DEF4355 | DEF1255<br><br>DEF4356A | Composite: Commission Schedules for:<br><br>(a) 3/17/95 Schedules (DEF1253-1255)<br>(b) 3/17/96 Warehouse/Indirect Commission Schedule Supply Systems & Printing (DEF1252)<br>(c) 1/15/96 Direct Commission Schedule Supply Systems & Printing (DEF1251)<br>(d) 1/1/98 Schedules (DEF1247-1250)<br>(e) 2/1/99 Schedules (DEF1245-1246)<br>(f) 2/1/99 (revised) Schedules (DEF4355-4356A) | |

**Key to objections:** **A**—Authenticity; **I**—Contains inadmissible matter (mentions insurance, prior conviction, etc.); **R**—Relevancy; **H**—Hearsay; **UP**—Unduly prejudicial — probative value outweighed by undue prejudice; **NTD**—Not timely disclosed; **O**—Other (specify)

| 16 | DEF2737 | DEF2743 | Composite: Defendant's Commission Paid Charts for:<br><br>(a) Fiscal Year 1994 (DEF2737)<br>(b) Fiscal Year 1995  (DEF2738)<br>(c) Fiscal Year 1996  (DEF2739)<br>(d) Fiscal Year 1997  (DEF2740)<br>(e) Fiscal Year 1998  (DEF2741)<br>(f) YTD 1999 (DEF2742)<br>(g) Projected Fiscal Year 1999 (DEF2743) | |
|---|---|---|---|---|
| 17 | Various | Varoius | Spreadsheets re: 1994-1999 commissions paid (DEF2795 - 2803, 2876-2877) | |
| 18 | DEF7921<br>DEF8115<br>DEF8129<br>DEF8261<br>DEF8315<br>DEF8326 | | Commission Analysis Reports for Betty Ortega for:<br><br>(a) Fiscal Year 1996 (DEF7921)<br>(b) Fiscal Year 1997 (DEF8115)<br>(c) Fiscal Year 1998 (DEF8192)<br>(d) Fiscal Year 1999 (DEF8261-62)<br>(e) October - December 1999 (DEF8315)<br>(f) YTD 2000 (DEF8326)<br>**(Included as part of Composite Exhibit 32)** | |
| 19 | Various | Various | Commission Statements for Betty Ortega: for:<br><br>(a) 2000 - (DEF1364-1367, 1911-1920; A&A285-286) (DEF13835-13937)<br>(b) 1999 - (DEF1368-1457, 1921-2059, A&A29-67) (DEF13682-13834)<br>(c) 1998 - (DEF1466-1574, 2060-2184) (DEF13514-13681, 11022-11031)<br>(d) 1997 - (DEF1653-1678, 2185-**2247**, 2248-2318) (DEF13377-13513, Branch 45; DEF13938-14189, Branch 46)<br>(e) 1996 - (DEF1575-1652, 2319-2453) (DEF13231-13376)<br>(f) 1995 - (DEF1679-1787, 2554-2560) | |
| 20 | Various | Various | Commission Statements for John Huempfner for:<br><br>(a) 1999 Branch 45 (DEF16431-16538)<br>(b) 1998 Branch 45 (DEF16198-16430) (DEF7727-7765, 7779-7909)<br>(c) 1997 Branch 45 (DEF15979-16197) (DEF7685-7726) (DEF7766-7778)<br>(d) 1997 Branch 46 (DEF16595-16608)<br>(e) 1996 Branch 45 (DEF15788-15978)<br>(f) 1996 Branch 46 (DEF16539-16594) | |

