UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6126-CIV-DIMITROULEAS

BETTY ORTEGA,

Plaintiff,

Magistrate Judge Johnson

vs.

UNISOURCE WORLDWIDE, INC.,

Defendant.

_____/

## ORDER RE CLARIFICATION REGARDING MOTIONS IN LIMINE
## ORDER RESCHEDULING BEGINNING OF TRIAL

THIS CAUSE is before the Court following the February 15, 2001 Calendar Call and the

arguments of counsel regarding Defendant's Motion in Limine.

The Court's rulings announced in open court at the February 15, 2001 Calendar Call,

which doubled as the pre-trial conference for this case, remain and stand as stated in court.[1]

However, the Court takes this opportunity to clarify why it made the distinction between Bill

Ready's 1997 comment regarding Hispanic women and the earlier comments and/or act by

others alleged to be evidence of discrimination.

First, as explained in court, although outside the 300-day statute of limitations under Title

VII, the 1997 comment may be used as circumstantial evidence to corroborate the two alleged

acts of discriminatory account assignments that are within the statute of limitations. Second, the

1997 comment is less remote in time than the earlier comments excluded by this Court. Third,

---

[1] The Court reminds the parties that all the rulings announced in court were without
prejudice to the adverse party proffering the excluded evidence outside the presence of the jury,
particularly if that party can show that the other side has opened the door to admit the excluded
evidence.



Ready was Plaintiff's direct supervisor at the time of the 1997 comment. Fourth, the 1997 comment relates to the exact type of gender discrimination, account assignment, that remains at issue. Finally, perhaps most importantly, there is evidence in the record that Ready, although no longer Plaintiff's supervisor in late 1998 and 1999, had some participation in at least one of the account assignment decisions that Plaintiff's alleges to have been discriminatory.

For all of these reasons, the motion in limine to exclude the 1997 comment of Bill Ready was denied, without prejudice, even though the motion in limine to exclude earlier comments by others was granted without prejudice.

As to the trial in this case, the Court hereby **ORDERS AND ADJUDGES** that the case will NOT begin Wednesday, February 22, 2001 under any circumstances, but will begin Monday, February 26, 2001 at 9:15am, unless Plaintiff's counsel remains in trial before Judge Ryskamp. If still in trial, Plaintiff shall notify this Court and opposing counsel by telephone by noon, Friday, February 23, 2001, as to the status of the Judge Ryskamp trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished via fax to:

Karen Amlong, Esq. (via fax to 954-523-3192)
Juan C. Enjamio, Esq. (via fax to 305-810-2460)
Robert Buchler, Esq./Robert Stevens, Esq. (via fax to 404-885-3900)

2