**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 00-CV-6126

JUDGE WILLIAM P. DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

        Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

        Defendant.
_____/

NIGHT BOX
FILED
FEB 2 1 2001
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

### MOTION TO RESCHEDULE TRIAL AND BRIEF IN SUPPORT

    COMES NOW Defendant Unisource Worldwide, Inc. ("Unisource") and files its Motion to Reschedule the Trial of the above-styled matter for one of the following dates: (1) first matter on this Court's next civil trial calendar, or (2) specially set for a date in March or April, 2001 after March 15, 2001.

    Pursuant to this Court's March 7, 2000, Scheduling Order, this Court set this case for a two-week trial calendar commencing February 20, 2001. On February 15, 2001, the Court held its specially set calendar call during which Plaintiff's counsel informed the Court that Plaintiff's lead counsel had another earlier case set for trial on February 20, 2001, before the Honorable Kenneth Ryskamp. Based on this conflict, the Court



informed the parties that the instant case was set for trial on Wednesday, February 21, 2001, unless Plaintiff's counsel informed the Court and Defendant that she was in trial in Judge Ryskamp's Court on that date.

On Tuesday, February 20, 2001, Plaintiff's lead counsel commenced trial in Judge Ryskamp's Court. Moreover, Plaintiff's counsel informed Unisource's counsel that the case before Judge Ryskamp is likely to take at least two full weeks to complete. Today, Judge Ryskamp's chambers informed Unisource that the case is likely to take a full two weeks to complete. Given the trial in Judge Ryskamp's Court, it is unlikely that the above-styled action will be reached during this Court's current trial calendar, thereby resulting in a significant expenditure of Defendant's time and money. Unisource's lead counsel is from Atlanta, Georgia and has been in Fort Lauderdale, Florida since February 13, 2001, preparing for trial. Unisource also has witnesses from Jacksonville, Florida who have traveled to Fort Lauderdale, Florida for trial.

In addition to the unnecessary expense that is being incurred waiting for the trial in this matter, one of the defense attorneys has a previously scheduled trip outside of the continental United States from March 4 through March 15, 2001.

Based on the foregoing reasons and the unnecessary expense that will be incurred by waiting through the end of next week for the start of a trial that is unlikely to be reached during this

trial calendar, Unisource respectfully requests that this Court either (1) reset the trial of this matter as the first matter on the Court's next civil trial calendar or (2) specially set the trial of this matter after March 15, 2001.

Unisource informed Plaintiff's counsel of this Motion and as of the time of filing this Motion, Plaintiff has not taken a position.

Respectfully submitted, this 21st day of February, 2001.

> TROUTMAN SANDERS, LLP
> Attorneys for Unisource Worldwide, Inc.
> 5200 Bank of America Plaza
> 600 Peachtree Street, N.E.
> Atlanta, Georgia 30308-2216
> Ph: (404) 885-3000
> Fax: (404) 885-3900
>
> By: _____
> Robert H. Buckler
> Georgia Bar No. 092650
> Robert C. Stevens
> Georgia Bar No. 680142

OF COUNSEL:
Juan C. Enjamio
Florida Bar No. 571910
HUNTON & WILLIAMS
One Biscayne Tower, Suite 2500
2 South Biscayne Boulevard
Miami, Florida 33131-1802
Telephone: (305) 810-2500
Telefax: (305) 810-2460

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-CV-6126

BETTY ORTEGA,               )
                            )
        Plaintiff,          )
                            )     CIV-DIMITROULEAS
v.                          )
                            )     Magistrate Judge Johnson
UNISOURCE WORLDWIDE, INC., a)
foreign corporation,        )
                            )
        Defendant.          )
                            )

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing **MOTION TO RESCHEDULE TRIAL AND BRIEF IN SUPPORT** upon opposing counsel by depositing a true and correct copy of same in the United States mail with adequate postage thereon and addressed as follows:

> Karen C. Amlong, Esq.
> Jennifer Dally, Esq.
> Amlong & Amlong, P.A.
> 500 Northeast Fourth Street
> Second Floor
> Fort Lauderdale, Florida 33301-1154

This 21st day of February, 2001.

Robert C. Stevens