IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/



### Plaintiff's Notice of Filing Plaintiff's Deposition Designations

    Plaintiff, Betty Ortega, gives notice of filing the attached deposition designations for use at trial in the above-styled cause.

                  Respectfully Submitted,

                  AMLONG & AMLONG, P.A.
                  500 Northeast Fourth Street
                  Second Floor
                  Fort Lauderdale, Florida 33301-1154
                  (954) 462-1983

                  Jennifer Daley
                  Florida Bar No.: 0856436





**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by Facsimile this 20th day of February, 2001 to Juan C. Enjamio, Esq., Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131; Robert Stevens, Esq., Troutman Sanders, LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, GA 30308.

Jennifer Daley

I:\CPWin\HISTORY\001222A\6EC.17A

### Deposition Designation[1]

**Deposition of Amy George as Rule 30(b)6 Representative, taken on October 10, 2000**

| Page | Line |
|------|------|
| 3 | 17-18 |
| 4 | 20-24 |
| 21 | 10-22 |
| 23 | 10-13 |
| 24 | 23-25 |
| 25 | 1-7, 11-17 |
| 26 | 8-13 |
| 27 | 11-16 |
| 34 | 7-25 |
| 35 | 1-7 |
| 39 | 9-16 |
| 40 | 5-19 |
| 41 | 3-10, 21-25 |
| 42 | 1-9, 15-21 |
| 43 | 7-9, 13-22 |
| 45 | 15-20 |

---

[1] Includes some testimony that may be proferred at the close of plaintiff's case pursuant to the Court's ruling on the motion in limine.

**Deposition of William Ready taken on September 29, 2000**

| Page | Line |
|------|------|
| 3 | 23-24 |
| 4 | 5-25 |
| 5 | 14-25 |
| 8 | 13-25 |
| 9 | 1-25 |
| 10 | 1-8, 20-25 |
| 11 | 1-10 |
| 12 | 6-25, 10-23 |
| 14 | 9-25 |
| 15 | 1-25 |
| 16 | 1-20 |
| 17 | 23-25 |
| 18 | 1-17 |
| 19 | 12-21 |
| 20 | 7-25 |
| 21 | 1-25 |
| 22 | 1-8 |
| 23 | 3-19 |
| 24 | 24-25 |
| 25 | 1-21 |
| 28 | 3-22 |
| 29 | 2-8, 24-25 |
| 30 | 1-2, 5-6, 13-15, 18-19 |
| 31 | 8-17 |
| 32 | 25 |

| Page | Line |
|------|------|
| 33 | 1-2 |
| 37 | 25 |
| 38 | 1-10 |
| 39 | 5-23 |
| 40 | 11-19 |
| 45 | 13-25 |
| 46 | 13-25 |
| 47 | 1-12 |
| 53 | 17-25 |
| 54 | 1-25 |
| 55 | 1-2, 14-19 |
| 61 | 3-25 |
| 62 | 1-13 |
| 74 | 14-25 |
| 75 | 1-25 |
| 76 | 1-7 |
| 77 | 23-25 |
| 78 | 1-10, 23-25 |
| 79 | 1-9 |

**Deposition of Cecil McClary taken on October 10, 2000**

| Page | Line |
|------|------|
| 3 | 12-13, 24-25 |
| 4 | 1-2, 23-25 |
| 5 | 1-7 |
| 7 | 10-17 |
| 32 | 6-14 |

**Deposition of John Glaze taken on September 28, 2000**

| Page | Line |
|---|---|
| 3 | 7-8, 23-35 |
| 4 | 1, 3, 7-10 |
| 6 | 8-15 |
| 8 | 7-14, 20-23 |
| 9 | 15-21 |
| 10 | 13-25, 1-20 |
| 12 | 8-20 |
| 13 | 1-25 |
| 14 | 1-25 |
| 15 | 1-25 |
| 16 | 1-18 |
| 19 | 19-25 |
| 20 | 1-5, 12-25 |
| 21 | 8-25 |
| 22 | 1-14 |
| 24 | 21-25 |
| 25 | 1-4 |
| 44 | 17-25 |
| 45 | 1-3, 8-11 |
| 47 | 13-25 |
| 48 | 1-8 |
| 54 | 6-15 |
| 58 | 15-19 |
| 59 | 13-18, 24-25 |
| 60 | 1-5, 11-25 |

| Page | Line |
|------|------|
| 61 | 1-8, 17-25 |
| 62 | 1, 8-62 |
| 63 | 9-11, 16-20 |
| 64 | 3-8 |
| 65 | 10-20, 23-25 |
| 66 | 1-3, 20-25 |
| 67 | 1-25 |
| 68 | 1-20, 25 |
| 69 | 1-6 |
| 70 | 1-14 |
| 83 | 8-21 |
| 92 | 7-19 |
| 96 | 3-10 |
| 105 | 4-5 |
| 106 | 1-8, 16-19 |
| 108 | 8-12, 21-25 |
| 110 | 3-14 |

**<u>Deposition of John Glaze as Rule 30(b)6 Representative taken on October 25, 2000</u>**

| Page | Line |
|------|------|
| 3 | 7-13 |
| 39 | 3-25 |
| 40 | 1-22 |
| 44 | 1-18 |
| 51 | 17-25 |
| 52 | 1-13, 23-25 |
| 53 | 1-3 |
| 55 | 11-16 |
| 61 | 15-23 |
| 62 | 21-25 |
| 63 | 1-25 |
| 64 | 1-25 |
| 65 | 1-8 |
| 66 | 2-13, 24-25 |
| 67 | 1-11 |
| 68 | 4-20 |
| 69 | 13-18, 25 |
| 70 | 1-2 |


**Deposition of John Glaze as Rule 30(b)6 Representative taken on October 30, 2000**

| Page | Line |
|------|------|
| 3 | 16-20 |
| 8 | 19-24 |
| 17 | 8-25 |
| 18 | 1-3 |
| 21 | 17-25 |
| 22 | 1-3 |
| 26 | 3-8, 19-25 |
| 27 | 1-17 |
| 29 | 15-25 |
| 30 | 1-25 |
| 31 | 1-25 |
| 32 | 1, 4, 6-26 |
| 33 | 1, 9-25 |
| 34 | 1-14 |
| 45 | 25 |
| 46 | 1-9, 15-25 |
| 47 | 1-21 |
| 48 | 5-14 |
| 50 | 1-25 |
| 51 | 1-10 |
| 53 | 6-14 |
| 57 | 21-25 |
| 58 | 1-25 |
| 59 | 5-21 |

| Page | Line |
| --- | --- |
| 60 | 13-25 |
| 61 | 1-6, 16-24 |
| 64 | 22-25 |
| 65 | 1-19 |
| 73 | 3-14 |
| 74 | 6-13 |
| 75 | 3-20 |
| 76 | 3-10, 16-25 |
| 77 | 1-7, 15-25 |
| 78 | 1-25 |
| 79 | 1-8, 24-25 |
| 80 | 1-25 |
| 81 | 1-25 |
| 82 | 1-3, 8-10, 15-25 |
| 83 | 1-13 |
| 84 | 8-25 |
| 85 | 1-9, 14-20 |