UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6126-CIV-DIMITROULEAS

BETTY ORTEGA,

Magistrate Judge Johnson

Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,

Defendant.
_____/

### ORDER RESETTING CALENDAR CALL AND TRIAL

THIS CAUSE is before the Court upon it being apparent that this case will not be reached during the current trial period due to Plaintiff's counsel's current conflict with an ongoing trial before another federal judge, and upon Defendant's Motion to Reschedule Trial and Brief in Support [DE 103]. The Court has carefully considered the motion, and is otherwise fully advised in the premises.

In its motion, Defendant requests that the Court set this case to the next civil calendar, or specially set the matter after March 15, 2001, due to an overseas trip by one of Defendant's counsel. The Court notes that it maintains overlapping two-week calendars, and that it rarely specially sets civil jury trials of less than 5 days trial.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Reschedule Trial and Brief in Support [DE 103] is hereby

    **GRANTED in part**;

2. This case is reset for trial on the two-week calendar commencing Monday, March 19,

    2001. Counsel for all parties shall appear at a calendar call commencing at 10:00 o'clock



A.M. on Friday, March 16, 2001. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 203E at the U.S. Courthouse, 299 E. Broward Boulevard, Ft. Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26 day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jennifer Daley, Esq./Karen Amlong, Esq. (via fax to 954-523-3192)
Juan C. Enjamio, Esq. (via fax to 305-810-2460)
Robert Stevens, Esq. (via fax to 404-885-3900)