IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,
a foreign corporation,

    Defendant.
_____/

### Plaintiff's Motion to Reschedule the Trial Scheduled on the Trial Calendar Commencing March 19, 2001

Plaintiff, Betty Ortega, moves for entry of an Order rescheduling the trial presently scheduled on the trial calendar commencing March 19, 2001 pursuant to the Order Resetting Calendar Call and Trial, entered on February 26, 2001, and states as follows:

1. Over certificate of service dated February 21, 2001, defendant filed a motion to reschedule the trial in this matter, which was previously scheduled to begin on February 21, 2001, until after March 21, 2001 because, among other things, plaintiff's lead counsel is in trial and one of defendant's attorney's had a previously scheduled trip outside the United States from March 4 through 15, 2001.



Page 1 of 4



2.    Before the due date for plaintiff's response to defendant's motion to reschedule the trial,[1] this Court entered on February 26, 2001 an Order Resetting Calendar Call and Trial, which rescheduled the trial on the trial calendar commencing March 19, 2001.

3.    For the following reasons, plaintiff moves for entry of an Order rescheduling the trial on the April trial calendar, due to the following conflicts and corresponding expenses that would have to be incurred for the undersigned to reschedule the conflicts:

**One**, from March 15, 2001 through March 25, 2001 plaintiff's lead counsel and her partner (and husband) are scheduled to be out of state on a pre-planned family vacation out of state to spend time with her son, who resides in Korea and whom she has not seen in nearly one year. Non-refundable airline tickets and hotel reservations have already been made and purchased for the trip.

**Two**, immediately before and during the pre-planned vacation, plaintiff's lead counsel is scheduled to take court-ordered depositions in Bogen v. Bogen Case No. FMCE 99-17919, on March 15 and 16 in Nevada.

---

[1] Plaintiff's lead counsel in still in trial in Edward Brochu v. City of Riviera Beach, Case Number 98-8031-Civ-Ryskamp.

***Three***, immediately upon returning to the office, on March 26, 27 and 28, plaintiff's lead attorney is scheduled to take depositions in Sheridan Healthcorp, Inc. v. O'Rourke, Case Number: CACE 00-020282-09.

***Four***, thereafter, all of the attorneys in the undersigned's firm are scheduled to be out of the office on March 30 and 31 to attend a National Employment Lawyers Association seminar in Cocoa Beach, Florida, for which airlines reservations and hotel accommodations have been made and purchased.

4. Plaintiff has conferred with opposing counsel about defendant's position on this motion, but he was unable to provide defendant's position prior to the service of this motion.

WHEREFORE, plaintiff requests entry of an Order granting this motion, and granting plaintiff such other and further relief as this Court deems appropriate.

Respectfully Submitted,

KAREN COOLMAN AMLONG
Florida Bar No: 275565
JENNIFER DALEY
Florida Bar No: 0856436
Amlong & Amlong, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, FL 33301-1154
(954)462-1983
(954)523-3192

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 26th day of February, 2001, to Juan C. Enjamio, Esq., Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131; Robert Stevens, Esq., Troutman Sanders, LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, GA 30308.

JENNIFER DALEY

I:\CPWin\HISTORY\001222A\6EC.17E