UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6126-CIV-DIMITROULEAS

BETTY ORTEGA,

Plaintiff,

Magistrate Judge Johnson

vs.

UNISOURCE WORLDWIDE, INC.,

Defendant.
_____/

### ORDER RESETTING CALENDAR CALL AND TRIAL

THIS CAUSE is before the Court upon Plaintiff's Motion to Reschedule Trial [filed March 1, 2001]. The Court has carefully considered the motion, and is otherwise fully advised in the premises. Although the Court enters an order on the motion prior to hearing Defendant's position, the Court notes that even if Defendant were to oppose the motion, the Court would grant the motion.

In its motion, Plaintiff requests that the Court continue this case from mid-March to April due to a pre-planned family vacation of Plaintiff's lead counsel.    Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Reschedule Trial [filed March 1, 2001 is hereby **GRANTED**;

2. This case is reset for trial on the two-week calendar commencing Monday, April 9, 2001. Counsel for all parties shall appear at a calendar call commencing at 10:00 o'clock A.M. on Friday, April 6, 2001. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 203E at the U.S.



Courthouse, 299 E. Broward Boulevard, Ft. Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of March, 2001.

_[signature]_
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jennifer Daley, Esq./Karen Amlong, Esq.
Juan C. Enjamio, Esq.
Robert Stevens, Esq.