IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

Plaintiff,

**NOTICE OF POTENTIAL CONFLICT**

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

Defendant.
_____/

Plaintiff, Betty Ortega, through counsel, Amlong & Amlong, P.A., files this Notice of Potential Conflict and states as follows:

1. Pursuant to the order dated March 1, 2001, this case is set for trial on the two-week calendar period commencing April 9, 2001. This trial is expected to last five (5) to seven (7) days.

2. The undersigned counsel also are set for trial in the following case(s), which pose potential conflicts with the trial in this matter:

a. <u>In Re: The Marriage of Victoria Bogen and Mark D. Bogen</u>, Case Number FMCE99-17919(40/93), now pending in the 17th Judicial Circuit in and for Broward County, Florida before The Honorable John T. Luzzo, and scheduled for trial on a two-week trial calendar commencing April 9, 2001. The





trial is expected to last five (5) days. A copy of the order dated March 7, 2001 setting that trial is appended as Exhibit A.

      b.   <u>Hoa Nguyen, M.D. vs. Cleveland Clinic Florida, a Florida corporation, and Cleveland Clinic Foundation, an Ohio corporation</u>, Case Number 98-7148-CIV-JORDAN, now pending in the United States District Court, Southern District of Florida, before The Honorable Adalberto Jordan, and scheduled for trial on a two-week trial calendar commencing April 9, 2001. The trial is expected to last seven (7) to ten (10) days. A copy of the order dated November 17, 2000 setting that trial is appended as Exhibit B.

      Respectfully Submitted,
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301-1154
(954) 462-1983

Karen Coolman Amlong
Florida Bar No: 275565
Jennifer Daley
Florida Bar No: 0856436

**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by _U.S. Mail_ this _15th_ day of March, 2001 to Juan C. Enjamio, Esquire, Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131.

Jennifer Daley

I:\CPWin\HISTORY\010227A\6EC.181

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. FMCE 99-17919 (40/93)

IN RE: THE MARRIAGE OF:

VICTORIA BOGEN,

    Petitioner/Wife,

and                                **ORDER RESETTING TRIAL**

MARK D. BOGEN,

    Respondent/Husband.
_____/

RECEIVED MAR 1 3 2001

**THIS CAUSE** having come before this Court on the Petitioner's Motion For Continuance, it is:

**ORDERED and ADJUDGED** that his cause is hereby stricken from the current trial calendar and shall be reset on the non-jury calendar commencing Two weeks trial period of April 9, 2001 through April 20, 2001. Calendar Call will be April 6, 2001 at 10:00 a.m. in room 1005B of the Broward County courthouse, located at 201 S.E. 6th Street, Fort Lauderdale, Florida, Attorneys of record and unrepresented parties in this cause are required to appear at this calendar call.

The pretrial procedures contained in the original trial order shall remain in effect and any time limits should be adjusted to the new trial date.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Broward County, Florida, this ____ day of March, 2001.

MAR 0 7 2001                                             JOHN T. LUZZO
                                                    JUDGE, CIRCUIT COURT

Copies furnished to:

Alan Jay Braverman, Esq.
Karin Coolman Amlong, Esq.
Irwin and Arlene Issacs, Guardians Ad Litem



EXHIBIT A



FILED by ___ D.C.
NOV 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 98-7148-CIV-JORDAN

HAO NGUYEN, M.D.           )
          Plaintiff         )
                            )
vs.                         )
                            )
CLEVELAND CLINIC FLORIDA, a )
Florida corporation, and CLEVELAND )
CLINIC FOUNDATION, an Ohio  )
corporation                 )
                            )
          Defendants        )
_____)

### ORDER RESETTING SCHEDULE

This case is reset for trial during the Court's two-week trial calendar beginning on April 9, 2001. Calendar call will be held at 2 p.m. on April 3, 2001, in Courtroom Eight of the United States Courthouse, 301 N. Miami Avenue, Miami, Florida.

DONE and ORDERED in chambers in Miami, Florida, this 17th day of November, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:    Karen Amlong, Esq. (fax: 954-523-3192)
            Ace Blackburn, Esq. (fax: 954-568-0085)
            Susan Dolin, Esq. (fax: 954-989-8700)

EXHIBIT
B