cv-06126-WPD   Document 109   Entered on FLSD Docket 03/21/2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 00-06126-CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF CONFLICT AND
### MOTION TO SET TRIAL AFTER TUESDAY, APRIL 10, 2001

Defendant, Unisource Worldwide, Inc., through its undersigned attorneys, notifies the Court that its lead trial counsel, Robert Buckler, has been ordered to appear at oral argument before the Eighth Circuit Court of Appeals in St. Louis, Missouri on Monday, April 9, 2001, the first day of the trial calendar in this matter. (A copy of the Eight Circuit's calendar is attached as Exhibit "A".) Given travel requirements to attend the oral argument, Mr. Buckler would not be available to start trial until Wednesday, April 11, 2001.



Immediately after receiving the notice, Mr. Buckler advised the Eighth Circuit Court of Appeals of the conflict with this Court's trial calendar, but was advised that he would not be excused from attending the oral argument at least until he attempts to resolve the conflict with this Court's trial calendar and is unable to do so. For that reason, Defendant requests that the trial in this matter not start until Wednesday, April 11, 2001. Defendant is ready to start trial at any time on or after Wednesday, April 11, 2001.

WHEREFORE, Defendant, Unisource Worldwide, Inc., respectfully requests that the trial in this matter not be scheduled to start until on or after Wednesday, April 11, 2001.

Respectfully submitted,

HUNTON & WILLIAMS
One Biscayne Tower, Suite 2500
2 South Biscayne Boulevard
Miami, Florida 33131-1802
Telephone: (305) 810-2500
Telefax: (305) 810-2460

By _____
Juan C. Enjámio
Florida Bar No. 571910

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Karen C. Amlong, Esquire, Amlong & Amlong, P.A., 500 Northeast Fourth Street, Second Floor, Fort

Lauderdale, Florida 33301-1154 on this __19th__ day of March, 2001.

By _____
Juan C. Enjamio

OF COUNSEL:

Robert H. Buckler
Georgia Bar No. 092650
Robert C. Stevens
Georgia Bar No. 680142

TROUTMAN SANDERS, LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Ph: (404) 885-3000
Fax: (404) 885-3900

DIVISION IV
27th Floor
Southwest Courtroom

**MONDAY, APRIL 9, 2001, BEGINNING AT 9:00 A.M.**
**BEFORE JUDGES HANSEN, BYE, *MELLOY**

| | | | |
|---|---|---|---|
| 1. | 00-3087EM | Tina M. Glastetter, et al. v. Novartis Pharmaceuticals Corporation, etc., et al. | |
| | 00-3467EM | Tina M. Glastetter, et al. v. Novartis Pharmaceuticals Corporation, etc., et al. | 20 |
| 2. | 00-1438WM | United States v. Chet Searing | 15 |
| 3. | 00-2602WA | Columbus Miles v. General Motors Corporation | 20 |
| 4. | 00-2968EM | State of Missouri, etc. v. Prudential Health Care Plan, Inc., etc. | 15 |
| 5. | 00-2850WA | Bettye S. Gentry, et al. v. Georgia-Pacific Corporation | 15 |

**TUESDAY, APRIL 10, 2001, BEGINNING AT 9:00 A.M.**
**BEFORE JUDGES HANSEN, BYE, *MELLOY**

| | | | |
|---|---|---|---|
| 1. | 00-3405WA | United States v. Philip E. Roberts | 15 |
| 2. | 00-1043WM | Robert Ford, et al. v. GACS, Inc. | |
| | 00-1352WM | Robert Ford, et al. v. GACS, Inc., et al. | 20 |
| 3. | 00-3164WA | United States v. Richard Patrick Cole | 10 |
| 4. | 00-3332 | King Soopers, Inc. v. National Labor Relations Board, et al. | |
| | 00-3753 | National Labor Relations Board v. King Soopers, Inc., et al. | 15 |
| 5. | 00-3479EM | United States v. Steven Parchmon | 10 |
| 6. | 00-3955EA | United States v. Jimmy Lee Stuckey, Jr. | 10 |

**EXHIBIT A**