UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6126-CIV-DIMITROULEAS

BETTY ORTEGA,

Magistrate Judge Johnson

Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,

Defendant.
_____/

FILED by _____ D.C.

MAR 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## **ORDER GRANTING IN PART DEFENDANT'S MOTION TO SET TRIAL**

THIS CAUSE is before the Court upon Defendant's Notice of Conflict and Motion to Set Trial After Tuesday, April 10, 2001 [filed March 20, 2001]. The Court has carefully considered the motion, and is otherwise fully advised in the premises.

Although the Court enters an order on the motion prior to hearing Plaintiff's position, the Court notes that even if Plaintiff were to oppose the motion, the Court would grant the motion given the limited nature of the relief granted. Having said that, the only reason the Court is granting in part the motion, rather than denying the motion for failure to certify that counsel has contacted opposing counsel regarding the requested relief as required by Local Rule 7.1.A.3, is that Defendant's conflict involves a federal Circuit Court of Appeals argument that takes precedence over the trial in this Court. See Court Policy Manual, Section 2.06.00.

With regard to the requested relief, the Court notes that counsel's argument in St. Louis will be held at approximately 11:45am on Monday, April 9, 2001, and should last about 30 minutes. Thus, Attorney Buchler has plenty of time to arrive in Fort Lauderdale in advance of a Tuesday morning trial start. Moreover, Defendant has at least two other lawyers working for it



in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Set Trial After Tuesday, April 10, 2001 [filed March 20, 2001] is hereby **GRANTED in part**. The trial in this case will not start on Monday, April 9, 2001, but may start on Tuesday, April 10, 2001;

2. This case remains set for trial on the two-week calendar commencing Monday, April 9, 2001, with a calendar call commencing at 10:00 o'clock A.M. on Friday, April 6, 2001.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jennifer Daley, Esq./Karen Amlong, Esq.
Juan C. Enjamio, Esq.