UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BETTY ORTEGA,                       ) CASE NO. 00-6126-CIV-WPD
                                    )
        Plaintiff,                  )
                                    )
        -v-                         )
                                    )
UNISOURCE WORLDWIDE, INC.,          )
a foreign corporation,              )
                                    ) Fort Lauderdale, Florida
        Defendant.                  ) February 15, 2001
_____ ) 9:20 a.m.

TRANSCRIPT OF HEARING

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff        JENNIFER DALEY, ESQ.
                         500 Northeast Fourth Street
                         Second Floor
                         Fort Lauderdale, Florida 33301-1154

For the Defendant        ROBERT H. BUCKLER, ESQ.
                         ROBERT C. STEVENS, ESQ.
                         Bank of America Plaza
                         Suite 5200
                         600 Peachtree Street, N.E.
                         Atlanta, Georgia 30308-2216
                                 -and-
                         JUAN C. ENJAMIO, ESQ.
                         One Biscayne Tower
                         Suite 2500
                         2 South Biscayne Boulevard
                         Miami, Florida 33131-1802

Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         954-769-5657



# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**