IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO. 00-CV-6126-CIV-DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/



## NOTICE OF FILING DEFENDANT'S OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

Defendant, Unisource Worldwide, Inc., gives notice of filing the attached objections and counter-designations to Plaintiff's Deposition Designations.

Respectfully submitted, this 5th day of April, 2001.

        HUNTON & WILLIAMS
        Attorneys for Unisource Worldwide, Inc.
        One Biscayne Tower, Suite 2500
        2 South Biscayne Boulevard
        Miami, Florida 33131-1802

        By: _____
        Juan C. Enjamio
        Florida Bar No. 57190

OF COUNSEL:
TROUTMAN SANDERS, LLP
600 Peachtree St., NE, Suite 5200
Atlanta, Georgia 30308-2216
Robert H. Buckler
Georgia Bar No. 092650
Robert C. Stevens
Georgia Bar No. 680142



## DEPOSITION DESIGNATIONS
### Deposition of John Glaze – September 28, 2000

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 3 | | None | |
| 4 | | None | |
| 6 | 8-15 | Relevancy<br>1. Court dismissed equal pay claims, and<br>2. Web accounts are not part of this case. | |
| 8 | 7-14<br>20-23 | Relevancy – Court dismissed equal pay claims. | |
| 9 | 15-21 | Relevancy – Court dismissed equal pay claims. | |
| 10 | 13-25 | Relevancy – Web accounts are not part of this case. | |
| 11 | 1-20 | Relevancy – Web accounts are not part of this case. | *P. 11, L. 21-25; and<br>*P. 12, L. 1-2 Only if evidence regarding web accounts is admitted in this case. |
| 12 | 8-20 | Relevancy – Web accounts are not part of this case. | *P. 12, L. 21-24 Only if evidence regarding web accounts is admitted in this case. |
| 12 | 25 | Relevancy – Web accounts are not part of this case. | |
| 13 | Entire page | | |
| 14 | Entire page | | |
| 15 | Entire page | | |
| 16 | 1-18 | | |
| 19 | 19-25 | Relevancy – Web accounts are not part of this case. | |
| 20 | 1-5; 12-25 | Relevancy – Web accounts are not part of this case. | |

\* All counter designations marked with * should only be included if the Court overrules Defendant's objections as to Plaintiff's specific designations.

**DEPOSITION DESIGNATIONS**

## Deposition of John Glaze – September 28, 2000

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 21 | 8-25 | Relevancy – Web accounts are not part of this case. | |
| 22 | 1-14 | P. 22, L. 1-14 – Relevancy – Web accounts are not part of this case.<br><br>P. 22, L. 10-14 – Relevancy -- Court dismissed equal pay claims. | |
| 24 | 21-25 | None | |
| 25 | 1-4 | None | *P. 25, L. 5 through P. 37, L. 25, only if Court allows evidence regarding 2000 GTM sales goals, which Court dismissed as part of retaliation claim. |
| 44 | 17-25 | None | |
| 45 | 1-3; 8-11 | | |
| 47 | 13-25 | Relevancy solely to P. 47, L. 18-25 and P. 48, L. 1-8, because web accounts are not part of this case. | P. 47, L. 4-12<br>*P. 48, L. 9-10, and 13-24, only if evidence regarding web accounts is admitted in the case.<br>P. 49, L. 1-12<br>P. 50, L. 6-25;<br>P. 51, L. 1, 5-22<br>P. 52, L. 24-25;<br>P. 53, L. 1-16 |
| 48 | 1-8 | | |

\* All counter designations marked with * should only be included if the Court overrules Defendant's objections as to Plaintiff's specific designations.

