**CIVIL MINUTES**



APR 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6126     DATE: 4/6/01

COURTROOM CLERK: Pat Rothwell     COURT REPORTER: Bob Ryckoff

Ortega     VS.     Unisource

COUNSEL: Jennifer Daley     COUNSEL: P. Buchler, R. Steves, J. Enjamio

REASON FOR HEARING: Calendar Call     [Second time up]

RESULT OF HEARING: Ready for trial

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: Standby starting Wednesday, 4/11/01

