IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,
a foreign corporation,

    Defendant.
_____/

### Plaintiff's Notice of Filing Supplemental Exhibit List

Plaintiff, Betty Ortega, hereby gives notice of filing the attached Supplemental Exhibit List containing her Social Security Statement received March 19, 2001.



Page 1 of 2



Respectfully Submitted,

KAREN COOLMAN AMLONG
Florida Bar No: 275565
JENNIFER DALEY
Florida Bar No: 0856436
Amlong & Amlong, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, FL 33301-1154
(954)462-1983
(954)523-3192

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 5th day of April, 2001, to Juan C. Enjamio, Esq., Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131; Robert Stevens, Esq., Troutman Sanders, LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, GA 30308.

JENNIFER DALEY

I:\CPWin\HISTORY\010227A\6EC.18E



Page 2 of 2

**Plaintiff's Supplemental Pretrial Exhibit List**

Ortega v. Unisource Worldwide, Inc.
Case Number: 00-06126-Civ-Dimitrouleas/Johnson

| Exhibit No. | Bates Number | Description | Defendant's Objections |
|---|---|---|---|
| | | Social Security Statement for Betty Ortega[1] | |

I:\CPWin\HISTORY\010227A\6EC.18F

---

[1] A copy of the statement is attached to defendant's copy of this list.

**Key to objections:** **A**—Authenticity; **I**—Contains inadmissible matter (mentions insurance, prior conviction, etc.); **R**—Relevancy; **H**—Hearsay; **UP**—Unduly prejudicial — probative value outweighed by undue prejudice; **NTD**—Not timely disclosed; **O**—Other (specify)