IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

**NIGHT BOX FILED**
APR 9 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### Plaintiff's Expedited Motion to Bring Laptop Computer
### into the Courthouse for Use at Trial

Plaintiff, Betty Ortega, pursuant to Local Rules 7.1 and 77.1, hereby moves on an expedited basis for entry of an Order granting plaintiff's attorneys leave to bring into the courthouse their laptop computers for use at trial beginning on April 11, 2001, and states as follows:

1. This matter is set for trial on April 11, 2001.

2. Plaintiff seeks entry of an Order granting her leave of court to permit her attorneys to bring their laptop computers into the courthouse for use at trial in his case.

3. This motion is being brought on an expedited basis because the trial begins on Wednesday, April 11, 2001, and plaintiff needs to obtain the order


Amlong & Amlong, P.A.

Page 1 of 3



before the first day of trial to permit her to bring the equipment into the courthouse for use at trial.

4. The undersigned has contacted opposing counsel by telephone about defendant's position on this motion, but has not yet received a response from defendant regarding its position on this motion.

5. This motion is made in good faith and not for the purpose of delay.

WHEREFORE, plaintiff respectfully requests entry of an Order granting this motion, and granting plaintiff such other and further relief as this Court deems appropriate.

>Respectfully Submitted,
>
>AMLONG & AMLONG, P.A.
>Attorneys for Plaintiff
>500 Northeast Fourth Street
>Second Floor
>Fort Lauderdale, Florida 33301-1154
>(954) 462-1983
>
>Karen Coolman Amlong
>Florida Bar No.: 275565
>Jennifer Daley
>Florida Bar No.: 0856436

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 9th day of April, 2001 to Juan C. Enjamio, Esquire, Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131.

_____
Jennifer Daley

I:\CPWin\HISTORY\010227A\6EC.197