IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/



### Order Granting Plaintiff's Expedited Motion to Bring Laptop Computer into the Courthouse for Use at Trial

THIS MATTER is before the court upon Plaintiff's Expedited Motion to Bring Laptop Computer into the Courthouse for Use at Trial. The Court having carefully considered the motion, having reviewed the court file and having been fully advised in the premises, finds that there is good cause to grant the instant motion. It is therefore

**ORDERED AND ADJUDGED** that said motion is hereby **GRANTED**. Plaintiff's attorneys, Karen Coolman Amlong and Jennifer Daley, shall be permitted to bring their laptop computers into the Courthouse for use at trial in the above-styled cause during trial from April 11, 2001 through conclusion of the trial.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this _____ day of April, 2001.

William P. Dimitrouleas
United States District Judge

Copies Provided:
Karen Coolman Amlong, Esq.
Juan C. Enjamio, Esq.
Robert Stevens, Esq.

