IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

   Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

   Defendant.
_____/

**Plaintiff's Notice of Filing Plaintiff's Deposition Designations for the Deposition of Robert Peterson Taken September 28, 2000**

Plaintiff, Betty Ortega, gives notice of filing the attached deposition designations for use at trial in the above-styled cause.

Respectfully Submitted,

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301-1154
(954) 462-1983

Karen Coolman Amlong
Florida Bar No. 275565
William R. Amlong
Florida Bar No. 470228
Jennifer Daley
Florida Bar No: 0856436





**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand this 11th day of April, 2001, to Juan C. Enjamio, Esq., Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131; Robert Stevens, Esq., Troutman Sanders, LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, GA 30308.

Jennifer Daley

I:\CPWin\HISTORY\010227A\6EC.1A2

## Deposition Designation

### Deposition of Robert Peterson Taken September 28, 2000

| Page | Line |
|------|-------|
| 3 | 7-9 |
| 3 | 24-25 |
| 4 | 1-5 |
| 4 | 10-11 |
| 4 | 15-16 |
| 5 | 17-25 |
| 6 | 1-4 |
| 6 | 21-22 |
| 7 | 3-5 |
| 8 | 4-20 |
| 9 | 5-8 |

### Plaintiff's Deposition Designations for the
### Deposition of Robert Peterson Taken September 28, 2000

[Page 3; lines 7 -9]

    7    Q.  Please state your full name.
    8    A.  Robert William Peterson.

[Page 3; lines 24-25]

    24    Q.  And who are you employed by today?
    25    A.  Unisource.

[Page 4; lines 1-5]

    1    Q.  And when did you start with Unisource?
    2    A.  Unisource, itself?
    3    Q.  Or any of its predecessors?
    4    A.  I think about 1968, '67, Jacksonville Paper
    5  Company.

[Page 4; lines 10-11]

    10    Q.  What is your present job?
    11    A.  Salesman.

[Page 4; lines 15-16]

    15    Q.  And out of what division do you work today?
    16    A.  Miami Printing, Hollywood Printing, I
    17  guess.

[Page 5; lines 17-25]

    17    Q.  What type of accounts do you handle for
    18  Unisource today?
    19    A.  Basically, printing.
    20    Q.  Have you ever handled what's called a web
    21  account?
    22    A.  Yes, I have.
    23    Q.  Do you handle any of them today?

 24   A.  Yes, I do.
 25   Q.  Now, are there any other types of accounts
[Page 6; lines 1-4]

 1   that you handle, other than web accounts?
 2   A.  Quick printers, implant print shops, School
 3   Board, new paper commercial, I guess what you call
 4   color sheet fed, color printers.


[Page 6; lines 21-22]

 21   Q.  Which web accounts do you handle today?
 22   A.  I have a customer called Tiger Tail.


[Page 7; lines 3-5]

 3   Q.  Any others?
 4   A.  Stuart News.  They use web paper, you know.
 5   It's not a big thing.


[Page 8; lines 4-20]

 4   Q.  Do you recall the year when you first
 5   started to handle any type of web account?
 6   A.  It would have to be over 25 years ago, Palm
 7   Beach Newspaper, 20, 25 years ago.
 8   Q.  Now, how, if at all, do web accounts differ
 9   from other types of accounts that you handle?
 10   A.  Mostly, direct business.  No, well, sales.
 11   Q.  What does that mean?
 12   A.  The paper comes from the paper mill,
 13   generally, full truckloads of paper direct to the web
 14   account, where other types of sales generally are
 15   sales that we deliver from our warehouse and our
 16   truck.
 17   Q.  Any other way, that you're aware of, that
 18   web accounts differ from the other types of accounts
 19   that you handle?
 20   A.  That's basically it, that I know of.


3

[Page 9; lines 5-8]

```
5    Q.   But do you do anything differently with
6    respect to servicing those accounts, as opposed to
7    the other types of accounts that you service?
8    A.   Not that I can think of.
```