**CIVIL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: __00-6126__    DATE: __4/11/01__

COURTROOM CLERK: __Phil Rothschild__  COURT REPORTER: __Bob Ryckoff__

__Ortega__ vs. __Unisource__

COUNSEL: __Karen Amlong, Jennifer Daley__  COUNSEL: __Bob Buchler, Bob Stevens, Juan Enjamio__

REASON FOR HEARING: __Trial__

RESULT OF HEARING: __Jury Selection__

CASE CONTINUED TO: __Monday, 4/16__  TIME: __1:30 p.m.__  FOR: __Trial__

MISC:

