IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO. 00-CV-6126-CIV-DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

**BETTY ORTEGA,**

    **Plaintiff,**

v.

**UNISOURCE WORLDWIDE, INC., a
foreign corporation,**

    **Defendant.**
_____/



### NOTICE OF FILING DEFENDANT'S OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFF'S REVISED DEPOSITION DESIGNATIONS

Defendant, Unisource Worldwide, Inc., gives notice of filing the attached objections and counter-designations to Plaintiff's Revised Deposition Designations.

Respectfully submitted, this 16th day of April, 2001.

                    HUNTON & WILLIAMS
                    Attorneys for Unisource Worldwide, Inc.
                    One Biscayne Tower, Suite 2500
                    2 South Biscayne Boulevard
                    Miami, Florida 33131-1802

                    By: _____
                    Juan C. Enjamio
                    Florida Bar No. 57190

OF COUNSEL:
TROUTMAN SANDERS, LLP
600 Peachtree St., NE, Suite 5200
Atlanta, Georgia 30308-2216
Robert H. Buckler
Georgia Bar No. 092650
Robert C. Stevens
Georgia Bar No. 680142

## DESPOSITION DESIGNATION
### Deposition of Amy George – October 10, 2000

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 3 | 17-18 | No Objection | |
| 4 | 20-24 | No Objection | |
| 21 | 10-22 Question regarding benefits | | |
| 23 | 10-12 Question regarding benefits (cost) | Relevancy. | |
| 25 | 1-6, 11-17 Question regarding benefits (cost -- 1-6) (401K – 11-17) | In her deposition, Plaintiff acknowledged she was not claiming loss of benefits as part of her damages. See Plaintiff's deposition at P. 129, L. 23, 24, P. 130, L. 1-5. | |
| 26 | 8-13 (401K) | | |
| 27 | 11-16 | No objection. | |
| | | | P. 45, L. 15-20 |

## DEPOSITION DESIGNATION
### Deposition of William T. Bresnehan – September 21, 2000

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 3 | 19-20, 25 | None | |
| 4 | 1, 10-25 | None | P. 4, L. 7-9 |
| 5 | 1-9, 19-21 | None | P. 5, L. 10-18, 22-25 |
| 6 | 2-5, | None | P. 6, L. 6-10 |
| 6 | 25 | Relevancy – Web accounts are not part of this case | |
| 7 | 1-3, 13-25 | Relevancy – Web accounts are not part of this case | |
| 8 | 1-14 | Relevancy – Web accounts are not part of this case | |
| | | | P. 10, L. 10-18 |
| | | | P. 12, L. 14-21 |

## DEPOSITION DESIGNATIONS
### Deposition of Bill Ready

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 3 | 23-24 | None | |
| 4 | 5-9 | None | P. 4, 10-25 |
| 5 | 14-21 | None | P. 5, L. 1-13, 22-25; P. 6, entire page; P. 7, entire page; and P. 8, L. 1-17 |
| 8 | 18-25 | None | |
| 9 | 1-5 (up to the word "position") and 18-22 | None | P.9, 6-17; P. 10, 1-19 |
| | | | |
| 11 | 1-5 | None | P. 11, L. 6-25 |
| 12 | 6-18 | None | P. 12, L. 1-5, 19-25; P. 13, entire page |
| 14 | 9-25 | None | P. 14, L. 1-8 |
| 15 | 1-10 | None | P. 15, 11-25; P/ 16, 1-20 |
| | | | *P. 19, 7-9, 22-25; *P. 20, L. 1-6, if testimony regarding web accounts is admitted |
| 24 | 24-25 | None | |
| 25 | 1-6 | None | |
| 28 | 3-11 | None | P. 28, L. 12-25; P. 29, L. 1 |
| 29 | 2-8 | None | |

\* All counter designations marked with * should only be included if the Court overrules Defendant's objections.

## DEPOSITION DESIGNATIONS
### Deposition of Bill Ready

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| | | | *P. 29, L. 9-13, *P. 30, L. 9-12, & *P. 31, L. 8-10 if evidence regarding web accounts is admitted in the case |
| | | | P. 33, L. 7-12, 21-25 |
| | | | P. 34, entire page |
| | | | P. 35, L. 1-10 |
| | | | P. 37, L. 18-24 |
| 45 | 4-7 | None | |
| 46 | 13-25 | None | |
| 47 | 1-12 | none | P. 51, L. 3-7, 13-25 |
| | | | P. 52, L. 1-3, 7-12, 22-25 |
| | | | P. 53, L. 1-5, 11-16 |
| | | | P. 66, L. 13-25 |
| | | | P. 67, L. 1-4, 9, 14-18 |
| | | | P. 69, L. 4-12 |
| | | | P. 71, L. 1-4 |
| | | | P. 72, L. 16-20 |
| | | | P. 74, L. 14-15 |
| | | | P. 75, entire page |
| | | | P. 77, L. 23-25 |

\* All counter designations marked with * should only be included if the Court overrules Defendant's objections.

## DEPOSITION DESIGNATIONS
### Deposition of Bill Ready

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|
| Page     Line | | |
| | | P. 78, L. 1-16, 23-25 |
| | | P. 79, entire page |
| | | P. 80-, entire page |
| | | P. 81, entire page |
| | | P. 82, entire page |
| | | P. 84, L. 19-25 |
| | | P. 85, L. 1-12; P. 86, L. 14-16; P. 87, L. 6-22; P. 88, L. 3-6, 11-14, 17-20 |

\* All counter designations marked with \* should only be included if the Court overrules Defendant's objections.

