IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO. 00-CV-6126-CIV-DIMITROULEAS
MAGISTRATE JUDGE JOHNSON



**BETTY ORTEGA,**

      **Plaintiff,**

v.

**UNISOURCE WORLDWIDE, INC.,** a
**foreign corporation,**

      **Defendant.**
_____/

### NOTICE OF FILING DEFENDANT'S WITNESS AND EXHIBIT LISTS FOR TRIAL

Defendant, Unisource Worldwide, Inc., gives notice of filing the attached Witness and Exhibit Lists for Trial.

Respectfully submitted, this 16th day of April, 2001.

      HUNTON & WILLIAMS
      Attorneys for Unisource Worldwide, Inc.
      One Biscayne Tower, Suite 2500
      2 South Biscayne Boulevard
      Miami, Florida 33131-1802

      By: _/s/ Juan C. Enjamio_
      Juan C. Enjamio
      Florida Bar No. 57190

OF COUNSEL:
TROUTMAN SANDERS, LLP
600 Peachtree St., NE, Suite 5200
Atlanta, Georgia 30308-2216
Robert H. Buckler
Georgia Bar No. 092650
Robert C. Stevens
Georgia Bar No. 680142



0214042.01

**Attachment B**

**Defendant's Witness List of Witnesses Who May Be Called**

1. Plaintiff

2. John Glaze
   Unisource Worldwide, Inc.
   (can be reached through counsel for Defendant)

3. Cecil McClary
   Unisource Worldwide, Inc.
   (can be reached through counsel for Defendant)

4. Bill Ready
   Unisource Worldwide, Inc.
   (can be reached through counsel for Defendant)

5. Amy George
   Unisource Worldwide, Inc.
   (can be reached through counsel for Defendant)

6. Jeanne Holmes
   Unisource Worldwide, Inc.
   (can be reached through counsel for Defendant)

7. Jim Ware
   Unisource Worldwide, Inc.
   (can be reached through counsel for Defendant)

8. Phil Hazan
   Unisource Worldwide, Inc.
   (can be reached through counsel for Defendant)

9. Stanley Kurceba
   Unisource Worldwide, Inc.
   (can be reached through counsel for Defendant)

10. John Price
    Unisource Worldwide, Inc.
    (can be reached through counsel for Defendant)

11. Charles White
    Consolidated Graphics
    (713) 787-0977 (work)

12. Tony Gispert
    2300 SW 82nd Place
    Miami, FL 33155
    (305) 264-8646 (Home)

13. Barbara M. Vega
    Mac Paper, Inc.
    5900 NW 176th Street
    Miami, Florida 33015
    (305) 362-9699

14. Alex Gomez
    Gould Paper
    15600 NW 65th Avenue
    Hialeah, Florida 33014
    (305) 698-6601

15. Larry Press
    16295 Collins Avenue
    Bal Habour, Florida 33154

16. Gene Press
    7835 Noremac Avenue
    Miami Beach, Florida 33141
    (305) 865-6686 (Home)

Attachment D

Defendant's Exhibit List

| EXH. NUMBER | DESCRIPTION OF EXH. | OBJECTIONS |
|---|---|---|
| Defendant's Exh. 1. | EEOC Charge | |
| Defendant's Exh. 2. | Statement of Jeanne Holmes - EEOC position statement | |
| Defendant's Exh. 3. | 3/11/99 Memorandum from Paul Stewart Directing Miami Division to Cut Costs by Eliminating Employees | |
| Defendant's Exh. 4. | 3/12/99 Letter from John Glaze to Paul Stewart Notifying Paul Stewart of the Jobs Eliminated Pursuant to Cost-Cutting Directive | |
| Defendant's Exh. 5. | 3/17/99 Retirement Letter from Tony Gispert | |
| Defendant's Exh. 6. | 4/1/99 Letter from John Glaze to Bill Ready Regarding Ready's Move to the Sales Representative Position | |
| Defendant's Exh. 7. | 4/1/99 Memorandum Announcing Bill Ready's Move to Sales Representative Position | |
| Defendant's Exh. 8. | Documentation of Jobs Eliminated Pursuant to Corporate Directive: Expense Reduction Program | |
| Defendant's Exh. 9. | Commission matrices effective 2/1/99 | |
| Defendant's Exh. 10. | Commission matrices effective 1/1/98 | |
| Defendant's Exh. 11. | Commission matrices effective 1/15/96 | |
