**CIVIL MINUTES**

FILED by _____ D.C.
APR 16 ___
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6126    DATE: ① 4/16/01
COURTROOM CLERK: Phil Rothchild    COURT REPORTER: Bob Ryckoff

Ortega    vs.    Unisource Worldwide

COUNSEL: B. Amlog, K. Amlog, T. Daly    COUNSEL: B. Buchler, R. Steves, J. Enjamio
REASON FOR HEARING: Trial Day #1

RESULT OF HEARING: Further argument on motions in limine
Opening Statements
Plaintiff's Case in chief

CASE CONTINUED TO: Tuesday    TIME: 10:00 am    FOR: Trial Day 2
MISC:

