**CIVIL MINUTES**

FILED by _____ D.C.

APR 17 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6126   DATE: April 17, 2001
COURTROOM CLERK: Phil Rothschild   COURT REPORTER: Bob Ryckoff

Ortega   VS.   Unisource Worldwide

COUNSEL: Amphros, J. Daley   COUNSEL: Buhler,Strenz Enjamio

REASON FOR HEARING: Trial Day #2

RESULT OF HEARING: Plaintiff's Case in Chief continues

CASE CONTINUED TO: Wednesday, 4/18   TIME: 9:15a   FOR: Trial Dy 3
MISC:

/124