## CIVIL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: __00-6126__    DATE: __April 18, 2001__

COURTROOM CLERK: __Phil Rothschild__    COURT REPORTER: __Bob Ryckoff__

__Ortega__    vs.    __Unisource__

COUNSEL: __B. Amlong, K. Amlong, J. Daley__    COUNSEL: __Buehler, Sterey, Enjem, D__

REASON FOR HEARING: __Trial Day 3__

RESULT OF HEARING: __Plaintiff's Case in chief continue__

CASE CONTINUED TO: __Thursday, 4/18__    TIME: __9:15 am__    FOR: __Trial Day 4__

MISC: _____

