## CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: __00-6126__   DATE: __April 19, 2001__

COURTROOM CLERK: __Phil Rothschild__   COURT REPORTER: __Anita LaRocca__

__Ortega__ vs. __Unisource Worldwide__

COUNSEL: __P. Amlong, K. Amlong, J. Daley__   COUNSEL: __P. Buckler, J. Enjamin, R. Stevens__

REASON FOR HEARING: __Trial Day 4__

RESULT OF HEARING: __Plaintiff's Case in Chief - Continued__
__Plaintiff Rests Case in Chief__
__Defendant's Rule 50 Motion - Denied__
__Plaintiff's Motion to Amend - Denied__
__Defendant's Case Begins__

CASE CONTINUED TO: __Fri, 4/20__   TIME: __11:00 am__   FOR: __Trial Day 5__

MISC: _____

