## CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6126    DATE: April 20, 2001
COURTROOM CLERK: Phil Rothschild    COURT REPORTER: Bob Ryckoff

Ortega    vs.    Unisource

COUNSEL: Armlong, Andy, Coley    COUNSEL: Buchler, Steven, Enjamio
REASON FOR HEARING: Trial Day 5

RESULT OF HEARING: Defendant's Case continues
Defendant Rests
- Plaintiff's Rebuttal
Defendant's Rule 50 Motion - Denied
Charge Conference

CASE CONTINUED TO: 4/23    TIME: 1:00 pm    FOR: Closings
MISC:

