```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      FORT LAUDERDALE DIVISION

BETTY ORTEGA,                    )   CASE NO.  00-6126-CIV-WPD
                                 )
             Plaintiff,          )
                                 )
          -v-                    )
                                 )
UNISOURCE WORLDWIDE, INC., a     )
foreign corporation,             )
                                 )   Fort Lauderdale, Florida
             Defendant.          )   April 16, 2001
_____  )   1:40 p.m.

                            EXCERPT

            TRANSCRIPT OF DEFENSE OPENING STATEMENT

           BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                       U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff          KAREN COOLMAN AMLONG, ESQ.
                           WILLIAM AMLONG, ESQ.
                           JENNIFER DALEY, ESQ.
                           500 Northeast Fourth Street
                           Fort Lauderdale, Florida 33301-1154


For the Defendant          ROBERT H. BUCKLER, ESQ.
                           ROBERT C. STEVENS, ESQ.
                           5200 Bank Of America Plaza
                           600 Peachtree Street, N.E.
                           Atlanta, Georgia 30308
                                   -and-
                           JUAN C. ENJAMIO, ESQ.
                           One Biscayne Tower
                           Suite 2500
                           2 Biscayne Boulevard
                           Miami, Florida  33131-1802

Reporter                   ROBERT A. RYCKOFF
                           Official Court Reporter
                           299 East Broward Boulevard
                           Fort Lauderdale, Florida  33301
                           954-769-5657
```

THIS VOLUME:

Pages 1 - 18

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**