## CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED _____ D.C.
APR 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6126          DATE: April 23, 2001
COURTROOM CLERK: Phil Rothschild     COURT REPORTER: Bob Ryckoff

Ortega ← vs. Unisource

COUNSEL: B. Buchler, J. Engomo, R. Stevens    COUNSEL: R. Amlong, B/Amlong, J. Dailey

REASON FOR HEARING: Trial Day 6

RESULT OF HEARING: Defendant's Motion to Strike/Rule 50 - Punitive Damages - GRANTED
Closing Arguments
Jury Deliberations
- Jury Verdict for Defendants

CASE CONTINUED TO: _____  TIME: _____  FOR: _____
MISC: _____

