Case No. 00-6126 CIV

Judge,

We Have Reached A Verdict.

Pierre

4/23/01