UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6126-CIV-DIMITROULEAS

BETTY ORTEGA,

Magistrate Judge Johnson

Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,

Defendant.
_____/

APR 2 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

## **VERDICT FORM**

1.  Do you find from a preponderance of the evidence, that Plaintiff has proved that she was not assigned various accounts?

    Answer Yes or No          **No**

2.  Do you find from a preponderance of the evidence, that Plaintiff has proved that her being an Hispanic women was a substantial or motivating factor that prompted the Defendant to take the actions described in Question 1?

    Answer Yes or No          **NO**

NOTE:   IF YOU ANSWERED NO TO EITHER QUESTION NO. 1 OR
        QUESTION NO. 2, YOU NEED NOT ANSWER THE REMAINING
        QUESTIONS. SKIP TO THE END OF THIS FORM AND HAVE THE
        FOREPERSON SIGN AND DATE THE FORM

3.  Do you find from a preponderance of the evidence, that Defendant has proved that the Plaintiff would not have been assigned various accounts for other reasons even in the absence of consideration of the Plaintiff's being an Hispanic women?

    Answer Yes or No          _____



NOTE:   IF YOU ANSWERED YES TO QUESTION NO. 3, YOU NEED NOT ANSWER THE REMAINING QUESTIONS. SKIP TO THE END OF THIS FORM AND HAVE THE FOREPERSON SIGN AND DATE THE FORM

4. Do you find that Plaintiff has proved by a preponderance of the evidence, that she should be awarded damages to compensate for a net loss of wages and benefits to the date she left Defendant's employment?

      Answer Yes or No    _____

      If your answer is Yes,
      in what amount?    $_____

5. Do you find that Plaintiff has proved by a preponderance of the evidence, that she should be awarded damages to compensate for emotional pain and mental anguish?

      Answer Yes or No    _____

      If your answer is Yes,
      in what amount?    $_____

6. Do you find that Plaintiff has proved by a preponderance of the evidence, that she should be awarded damages to compensate for medical, psychological and pharmaceutical expenses incurred up through the date of trial?

      Answer Yes or No    _____

      If your answer is Yes,
      in what amount?    $_____

SO SAY WE ALL.

DATED: 4/23/01

Foreperson