# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Ortego
Plaintiff(s)

vs.

Unisource
Defendant(s)

Case No. 00-6126-CV-WPD

[stamped] APR 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
  Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
  Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
  Item Nos. _____

☒ Other (Explain): __Defendant's Exhibits 4, 6 + 8__

☐ Attachments
  (Exhibit List, Order of Court)

SIGNATURE: _[signature]_
PRINT NAME: Robert C. Stevens
AGENCY OF FIRM: Troutman Sanders, LLP
ADDRESS: 600 Peachtree St, Suite 5200, Atlanta, GA 30308
TELEPHONE: (404) 885-3303
DATE: 4/23/01

EXHIBITS RELEASED
BY: _[signature]_
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

