AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Southern Florida

APR 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Betty Ortega v. Uni Source Worldwide, Inc

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6126-CIV-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Karen Amlong | Robert Harker |
| TRIAL DATE(S) 4/16/01, 4/17/01, 4/18/01, 4/19/01, 4/20 | COURT REPORTER Bob Ryckoff | COURTROOM DEPUTY K. Carita M. Roachell |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | ANITA LAROCCA (4/19/01) |
| ✓ | | 4/16/01 | | | BETTY ORTEGA |
| ✓ | | 4/18/01 | | | KATHY HEALY |
| ✓ | | 4/18/01 | | | Bobbie VEGA |
| ✓ | | 4/18/01 | | | Dr. Michael Piette |
| ✓ | | 4/18/01 | | | JOHN Huempfner |
| ✓ | | 4/18/01 | | | RICHARD CRANE |
| ✓ | | 4/19/01 | | | Sylvia Almeida |
| ✓ | | 4/19/01 | | | Ofelia Colunga |
| | ✓ | 4/19/01 | | | JOHN GLAZE |
| | 4 | | | 4/18/01 | 3/12/99 Memo |
| | 6 | | | 4/20/01 | 4/1/99 Letter |
| | 8 | | | 4/20/01 | JOBS Eliminated |
| | | | | | (See attached Plaintiff's EXHIBIT LIST) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages