# PLAINTIFF'S TRIAL EXHIBIT LIST

| | | | DISTRICT COURT | | | |
|---|---|---|---|---|---|---|
| | **Ortega v. Unisource Worldwide** | | | | | |
| PLAINTIFF'S ATTORNEY | | | DEFENDANT'S ATTORNEY | | DOCKET NUMBER | |
| Karen Coolman Amlong, Esquire<br>Jennifer Daley, Esquire | | | Robert H. Buckler, Esquire<br>Robert C. Stevens, Esquire<br>Juan C. Enjamio, Esquire | | 00-6126-CIV-DIMITROULEAS<br>TRIAL DATE(S) | |
| PRESIDING JUDGE<br>William P. Dimitrouleas | | | COURT REPORTER | | COURTROOM DEPUTY | |
| EXHIBIT NUMBER | BATE NUMBER | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | PRETRIAL NUMBER |
| 1. | Def. Exh. 67 | | | | Calendar Year 1996 Gross Commission Pay | |
| 2. | Def. Exh. 68 | | | | Calendar Year 1997 Gross Commission Pay | |
| 3. | Def. Exh. 69 | | | 4/16/01 | Calendar Year 1998 Gross Commission Pay | |
| 4. | EEOC 189 | | | | 1998 Commissions Paid | |
| 5. | EEOC 190 | | | | Projected 1999 Commissions Paid | |
| 6. | Def. Exh. 70 | | | 4/16/01 | Calendar Year 1999 Gross Commission Pay | |
| 7. | A&A 102-106 | | | 4/17/01 | Composite: John Glaze's handwritten note with attached Customer Order Processing Default Report: re: Tony Gispert Accounts | |
| 8. A<br><br>B | | | | 4/17/01<br><br>4/17/01 | A. 1/31/99 Customer List of Sales and Gross Profit, re: Tony Gispert with handwritten notations<br>B. 11/28/98 Customer List of Sales and Gross Profit, re: Dennis Lauz with handwritten notations | |
| 9. | Def. Exh. 65 | | | | Accounts Unisource Assigned to Plaintiff within the past Five Years | |
| 10. | Def. 8137, 8213, 8277, 8325, 8370 | | | | Commission Analysis Reports for Bobbie Baquero-Vega (Printing) for FY 1997, 1998, 1999, Oct - Dec 1999, 2000 | |
| 11. | Def. 8145, 8222, 8286, 8332, 8337 | | | | Commission Analysis Reports for Richard Crane (Printing) for FY 1997, 1998, 1999, Oct - Dec 1999, 2000 | |
| 12. | Def. 8132, 8209, 8273 | | | 4/18/01<br>98 99 | Commission Analysis Reports for Tony Gispert (Printing) for FY 1997, 1998, 1999 | |
| 13. | Def. 8116-8117, 8193, 8263, 8316, 8357 | | | | Commission Analysis Reports for Kathy Healy (Printing) for FY 1997, 1998, 1999, Oct - Dec 1999, 2000 | |

