UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6126-CIV-DIMITROULEAS

BETTY ORTEGA,

                    Magistrate Judge Johnson

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court upon a trial and jury verdict duly rendered in this action on April 23, 2001. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Defendant, Unisource Worldwide, Inc., and against Plaintiff, Betty Ortega, and Plaintiff shall take nothing by this action;

2. All pending motions are hereby **DENIED AS MOOT**.

3. The Clerk is hereby directed to close this case, however, this Court retains jurisdiction to address timely post-judgment motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24 day of April, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Karen Amlong, Esq.
Robert Buchler, Esq.
Juan Enjamio, Esq.

