# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Ortega,
    Plaintiff(s)

vs.

Unisource,
    Defendant(s)

Case No. 00-6126-CIV

FILED by _TL_ D.C.
APR 2 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### *RELEASE OF EXHIBITS*

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): All Plaintiff's Exhibits (Amlong + Amlong)

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: Mary Pax Dowa
AGENCY OF FIRM: Amlong & Amlong
ADDRESS: 500 N.E. 4th St Ft. Laud Fl 33301
TELEPHONE: 462-1953
DATE: 4/25/01

EXHIBITS RELEASED BY: Tammy L. Burlow
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