**Key to objections:  A**—Authenticity; **I**—Contains inadmissible matter (mentions insurance, prior conviction, etc.); **R**—Relevancy; **H**—Hearsay; **UP**—Unduly prejudicial — probative value outweighed by undue prejudice;  **NTD**—Not timely disclosed; **O**—Other (specify)

| 21 | DEF16609 | DEF17204 | Commission Statements for Dennis Laux for:<br><br>(a) 1999 Branch 45 (DEF17114-17204)<br>(b) 1998 Branch 45 (DEF16930-17113)<br>(c) 1997 Branch 45 (DEF16747-16928)<br>(d) 1996 Branch 45 (DEF16609-16746) | |
|---|---|---|---|---|
| 22 | DEF17205 | DEF18320 | Commission Statements for Bob Peterson for:<br><br>(a) 2000 Branch 45 (DEF18139-18311)<br>(b) 2000 Branch 46 (DEF18312-18320)<br>(c) 1999 Branch 45 (DEF17891-18138)<br>(d) 1998 Branch 45 (DEF17652-17890)<br>(e) 1997 Branch 45 (DEF17427-17651)<br>(f) 1996 Branch 45 (DEF17205-17426A) | |
| 23 | DEF18321 | **DEF18998** | Commission Statements for John Price for:<br><br>(a) 2000 Branch 46 (DEF18985-**18998**)<br>(b) 2000 Branch 46 (DEF18885-18954)<br>(c) 1999 Branch 45 (DEF18725-18884)<br>(d) 1998 Branch 45 (DEF18579-18724)<br>(e) 1997 Branch 45 (DEF18464-18578)<br>(f) 1996 Branch 45 (DEF18321-**18463**) | |
| 24 | DEF14190- | DEF15009 | Commission Statements for Bill Bresnehan for:<br><br>(a) 2000 Branch 45 (DEF14970-15009)<br>(b) 1999 Branch 45 (DEF14806-14969)<br>(c) 1998 Branch 45 (DEF14599-14805)<br>(d) 1997 Branch 45 (DEF14400-14598)<br>(e) 1996 Branch 45 (DEF14190-14399) | |
| 25 | DEF15010 | DEF15787 | Commission Statements for Rich Crane for:<br><br>(a) 2000 Branch 46 (DEF15782-15787)<br>(a) 2000 Branch 45 (DEF15660-15781)<br>(b) 1999 Branch 45 (DEF15467-15659)<br>(c) 1998 Branch 45 (DEF15309-15466)<br>(d) 1997 Branch 45 (DEF15178-15308)<br>(e) 1996 Branch 45 (DEF15010-15177) | |
| 26 | Various | Various | Commission Statements for Branch:<br><br>(a) 1998 (DEF6267-7039) (DEF4440-4952)<br>(b) 1996 (DEF5125-5390) (DEF4953-5124)<br>(c) 1995 (DEF5817-6266) (DEF5391-S813)<br>(d) 1994 (DEF7434-**7558**) | |

**Key to objections:  A**—Authenticity; **I**—Contains inadmissible matter (mentions insurance, prior conviction, etc.); **R**—Relevancy; **H**—Hearsay; **UP**—Unduly prejudicial — probative value outweighed by undue prejudice;  **NTD**—Not timely disclosed; **O**—Other (specify)

| 27 | Various | Various | Additional reports re: Betty Ortega: | |
|----|---------|---------|--------------------------------------|---|
| | | | (a) Territory Review Reports (DEF3156-3160)<br>(b) Commission Analysis Reports (DEF3160-3179) (DEF10420-10449)[3]<br>(c) Customer Performance Reports (DEF3180-**3199**)<br>(d) Salesrep prior YTD/current YTD comparison (DEF3195-3200) (DEF10473-**10486**)[4] (DEF4238-4239)[5]<br>(e) Customer List of Sales and Gross Profit (DEF3200-3217)<br>(f) Sales Representative Commitment Summaries (DEF3218-3227)<br>(g) Territory Summary Profile (DEF3228)<br>(h) Territory Notebook for Ortega (DEF3831-3971) | |
| 28 | Various | Various | Reports re: Bob Peterson: | |
| | | | (a) Territory Review Reports (DEF03230, 3332)<br>(b) Commission Analysis Reports (DEF03232-3274) (DEF10375-10419)[6]<br>(c) Customer Performance Reports (DEF3275-3286)<br>(d) Salesrep Prior YTD/Current YTD Comparison(DEF3287-3294) (DEF10450-10472)[7]<br>(e) Customer List of Sales and Gross Profit (DEF3295-3317)<br>(f) Sales Representative Commitment Summaries (DEF3318-3329)<br>(g) Territory Summary Profile (DEF 3330)<br>(h) 10/12/99 Evaluation (DEF3331) | |