## DEPOSITION DESIGNATIONS
### Deposition of John Glaze – September 28, 2000

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 54 | 5-15 | None | P. 54, L. 16-25<br>P. 55, L. 1-12, and 23-25<br>P. 56, L. 1-7 |
| 58 | 15-19 | None | P. 58, L. 20-25 |
| 59 | 13-18, 24-25 | None | |
| 60 | 1-5; 11-25 | None | P. 60, L. 6-10 |
| 61 | 1-8; 17-25 | None | |
| 62 | 1; 8-22 | None | P. 62, L. 23-24 |
| 63 | 9-11; 16-20 | None | P. 63, L. 12-15 |
| 64 | 3-8 | None | P. 64, L. 18-25<br>P. 65, L. 1-9 |
| 65 | 10-20<br>23-25 | None | |
| 66 | 1-3 | None | P. 66, L. 4-7 |
| 66 | 20-25 | None | |
| 67 | Entire page | None | |
| 68 | 1-20, 25 | None | P. 68, L. 21-24 |
| 69 | 1-6 | P. 69, L. 5-6 – Relevancy -- complaints regarding anything other than account assignment have been dismissed by Court with retaliation claims. | *P. 69, L. 7-9, L. 14, and 19-20, if P. 69, L. 5-6 allowed in case. |

\* All counter designations marked with * should only be included if the Court overrules Defendant's objections as to Plaintiff's specific designations.

**DEPOSITION DESIGNATIONS**

Deposition of John Glaze – September 28, 2000

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 70 | 1-14 | Relevancy – The Court excluded complaints of sexual harassment in rulings on motions in limine and in dismissal of retaliation claims. | *P. 70, L. 23-25; *P. 71, L. 1-2; *P. 72, L. 1-14; *P. 72, L. 24-25; *P. 73, L. 1-2; *P. 73, L. 23-25; *P. 74, L. 17-25; *P. 75, L. 1-5 ; *P. 75, L. 10-20; and *P. 76, L. 1-9. All of these counter-designations should only be admitted if Court permits introduction of P. 70, L. 1-14. |
| 83 | 8-21 | Relevancy -- this involves the 2000 sales program which the Court dismissed as part of the retaliation claim. | *P. 83, L. 22-25; *P. 84, L. 1-11, only if P. 83, L. 8-21 admitted. |
| 92 | 7-19 | Relevancy -- this involves the 2000 sales program which the Court dismissed as part of the retaliation claim. | *P. 92, L. 4-6, only if P. 92, L. 7-19 admitted. P. 95, L. 3-25; P. 96, L. 1-2, 11-25, and P. 97, L. 1 |
| 96 | 3-10 | None | |
| 105 | 4-5 | None | P. 105, L. 6-25 |

\* All counter designations marked with * should only be included if the Court overrules Defendant's objections as to Plaintiff's specific designations.

**DEPOSITION DESIGNATIONS**

## Deposition of John Glaze – September 28, 2000

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 106 | 1-8, 16-19 | None | *P. 106, L. 20-25, if evidence regarding web accounts is admitted. <br> *P. 108, L. 1-4, if evidence regarding web accounts is admitted. |
| 108 | 8-12; 21-25 | Relevancy -- web sales are not part of this case. | *P. 108, L. 13-20, if evidence regarding web accounts is admitted. |
| 110 | 3-14 | None | P. 110, L. 25; P. 111, L. 1-16; 22-25; and P. 112, L. 1-9; 22-24. |

\* All counter designations marked with * should only be included if the Court overrules Defendant's objections as to Plaintiff's specific designations.

## DEPOSITION DESIGNATIONS

### Deposition of John Glaze – October 25, 2000

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER- DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 31 | 7-13 | None | |
| 39 | 3-25 | No objections to L. 3-20; L. 21-25 -- Relevancy – the Court dismissed the equal pay claims and this involves matrices outside the relevant time period. | |
| 40 | 1-22 | L. 1-14 – Relevancy – the Court dismissed the equal pay claims and this involves matrices outside the relevant time period; No objections to L. 15-22. | |
| 44 | 1-18 | Relevancy -- equal pay claims have been dismissed | |
| 51 | 17-25 | None | |
| 52 | 1-13; 23-25 | None | P. 52, L. 14-22 |
| 53 | 1-3 | None | P. 53, L. 4-8 |
| 55 | 11-16 | None | P. 55, L. 17-25; P. 56, L. 1-3; *L. 4-7, only if evidence regarding web is accounts is admitted; P. 56, L. 8-22 P. 60, L. 1-5 |
| 61 | 15-23 | None | P. 61, L. 9-14; 24-25; P. 62, L. 1-20 |
| 62 | 21-25 | Object to all of these pages and lines – Relevancy -- web accounts are not part of this case. | |
| 63 | Entire page | | |
| 64 | Entire page | | |
| 65 | 1-8 | | |