## DEPOSITION DESIGNATIONS

### Deposition of John Glaze – September 28, 2000

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 3 | 7-8, 23-35 | No object to line 7-8; object to line 23-35 as nonsensical and not continuing to the next page | |
| 45 | 8-11 (beginning with the word ("Did") | | P. 44, L. 17-24; P. 46, L. 19-25; P. 47, L. 1-17 |
| | | | *P. 47, L. 18-25; *P. 48, L. 1-24 only if evidence regarding web accounts is admitted in the case. |
| | | | P. 48, L. 25; P. 49, L. 1-12; P. 50, L. 6-25; P. 51, L. 1, 8-10, 14-25; P. 52, L. 1-20, 24-25; P. 53, L. 1-17, 22-25; P. 54, L. 1; 5-25; P. 55, L. 1-12, 23-25; P. 56, L. 1-7; |
| 58 | 15-16, 19-25 | None | |

\* All counter designations marked with \* should be included if the Court overrules Defendant's objections.

## DEPOSITION DESIGNATIONS
### Deposition of John Glaze – September 28, 2000

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| | | | P. 59, L. 13-18, 24-25; |
| | | | P. 60, L. 1-7, 11-25; |
| | | | P. 61, L. 1-5, 17-23 |
| 62 | 8-24 | None | P. 62, L. 25 |
| 63 | 9-11 (beginning with the word "What") | None | P. 63, L. 1-8; 12-25 |
| | | | P. 64, L. 1-2, 18-22; |
| | | | P. 65, L. 10-20; |
| | | | P. 66, L. 20-25; |
| | | | P. 67, entire page; |
| | | | P. 68, entire page; |
| | | | P. 69, L. 1-4 |
| | | | P. 96, L. 3-25; |
| | | | P. 97, L. 1 |
| | | | P. 110, L. 25; |
| | | | P. 111, L. 1-16; |
| | | | P. 112, L. 22-24 |

\* All counter designations marked with \* should be included if the Court overrules Defendant's objections.

## DEPOSITION DESIGNATIONS
### Deposition of John Glaze – October 30, 2000 (30(b)(6))

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| | | | P. 3, L. 16-17 |
| 46 | 1-3, 15-18 | None | P. 46, L. 4-14, 19-25 |
| 47 | 1-10 | None | P. 47, L. 12-21 |
| 48 | 5-14 | None | |
| 57 | 21-25 | None | P. 56, L. 12-25; P. 57, L. 1-20 |
| 58 | 1, 23-25 | None | |
| 59 | 5-21 | None | P. 59, L. 22-23 (through "Yes, Ma'am.") P. 60, L. 1-5, 17-24 |
| 60 | 25 | None | |
| 61 | 1-6 | None | P. 61, L. 12-15 |
| 79 | 24-25 (beginning with the word "what") | None | |
| 80 | 1-25 | None | |
| 81 | 1-23 | None | |

\* All counter designations marked with \* should be included if the Court overrules Defendant's objections.

## DEPOSITION DESIGNATION
### Deposition of Robert Peterson – September 28, 2000

| PLAINTIFF'S DESIGNATIONS BY PAGES AND LINES | | DEFENDANT'S OBJECTIONS | DEFENDANT'S COUNTER-DESIGNATIONS |
|---|---|---|---|
| Page | Line | | |
| 3 | 7-8, 24-25 | None | |
| 4 | 1-5, 10-11, 15-17, 21-25 | None | P. 4, L. 6-9, 12-14, 18-20 |
| 5 | 17-25 | None as to 17-19; Relevancy as to 20-24 – Web accounts are not part of this case | P. 5, L. 1-4 |
| 6 | 1-4, 21-22 | None as to 1-4; Relevancy as to 21-22 – Web accounts are not part of this case | P. 6, L. 7-20 |
| 7 | 3-5 | Relevancy – Web accounts are not part of this case | *P. 7, L. 6-12, if evidence regarding web accounts is admitted |
| 8 | 4-25 | Relevancy – Web accounts are not part of this case | |
| 9 | 1-8 | Relevancy – Web accounts are not part of this case | *P. 9, 9-12, if evidence regarding web accounts is admitted |
| | | | P. 9, L. 13-15, 18-25 |
| | | | P. 10, L. 1 |
| | | | *P. 10, L. 2-13, 21-23, if evidence regarding web accounts is admitted |

* All counter designations marked with * should be included if the Court overrules Defendant's objections.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO. 00-CV-6126-CIV-DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

**BETTY ORTEGA,**

       **Plaintiff,**

v.

**UNISOURCE WORLDWIDE, INC., a foreign corporation,**

       **Defendant.**
_____/

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **NOTICE OF FILING DEFENDANT'S OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFF'S REVISED DEPOSITION DESIGNATIONS** upon opposing counsel by hand delivery addressed to:

    Karen C. Amlong, Esq.
    Jennifer Daley, Esq.
    Amlong & Amlong, P.A.
    500 Northeast Fourth Street
    Second Floor
    Fort Lauderdale, Florida 33301-1154

This 16th day of April, 2001.

                                      Juan C. Enjamio