| Defendant's Exh. 12. | Commission matrices effective 3/17/96 | |
| Defendant's Exh. 13. | Commission matrices effective 6/3/93 | |
| Defendant's Exh. 14. | Commission matrices effective 3/8/93 | |
| Defendant's Exh. 15. | Commission matrices effective 4/27/93 | |
| Defendant's Exh. 16. | 5/95 Unisource Commission Policy | |
| Defendant's Exh. 17. | 4/11/2000 Memorandum from Chris Alex Regarding the Sales Force Improvement Initiative | |
| Defendant's Exh. 18. | 4/18/2000 Email from Cecil McClary Regarding Updated GTM Thresholds | |
| Defendant's Exh. 19. | Chart of Those Counseled Pursuant to Minimum GTM Program (DEF3850) | |
| Defendant's Exh. 20. | 4/24/00 Southeast Sales Reduction Chart (DEF3856-DEF3859) | |
| Defendant's Exh. 21. | Final GTM Report – 2000 and List of Those Counseled Pursuant to the Program (DEF18999) | |
| Defendant's Exh. 22. | 10/13/00 Performance Review of Betty Ortega | |
| Defendant's Exh. 23. | 10/18/00 Performance Review of Kathleen Healy | |
| Defendant's Exh. 24. | 10/17/00 Performance Review of Stanley Kurceba | |
| Defendant's Exh. 25. | 10/16/00 Performance Review of Robert Gennell | |
| Defendant's Exh. 26. | 10/19/00 Performance Review of John Price | |
| Defendant's Exh. 27. | 10/20/00 Performance Review of Robert Lerner | |
| Defendant's Exh. 28. | Transfer Documentation for Billy Thomas | |

| EXH. NUMBER | DESCRIPTION OF EXH. | OBJECTIONS |
|---|---|---|
| Defendant's Exh. 29. | W-2 Statements for Printing Paper Sales Representatives – 1996 | |
| Defendant's Exh. 30. | W-2 Statements for Printing Paper Sales Representatives – 1997 | |
| Defendant's Exh. 31. | W-2 Statements for Printing Paper Sales Representatives – 1998 | |
| Defendant's Exh. 32. | W-2 Statements for Printing Paper Sales Representatives – 1999 | |
| Defendant's Exh. 33. | Sales Representative Evaluation Form – Eleanor Jablonski – 12/27/95 | |
| Defendant's Exh. 34. | Sales Representative Evaluation Form – Eleanor Jablonski – 12/18/96 | |
| Defendant's Exh. 35. | Sales Representative Evaluation Form – Eleanor Jablonski – 1/6/98 | |
| Defendant's Exh. 36. | Employee Counseling Summary – Eleanor Jablonski – 1/6/97 | |
| Defendant's Exh. 37. | Employee Counseling Summary – Eleanor Jablonski – 2/6/98 | |
| Defendant's Exh. 38. | Employee Counseling Summary – Eleanor Jablonski – 3/10/98 | |
| Defendant's Exh. 39. | Termination Documents for Eleanor Jablonski | |
| Defendant's Exh. 40. | 11/22/99 Memorandum from John Glaze to Shelia Sullivan Regarding Account Reassignments | |
| Defendant's Exh. 41. | 2/24/2000 Memorandum from John Glaze to File Regarding Assignment of Associated Insurance Brokers | |
| Defendant's Exh. 42. | 7/12/99 Memorandum from John Glaze to Betty Ortega Regarding Account Reassignments | |
| Defendant's Exh. 43. | Handwritten Note Regarding Account Reassignments – Saral, Nassau Hotel, Gould Paper (DEF3624) | |
| Defendant's Exh. 44. | Handwritten Notes Regarding Account Reassignment—Al Bon Marche (DEF3625) | |
| Defendant's Exh. 45. | 7/17/97 Handwritten Note Regarding Account Reassignment –Pitney Bowes Management Serv. (45-225500) | |
| Defendant's Exh. 46. | 1/5/99 Handwritten Note Regarding Account Reassignments of Huempfner's Former Accounts (DEF2815) | |
| Defendant's Exh. 47. | 12/18/98 Handwritten Note Regarding Account Reassignments (DEF2829) | |
| Defendant's Exh. 48. | Handwritten Note Regarding Account Reassignments of Dennis Laux's Former Accounts (DEF2832) | |
| Defendant's Exh. 49. | 7/12/99 Memorandum from John Glaze to Kathy Healy Regarding Account Reassignment – Enterprise Printing | |