| | | DISTRICT COURT | |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | DOCKET NUMBER | |
| Karen Coolman Amlong, Esquire<br>Jennifer Daley, Esquire | Robert H. Buckler, Esquire<br>Robert C. Stevens, Esquire<br>Juan C. Enjamio, Esquire | 00-6126-CIV-DIMITROULEAS<br>TRIAL DATE(S) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14. | Def. 8124-8125, 8203-8204, 8268-8269 | | | 4/18/01<br>98-99 | Commission Analysis Reports for John Huempfner (Printing) for FY 1997, 1998, 1999 | |
| 15. | Def. 8112-8113, 8188-8189, 8257-8258 | | | 4/18/01<br>98,99 | Commission Analysis Reports for Dennis Laux (Printing) for FY 1997, 1998, 1999 | |
| 16. | Def. 8115, 8192, 8261-8262, 8315, 8356 | | | 4/16/01<br>98-99 | Commission Analysis Reports for Betty Ortega (Printing) for FY 1997, 1998, 1999, Oct - Dec 1999, 2000 | |
| 17. | Def. 8127-8129, 8205-8207, 8270-8271, 8321, 8362-8363 | | | | Commission Analysis Reports for Robert Peterson (Printing) for FY 1997,1998, 1999, Oct - Dec 1999, 2000 | |
| 18. | Def. 8114, 8191, 8259-8260, 8314, 8355 | | | | Commission Analysis Reports for John Price (Printing) for FY 1997, 1998, 1999, Oct - Dec 1999, 2000 | |
| 19. | Def. 8291, 8355, 8381 | | | 4/19/01<br>99 | Commission Analysis Reports for Bill Ready (Printing) for FY 1999, Oct - Dec 1999, 2000 | |
| 20. | Def. 8275, 8322, 8366 | | | | Commission Analysis Reports for Jim Ware (Printing) for FY 1999, Oct - Dec 1999, 2000 | |
| 21. | Def. 12866, 12953, 13034, 13162 | | | 4/17/01<br>98> | Commission Analysis Reports for Betty Ortega (Industrial) for FY 1997, 1998, 1999, 2000 | |
| 22. | Def. 12867, 12954, 13035, 13163 | | | | Commission Analysis Reports for Kathleen Healy (Industrial) for FY 1997, 1998, 1999, 2000 | |
| 23. | Def. 1162-1165, A&A 287 | | | 4/10/01<br>98-> | W-2 Wages and Tax Statements for Betty Ortega for 1996, 1997, 1998, 1999,and 2000 | |
| 24. | Def. Exh. 3 | | | 4/20/01 | 3/11/99 Memorandum from Paul Stewart to Drew Perkins, re: Expense Reduction Requirements | |
| 25. | Def. Exh. 6 | | | | 4/1/99 Letter from John A. Glaze to William Ready, re: opportunity in outside sales | |
| 26. | Def. Exh. 65B | | | 4/19/01 | Gross Sales of Accounts Assigned to Plaintiff within the Year Prior to Plaintiff's Filing of Complaint in December 1999 | |

| | | | | DISTRICT COURT | | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY | | | | DEFENDANT'S ATTORNEY | DOCKET NUMBER | |
| Karen Coolman Amlong, Esquire<br>Jennifer Daley, Esquire | | | | Robert H. Buckler, Esquire<br>Robert C. Stevens, Esquire<br>Juan C. Enjamio, Esquire | 00-6126-CIV-DIMITROULEAS | |
| | | | | | TRIAL DATE(S) | |
| 27. | Def. Exh. 66 | | | 4/19/01 | Plaintiff's Sales Dollars on Top 5 Accounts as of 1998-1999 | |
| 28. | | | | 4/18/01 | Resume/CV for Michael J. Piette, Ph.D. | |
| 29. | | | | 4/18/01 | Table 1 - Accounts Transferred to Mr. Ready After the Departure of Mr. Gispert | |
| 30. | | | | 4/18/01 | Table 2- Accounts Transferred to Mr. Hazan After the Departure of Mr. Huempfner | |
| 31. | | | | 4/18/01 | Table 3 - Accounts Transferred to Mr. Ware After the Departure of Mr. Laux | |
| 32. | | | | 4/18/01 -2x's by | Table 4 - Estimated Earnings Losses to Ms. Ortega as a Result of Account Assignments | |
| 33. | | | | 4/18/01 | Table 5 - Estimated Interest on Earnings Losses to Ms. Ortega as a Result of Account Assignments | |
| 34. | | | | 4/18/01 | Table 10 - Estimated 401(k) Plan Losses to Betty Ortega as a Result of Account Assignments | |
| 35. | | | | 4/18/01 | Table 11 - Estimated Interest on 401(k) Losses to Ms. Ortega as a Result of Account Assignments | |
| 36. | | | | 4/18/01 | Summary - Economic Loss to Ms. Betty Ortega | |
| 37 | | | | 4/18/01 | ERRATA Sheet | |
| 38 | | | | 4/19/01 | Almeida Interview sheet/Records | |
| 39 | | | | 4/24/01 | 11/3/97 letter | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 46 | | | | | Customer File changes | |