[3] Defendant logged these documents as DEF4311-4340.

[4] Defendant logged these documents as DEF4341-4354.

[5] Defendant logged these documents DEF3827-3828.

[6] Defendant logged these documents as DEF4242-4287.

[7] Defendant logged these documents as DEF4288-4310.

**Key to objections: A**—Authenticity; **I**—Contains inadmissible matter (mentions insurance, prior conviction, etc.); **R**—Relevancy; **H**—Hearsay; **UP**—Unduly prejudicial — probative value outweighed by undue prejudice; **NTD**—Not timely disclosed; **O**—Other (specify)

| 29 | DEF3333 | DEF3366 | Reports re: William Ready:<br><br>(a) Commission Analysis Reports (DEF3333-3345)<br>(b) *Customer Performance Reports* (DEF3346-3351)<br>(c) Salesrep Prior YTD/Current YTD Comparison(DEF3352-3355)<br>(d) Customer List of Sales and Gross Profit (DEF3356-3364)<br>**(e)** 10/12/99 Evaluation (DEF3365)<br>**(f)** Territory Review report (DEF3366) | |
| 30 | | | Reports re: John Price:[8]<br><br>(a) Commission Analysis Reports (DEF10329-10361)<br>(b) Salesrep Prior YTD/Current YTD Comparison (DEF10362-10374) (DEF4245-4248) | |
| 31 | **DEF4421** | **DEF4439** | Reports re: Larry Press:<br><br>(a) Customer Sales Reports (DEF4421-4439) | |
| 32 | **Various** | **Various** | Composite: Commission Analysis Reports for:<br><br>(a) YTD 2000 **(DEF8349-8397)** (DEF13155-13230)<br>(b) October - December 1999 (DEF8311-**8348**) (DEF13105-13154)<br>**(c)** *Fiscal Year 1999 (DEF8246-**8310**)* (DEF13027-13104)<br>**(d)** *Fiscal Year 1998 (DEF8176-**8245**)* (DEF12942-13026)<br>**(e)** *Fiscal Year 1997 (DEF8101-8175)* (12859-12941)<br>**(f)** *Fiscal Year 1996 (DEF7910-**7981**)* (DEF12777-12858) | |
| 33 | **DEF10322** | **DEF10328** | 10/12/98 Commission Analysis Reporting System Summary Report (DEF**10322**-10328)[7]<br><br>**(Included aFebruary 14, 2001s part of Composite Exhibit 36)** | |

---

[8] Defendant logged these documents as DEF4225-4241, and 3834-3837.

[7] Defendant logged these documents as DEF4212-4218.

**Key to objections:** **A**—Authenticity; **I**—Contains inadmissible matter (mentions insurance, prior conviction, etc.); **R**—Relevancy; **H**—Hearsay; **UP**—Unduly prejudicial — probative value outweighed by undue prejudice; **NTD**—Not timely disclosed; **O**—Other (specify)