* All counter designations marked with * should only be included if the Court overrules Defendant's objections as to Plaintiff's specific designations.

## DEPOSITION DESIGNATIONS
### Deposition of John Glaze – October 25, 2000

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 66 | 2-13 | Relevancy -- Court granted Defendant's Motion in Limine regarding Gene Press. | *P. 66, L. 14-23, if evidence regarding Gene Press is admitted in the case. |
| 66 67 | 24-25 1-11 | Relevancy -- Court granted Defendant's Motion in Limine regarding Gene Press. | *P. 67, L. 12-25, if evidence regarding Gene Press is admitted in the case. |
| 68 | 4-20 | Relevancy -- Court granted Defendant's Motion in Limine regarding Gene Press. | *P. 68, L. 21-25; and P. 69, L. 1-12, if Gene Press in case. |
| 69 | 13-18 | Relevancy -- Court granted Defendant's Motion in Limine regarding Gene Press. | |
| 69 70 | 25 1-2 | Relevancy -- Court granted Defendant's Motion in Limine regarding Gene Press. | *P. 70, L. 3-6, if evidence regarding Gene Press is admitted in the case. |

\* All counter designations marked with * should only be included if the Court overrules Defendant's objections as to Plaintiff's specific designations.

## DEPOSITION DESIGNATIONS
### Deposition of John Glaze – October 30, 2000 (30(b)(6))

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 3 | 16-20 | None | |
| 8 | 19-24 | None | P. 8, L. 7-18 |
| 17 | 8-19 | Relevancy – outside the relevant time period. | |
| | 20-22 | Relevancy -- outside the relevant time period. | |
| | 23-25 | None | |
| 18 | 1 | Relevancy -- outside the relevant time period. | |
| | 2-3 | None | |
| 21 | 17-25 | Relevancy -- 2000 sales goals were dismissed with retaliation claims. | |
| 22 | 1-3 | Relevancy – 2000 sales goals were dismissed with retaliation claims. | |
| 26 | 3-8 | Relevancy – 2000 sales goals were dismissed with retaliation claims. | P. 26, L. 13-18 |
| | 19-25 | None | |
| 27 | 1-17 | None | |
| 29 | 15-25 | None | |
| 30 | 1-25 | None | |
| 31 | 1-12 | None | |
| | 13-25 | Relevancy<br>1. Equal pay claims dismissed; and<br>2. Web accounts are not part of this case. | |
| 32 | 1-4 | Relevancy<br>1. Equal pay claims dismissed; and<br>2. Web accounts are not part of this case. | |
| | 6-23 | Relevancy -- deals with issues outside relevant time period -- prior to 1998. | |
| | 24-25 | None | |

\* All counter designations marked with \* should only be included if the Court overrules Defendant's objections as to Plaintiff's specific designations.