| EXH. NUMBER | DESCRIPTION OF EXH. | OBJECTIONS |
|---|---|---|
| Defendant's Exh. 50. | 12/17/98 Customer File Maintenance Form – Assignment of Color Express | |
| Defendant's Exh. 51. | 12/17/98 Customer File Maintenance Form – Assignment of A.B. Graphic | |
| Defendant's Exh. 52. | 4/19/99 Customer File Maintenance Form – Assignment of Editorial Televisa and Saral Publications | |
| Defendant's Exh. 53. | 3/12/99 Customer File Maintenance Form – Assignment of Executek Printing | |
| Defendant's Exh. 54. | 8/28/98 Customer File Maintenance Form – Assignment of Litho Nova | |
| Defendant's Exh. 55. | 7/15/98 Customer File Maintenance Form – Assignment of All American Paper | |
| Defendant's Exh. 56. | 11/5/98 Customer File Maintenance Form – Assignment of Hispanic Mail | |
| Defendant's Exh. 57. | 8/6/97 Customer File Maintenance Form – Assignment of Precision Art Printing | |
| Defendant's Exh. 58. | 7/18/97 Carms Customer Status Addition Form with Handwitten Note – Assignment of Desber Import Export | |
| Defendant's Exh. 59. | 7/18/97 Carms Customer Status Addition Form with Handwitten Note – Assignment of Maison Henri Deschamp | |
| Defendant's Exh. 60. | 7/18/97 Carms Customer Status Addition Form with Handwitten Note – Assignment of Multi Graphics & Paper | |
| Defendant's Exh. 61. | 3/7/97 Customer File Maintenance Form – Assignment of Graphic Works Inc. | |
| Defendant's Exh. 62. | 11/5/96 Customer File Maintenance Form – Assignment of Paper Corp | |
| Defendant's Exh. 63. | 12/12/96 Handwritten Note – Assignment of Associated Insurance Brokers (DEF2868) | |
| Defendant's Exh. 64. | Investigation File of Plaintiff's EEO Sexual Harassment Charge Against Joel Sledge | |
| Defendant's Exh. 65. | Chart of accounts assigned to Plaintiff In the Past Five Years | |
| Defendant's Exh. 66. | Chart of Plaintiff's Sales Dollars on Selected Accounts for FY1998-FY2000 | |
| Defendant's Exh. 67. | 1996 Gross Pay Chart for Printing Paper Sales Representatives | |
| Defendant's Exh. 68. | 1997 Gross Pay Chart for Printing Paper Sales Representatives | |
| Defendant's Exh. 69. | 1998 Gross Pay Chart for Printing Paper Sales Representatives | |

| EXH. NUMBER | DESCRIPTION OF EXH. | OBJECTIONS |
|---|---|---|
| Defendant's Exh. 70. | 1999 Gross Pay Chart for Printing Paper Sales Representatives | |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO. 00-CV-6126-CIV-DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

**BETTY ORTEGA,**

    **Plaintiff,**

**v.**

**UNISOURCE WORLDWIDE, INC., a foreign corporation,**

    **Defendant.**

_____/

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing **NOTICE OF FILING DEFENDANT'S WITNESS AND EXHIBIT LISTS FOR TRIAL** upon opposing counsel by hand delivery addressed to:

    Karen C. Amlong, Esq.
    Jennifer Daley, Esq.
    Amlong & Amlong, P.A.
    500 Northeast Fourth Street
    Second Floor
    Fort Lauderdale, Florida 33301-1154

This 16th day of April, 2001.

                            Juan C. Enjamio