| 34 | Various | Various | Composite: Salesrep Sales and Gross Profit reports for:<br><br>(a) Fiscal Year 1994 (DEF8428-8435)<br>(b) Fiscal Year 1995 (DEF 8420-27)<br>(c) Fiscal Year 1996 (DEF3450-3460)<br>(d) Fiscal Year 1997 (DEF3470-3480)<br>(e) Fiscal Year 1998 through period 11 (DEF**3438**-3449, 4210-4223)<br>(f) Fiscal Year 1999 (DEF8408-8419)<br>(g) YTD October 2000 (DEF8398-8407) | |
| 35 | DEF9935 | DEF10098 | Customer Sales and Gross Profit reports for (MC3112) for<br><br>(a) Period 3 1999 (DEF9935-10098)<br>(b) Period 3 1998(**DEF9744**-9934)<br>(c) Period 3 1997(DEF9567-9743)<br>(d) Period 3 1996(DEF9407-9566) | |
| 36 | DEF10252 | DEF11021 | Customer Sales and Gross Profit reports for (MC3112 and 3110) for<br><br>(a) Period 12 1999 (DEF10946-11021)<br>(b) Fifth Quarter 1999 (DEF10099-10251)<br>(c) Period 12 **1998** (DEF10734-10945)<br>(d) Period 12 1997 (DEF10477-10733)<br>(e) Period 12 1996 (DEF10252-10476) | |
| 37 | Various | Various | Composite: Branch Top 100 Customers reports for:<br><br>(a) 9/29/00 (DEF9400-9406, 11032-11059)<br>(b) 9/1/00 (DEF11060-11080)<br>(c) 6/2/00 (DEF11081-11115)<br>(d) 5/5/00 (DEF11116-11143)<br>(e) 3/31/00 (DEF11144-11178)<br>(f) 7/30/99 (DEF11179-11218)<br>(g) 7/2/99 (DEF11219-11239)<br>(h) 5/28/99 (DEF11240-11267)<br>(i) 4/30/99 (DEF11268-113000) | |
| 38 | | | 1/31/99 Customer List of Sales and Gross Profit Report for Tony Gispert (DEF3972)<br><br>(Exhibit 41 to John Glaze 10/30/00 Deposition as Rule 30(b)6 representative) | |
| 39 | DEF4357 | | 4/1/99 Letter from John Glaze to William Ready, re: outside sales position (DEF4357) | |
| 40 | | | 11/28/98 Customer List of Sales and Gross Profit Report for Dennis Laux<br><br>(Exhibit 40 to John Glaze 10/30/00 Deposition as Rule 30(b)6 representative) | |

**Key to objections:  A**—Authenticity; **I**—Contains inadmissible matter (mentions insurance, prior conviction, etc.); **R**—Relevancy; **H**—Hearsay; **UP**—Unduly prejudicial — probative value outweighed by undue prejudice; **NTD**—Not timely disclosed; **O**—Other (specify)

| 41 | **Various** | **Various** | Composite: Documents regarding probation/minimum GTM program: |  |
|----|-------------|-------------|---------------------------------------------------------------|--|
|    |             |             | (a) Memoranda from Chris Alex (DEF4224-25)<br>(b) Policy re: counseling and discipline (DEF4226-4230)<br>(c) Memoranda from Cecil McClary (DEF4231-4235)<br>(d) Memoranda from Chris Alex (DEF4236-4237)[8]<br>(e) Evaluation for Ana T. Valdes (DEF4253-4260)[9]<br>(f) Composite: Undated charts re: sales representative sales, sales, etc. (DEF4261-**4289**)<br>(g) additional reports and memoranda (DEF3595-3618) |  |
| 42 | **DEF4290** | **DEF4296** | Composite: April 2000, E-mails among Cecil McClary and others, re: FW: Sales Thresholds (**DEF4290-4296**) |  |
| 43 |             |             | **Composite: E-mails**<br>**(Included as part of Composite Exhibits 41 and 42)** |  |
| 44 | DEF4238     | DEF4238     | 10/5/00 Salesrep Prior YTD/Current YTD Comparison report for Betty Ortega (DEF4238)<br><br>**(Included as part of Composite Exhibit 27)** |  |
| 45 | Various     |             | Composite: Memoranda from John Glaze re: account reassignments concerning Betty Ortega<br><br>(a) 7/12/99 Memorandum (DEF03623)<br>(b) 11/22/99 Memorandum (DEF03621)<br>(c) 2/24/00 Memorandum(DEF03622)<br>(d) 7/12/99 Memorandum (DEF1177)<br>(e) 7/12/99 Memorandum (DEF1178)<br>(f) 7/12/99 Memorandum (DEF1182) |  |

---

[8]  Defendant logged these documents as DEF3813-3826.