## DEPOSITION DESIGNATIONS
### Deposition of John Glaze – October 30, 2000 (30(b)(6))

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 33 | 1, 9-17 | None | |
|  | 18-21 | Relevancy to extent it seeks to include information predating 1998. | |
|  | 22-25 | Relevancy to extent it seeks to include information in 2000. | |
| 34 | 1-2 | Relevancy to extent it seeks to include information in 2000. | |
|  | 3 | None | |
|  | 4-14 | Relevancy to extent it seeks to include information predating 1998. | |
| 45 | 25 | None | |
| 46 | 1-9 | None | |
| 46 | 15-25 | None | |
| 47 | 1-21 | None | |
| 48 | 5-14 | None | |
| 50 | 1-6 | Object because it is nonsensical and there is no foundation. | |
|  | 7-25 | None | |
| 51 | 1-10 | None | |
| 53 | 6-14 | Relevancy -- it deals with Gene Press and he was excluded as part of Motion in Limine. | P. 56, L. 12-25<br>P. 57, L. 1-20 |
| 57 | 21-25 | None | |
| 58 | 1-25 | None | |
| 59 | 5-21 | None | P. 59, L. 22-25<br>P. 60, L. 1-5 |
| 60 | 13-25 | None | |
| 61 | 1-6 | None | |
|  | 16-24 | Relevancy -- it deals with Gene Press and he was excluded as part of Motion in Limine. | |

\* All counter designations marked with * should only be included if the Court overrules Defendant's objections as to Plaintiff's specific designations.

## DEPOSITION DESIGNATIONS
### Deposition of John Glaze – October 30, 2000 (30(b)(6))

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 64 | 22-25 | Relevancy -- it deals with Gene Press and he was excluded as part of Motion in Limine. | |
| 65 | 1-19 | Relevancy -- it deals with Gene Press and was excluded as part of Motion in Limine | |
| 73 | 13-14 | None | |
| 74 | 6-13 | None | |
| 75 | 3-20 | None | |
| 76 | 3-10; 16-25 | None | |
| 77 | 1-7; 15-25 | None | P. 77, L. 8-14 |
| 78 | 1-15 | None | |
|  | 16-25 | Relevancy -- web accounts are not in this case. | |
| 79 | 1-8 | Relevancy -- web accounts are not in this case. | |
| 79 | 24-25 | None | P. 79, L. 9-14 |
| 80 | 1-25 | None | |
| 81 | 1-24 | None | |
| 81 | 25 | Relevancy – outside time period. | |
| 82 | 1-3; 8-10; 15-25 | Relevancy to the extent it seeks information outside 1998. | |
| 83 | 1-13 | Relevancy to the extent it seeks information outside 1998. | *P. 83, L. 14-25 (if P. 83, L. 1-13 are admitted.) *P. 84, L. 1-4 (if P. 83, L. 1-13 are admitted.) |
| 84 | 8-25 | None | |
| 85 | 1-9; 14-20 | None | |

\* All counter designations marked with * should only be included if the Court overrules Defendant's objections as to Plaintiff's specific designations.

## DEPOSITION DESIGNATIONS
### Deposition of Cecil McClary

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 3 | 12-13, 24-25 | No Objection | |
| 4 | 1-2; 23-25 | No Objection | P. 4, L. 11-13 |
| 5 | 1-7 | No Objection | P. 5, L. 20-24 |
| 7 | 10-17 | Relevancy – Retaliation claims have been dismissed. | |
| 32 | 6-14 | No Objection | P. 34, L. 4-10 |

## DEPOSITION DESIGNATIONS
### Deposition of Bill Ready

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 74 | 14-25 | None | |
| 75 | Entire page | None | |
| 76 | 1-7 | None | |
| 77 | 23-25 | None | P. 77, L. 3-10 |
| 78 | 1-10 | None | |
| 78 | 23-25 | None | P. 78, L. 11-22 |
| 79 | 1-9 | None | P. 79, L. 10-25; P. 80, L. 1-15, 23-25; P. 81, L. 1-25; P. 82, L. 1-25; P. 84, L. 19-25; P. 85, L. 1-12; P. 86, L. 14-16; P. 87, L. 6-22; P. 88, L. 3-6, 11-14, and 17-23 |

\* All counter designations marked with \* should only be included if the Court overrules Defendant's objections as to Plaintiff's specific designations.