[9]  Defendant logged these documents as DEF3842-3849.

**Key to objections:**  **A**—Authenticity; **I**—Contains inadmissible matter (mentions insurance, prior conviction, etc.); **R**—Relevancy; **H**—Hearsay; **UP**—Unduly prejudicial — probative value outweighed by undue prejudice;  **NTD**—Not timely disclosed;  **O**—Other (specify)

| 46 | Various | | Composite: Account change forms and notes concerning Betty Ortega: <br><br>(a) Customer File Maintenance Changes forms (DEF2820, 1174-1176) <br>(b) Customer File Maintenance Changes forms (DEF2823) <br>(c) Handwritten notes (DEF02832) <br>(d) Carms Customer Status/Addition form (**DEF02830-2831**) <br>(e) Chart (DEF1172-73) <br>(f) Notes on Territory Review reports (DEF1179-1181) <br>(g) Additional Carms reports and change forms (DEF2807-2875, 3156-3158; A&A107-153) | |
| 47 | Various | | Additional account assignment memoranda and forms: <br><br>(a) memoranda from John Glaze (DEF3367-3375) <br>(b) 12/00 Customer File Maintenance Changes (DEF12771-12776) | |
| 48 | | | Commission Analysis Reports re: Betty Ortega (DEF01183-01184, 8290) | |
| 49 | | | Customer List of Sales and Gross Profit for Ortega (DEF3209) | |
| 50 | | | Composite: John Glaze's handwritten note with attached Customer Order Processing Default Report re: Tony Gispert Accounts (A&A102-106) <br><br>(Exhibit 39 to John Glaze 10/30/00 Deposition as rule 30(b)6 representative) | |
| 51 | **DEF2762** | **DEF2763** | 8/22/97 Memorandum from John Glaze to Brian Kelley, re: Miami Export Opportunities (DEF2762-2763) | |
| 52 | **DEF2788** | **DEF2794** | Drafts of 5/12/99 Memorandum from John Glaze to Human Resources, re: Betty Ortega <br><br>(a) DEF2788-2790 <br>(b) DEF2791-**2793** | |

**Key to objections:  A**—Authenticity; **I**—Contains inadmissible matter (mentions insurance, prior conviction, etc.); **R**—Relevancy; **H**—Hearsay; **UP**—Unduly prejudicial — probative value outweighed by undue prejudice; **NTD**—Not timely disclosed; **O**—Other (specify)

| 53 | **DEF4226** | **DEF4230** | Policies and Procedures re: Counseling and Discipline (DEF4226-4230)[10] **(Included as part of Composite Exhibit 41)** | |
| 54 | Various | Various | Miami Business Plans<br>(a) 1997 (DEF10000-10103)<br>(b) 1999 (**DEF**10104-10319)[11] (DEF8439-8450)<br>(c) Misc documents from business plans (DEF3788-3812) | |
| 55 | DEF2729<br>EEOC13 | | Composite: Charges of Discrimination<br>(a) EEOC (DEF2729)<br>(b) FCHR (EEOC13) | |
| 56 | **EEOC39** | **EEOC40** | Defendant's response to Charge of Discriminations:<br><br>(a) Response to Particulars EEOC (**EEOC39-40**)<br>(b) Position Statement (**EEOC41-44**) | |
| 57 | | | Michael J. Piette's Report: Estimated Economic Losses for Betty Ortega, with supplements | |
| 58 | **Various** | **Various** | Composite: Betty Ortega's Medical Records from:<br><br>(a) Dr. Rebecca Martinez (DEF3645-**3651**)<br>(b) Dr. David Kasner (DEF3652-3675)<br>(c) Dr. Lawrence Grobman (DEF**3676**-3712)<br>(d) Institute for Family Therapy/Dr. Silvia Almeida (Inst. 1-9)<br>(e) Dr. Eduardo Ragolta (Ragolta1-9) | |
| 59 | | | Organizational charts for the Miami Division (EEOC3143-3145) | |
| 60 | | | Rule 1006 Summary re: Form W-2 wages for 1996, 1997, 1998 and 1999, with supporting documents (DEF3713-3785) | |
| 61 | | | Rule 1006 Summary: Ortega Commissions that Should Have Been at Thirty (30%)<br><br>(with supporting documents) | |