## DEPOSITION DESIGNATIONS
### Deposition of Bill Ready

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 47 | 1-12 | None | P. 51, L. 3-8, 11-18; P. 52, L. 22-25; P. 53, L. 1-5 |
| 53 | 17-25 | Relevancy -- Equal pay violation dismissed by Court's February 14, 2001, Order. | P. 53, L. 11-16 |
| 54 | Entire page | Relevancy -- Equal pay violation dismissed by Court's February 14, 2001, Order. | |
| 55 | 1-2<br>14-19 | Relevancy -- Equal pay violation dismissed by Court's February 14, 2001, Order. | |
| 61 | 3-25 | Relevancy -- Court's Order granting Defendant's Motion in Limine regarding other employees, including Gene Press. | |
| 62 | 1-13 | Relevancy -- Court's Order granting Defendant's Motion in Limine regarding other employees, including Gene Press. | *P. 62, L. 14-25, if evidence regarding Gene Press is admitted in the case; *P. 63, L. 1-25, if evidence regarding Gene Press is admitted in the case; *P. 64, L. 1-25, if evidence regarding Gene Press is admitted in the case; *P. 65, L. 1-4, if evidence regarding Gene Press is admitted in the case; P. 66, L. 13-25; P. 67, L. 1-4, 9, and 14-18. |

* All counter designations marked with * should only be included if the Court overrules Defendant's objections as to Plaintiff's specific designations.

## DEPOSITION DESIGNATIONS
### Deposition of Bill Ready

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 30 | 1-2 | Relevancy – web accounts are not part of the case. | |
| 30 | 5-6 | Relevancy – web accounts are not part of the case. | *P. 30, L. 9-12, if evidence regarding web accounts is admitted in the case |
| 30 | 13-15; 18-19 | Relevancy – web accounts are not part of the case. | *P. 30, L. 20-21; P. 30, L. 23-24; and P. 31, L. 2-6; all if evidence regarding web accounts is admitted in the case. |
| 31 | 8-17 | Relevancy – web accounts are not part of the case. | |
| 32 | 25 | None | P. 33, L. 7-12; P. 34, entire page; P. 35, entire page; and P. 36, entire page. |
| 33 | 1-2 | None | |
| 37 | 25 | None | P. 37, L. 1-24 |
| 38 | 1-10 | None | P. 38, L. 11-25 |
| 39 | 5-23 | None | P. 39, L. 1-4, 24-25 |
| 40 | 11-19 | None | P. 40, L. 1-10; P. 41, L. 2-23; P. 43, L. 23-25; P. 44, L. 1-19. |
| 45 | 13-25 | None | P. 45, L. 4-12 |
| 46 | 13-25 | None | |

* All counter designations marked with * should only be included if the Court overrules Defendant's objections as to Plaintiff's specific designations.

## DEPOSITION DESIGNATIONS
### Deposition of Bill Ready

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 22 | 1-8 | Relevancy – web accounts are not part of the case. | *P. 22, L. 9-25, if evidence regarding web accounts is admitted in the case; *P. 23, L. 1-2, if evidence regarding web accounts is admitted in the case. |
| 23 | 3-19 | Relevancy – web accounts are not part of the case. | *P. 23, L. 20-25, if evidence regarding web accounts is admitted in the case; *P. 24, L. 1-23, if evidence regarding web accounts is admitted in the case. |
| 24 | 24-25 | None | |
| 25 | 1-21 | None | P. 26, L. 20-25; P. 27, L. 1 |
| 28 | 3-22 | None | P. 28, L. 23-25; P. 29, L. 1 |
| 29 | 2-8 | None | |
| 29 | 24-25 | Relevancy – web accounts are not part of the case. | *P. 29, L. 9-13, if evidence regarding web accounts is admitted in the case. |

\* All counter designations marked with * should only be included if the Court overrules Defendant's objections as to Plaintiff's specific designations.