---

[10] *Defendant logged these pages as DEF3815-3820.*

[11] Defendant logged these documents as DEF3891-4209.

**Key to objections: A**—Authenticity; **I**—Contains inadmissible matter (mentions insurance, prior conviction, etc.); **R**—Relevancy; **H**—Hearsay; **UP**—Unduly prejudicial — probative value outweighed by undue prejudice; **NTD**—Not timely disclosed; **O**—Other (specify)

| 62 | | | Rule 1006 Summary: Carnival Cruise Line Direct Sales By Ortega on Number 0030<br><br>(with supporting documents) | |
|----|--|--|---|--|
| 63 | | | 6/10/99 Witness Statement of John Glaze (EEOC174-176) | |
| 64 | | | 6/8/99 Witness Statement of Jeanne Holmes (EEOC) | |
| 65 | | | 6/7/99 Witness Statement of William Ready (EEOC178) | |
| 66 | | | List of Accounts for Betty Ortega (EEOC183) | |
| 67 | | | All documents to be produced by defendant regarding pending motions to compel | |
| 68 | | | Demonstrative and illustrative aids | |
| 69 | | | All matters of which the Court has been asked to take judicial notice | |
| 70 | | | Summaries of which notice has been given pursuant to Federal Rule of Evidence 1006 **(Additional summaries are included in Composite Exhibits 60, 61 and 62)** | |
| 71 | | | Interrogatories and answers thereto served in this case | |
| 72 | | | Requests for production and admissions and responses thereto served in this case, including documents produced pursuant to any motion to compel **(Summaries to be included as part of Exhibit 70)** | |
| 73 | | | Depositions and exhibits thereto taken in this case **(Included as part of Exhibit 70)** | |
| 74 | | | All documents and other tangible evidence referred to in the pleadings, rule 16.1 disclosure, discovery responses or depositions and exhibits thereto filed or taken herein | |
| 75 | | | All documents and other tangible evidence sought or given in response to discovery subpoenas served in this case | |
| 76 | | | All documents and other tangible evidence listed on any notice to produce at trial served in this case | |
| 77 | | | Transcripts of all hearings in this case | |

**Key to objections:  A**—Authenticity; **I**—Contains inadmissible matter (mentions insurance, prior conviction, etc.); **R**—Relevancy; **H**—Hearsay; **UP**—Unduly prejudicial — probative value outweighed by undue prejudice; **NTD**—Not timely disclosed; **O**—Other (specify)

| 78 | | | All papers served or filed in this case not otherwise listed above | |
| 79 | | | All items listed on any other party's exhibit list | |
| 80 | | | Impeachment exhibits | |
| 81 | | | Rebuttal exhibits | |

Plaintiff reserves the right to revise this list prior to trial.

I:\CPWin\HISTORY\001222A\6EC.16F

**Key to objections: A**—Authenticity; **I**—Contains inadmissible matter (mentions insurance, prior conviction, etc.); **R**—Relevancy; **H**—Hearsay; **UP**—Unduly prejudicial — probative value outweighed by undue prejudice; **NTD**—Not timely disclosed; **O**—Other (specify)