## DEPOSITION DESIGNATIONS
### Deposition of Bill Ready

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| **Page** | **Line** | | |
| 3 | 23-24 | None | |
| 4 | 5-25 | None | |
| 5 | 14-25 | None | P. 5, L. 1-13; P. 6, L. 1-22; P. 7, L. 1-25; and P. 8, L. 1-12 |
| 8 | 13-25 | None | |
| 9 | Entire page | None | |
| 10 | 1-8; 20-25 | None | P. 10, L. 9-19 |
| 11 | 1-10 | None | P. 11, L. 11-25 |
| 12 | 6-25 | None | P. 12, L. 1-5; P. 13, L. 1-9 |
| 14 | 9-25 | None | P. 14, L. 4-8 |
| 15 | Entire page | None | |
| 16 | 1-20 | None | |
| 17 | 23-25 | None | |
| 18 | 1-17 | None | P. 18, L. 18-23 |
| 19 | 12-21 | Relevancy – web accounts are not part of the case. | *P. 19, L. 7-11 - if evidence regarding web accounts is admitted in the case. |
| 20 | 7-25 | Relevancy – web accounts are not part of the case. | |
| 21 | Entire page | Relevancy – web accounts are not part of the case. | |

* All counter designations marked with * should only be included if the Court overrules Defendant's objections as to Plaintiff's specific designations.

## DESPOSITION DESIGNATION
### Deposition of Amy George – October 10, 2000

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 40 | 5-19 Summary of Plaintiff's complaints of discrimination | Relevancy. Beyond scope of issues remaining in trial. | |
| 41 | 3-10, 21-25 | Relevancy. | |
| 42 | 1-9, 15-21 | NOTE: Defendant does not have objections to P. 41, L. 3-10, 21-25; and P. 42, L. 1-9. Defendant objects to P. 42, L. 15-21 as not relevant because they talk about harassment. | |
| 43 | 7-9 | No objection.<br><br>Defendant offers the following Stipulation in Lieu of Offering Testimony on P. 41-43:<br><br>Plaintiff (Ortega) made a complaint to John Glaze, at the time he became the manager of her division (fall of 1996), in which she alleged that she felt male sales representatives were favored over female representatives. Ms. Ortega did not set forth any specifics beyond her general allegations and Mr. Glaze indicated that if she had specifics to let him know and they would not be tolerated. No specifics were ever provided. | P. 43, L. 10-12 |
| 43 | 13-22 | Relevancy.<br><br>This is a complaint regarding sexual harassment that is not part of this case and is irrelevant. See Motion in Limine. | P. 43, L. 23-25; and P. 44, L. 1-18 |
| 45 | 15-20 | No objection. | |

## DESPOSITION DESIGNATION
### Deposition of Amy George – October 10, 2000

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| **Page** | **Line** | | |
| 3 | 17-18 | No Objection | |
| 4 | 20-24 | No Objection | |
| 21 | 10-22 Question regarding benefits | | |
| 23 | 10-13 Question regarding benefits (cost) | Relevancy. | |
| 24 | 23-25 Question regarding benefits (cost) | In her deposition, Plaintiff acknowledged she was not claiming loss of benefits as part of her damages. See Plaintiff's deposition at P. 129, L. 23, 24, P. 130, L. 1-5. | |
| 25 | 1-7, 11-17 Question regarding benefits (cost -- 1-7) (401K – 11-17) | | |
| 26 | 8-13 (401K) | | |
| 27 | 11-16 | No objection. | |
| 34 | 7-25 Complaint procedure for complaints to immediate supervisor | Relevancy.<br><br>a. since retaliation was pitched, no basis for introducing this.<br><br>b. does not address remaining issues in this case. | P. 35, L. 8-24 |
| 35 | 1-7 Complaint procedure for complaints to immediate supervisor | | |
| 39 | 9-16 Testimony regarding "Billy Thomas" | Relevancy. See ruling on Motion in Limine | |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO. 00-CV-6126-CIV-DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.

_____/

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **NOTICE OF FILING DEFENDANT'S OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS** upon opposing counsel by hand delivery addressed to:

> Karen C. Amlong, Esq.
> Jennifer Daley, Esq.
> Amlong & Amlong, P.A.
> 500 Northeast Fourth Street
> Second Floor
> Fort Lauderdale, Florida  33301-1154

This 5'" day of April, 2001.

_____
Juan C. Enjamio