UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 00-CV-6126

JUDGE WILLIAM P. DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

BETTY ORTEGA,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.

_____/

## DEFENDANT'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.3

Undersigned counsel, attorney for Unisource Worldwide, Inc. in this matter, hereby certifies as required by Rule 7.3, Local Rules of the United States District Court for the Southern District of Florida, that he has conferred with Karen Amlong, Esq. and Jennifer Daley, Esq., counsel for Plaintiff Betty Ortega, to resolve the issues raised by Defendant's Verified Motion to Tax Costs and Itemization of Costs in Support of Defendant's Bill of Costs. Undersigned counsel can certify that as of this time, the attorneys for the parties have not been able to resolve the issues raised by the Motion to Tax Costs despite good faith attempts to do so. Defendant



does not request a hearing on the Motion, and Plaintiff's counsel has not indicated any intent to seek a hearing.

Respectfully submitted,

HUNTON & WILLIAMS
Attorney for Unisource Worldwide, Inc.
Barclays Financial Center
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131-3126
Telephone: (305) 810-2500
Telefax: (305) 810-2460


By: _____
   Juan C. Enjamio
   Florida Bar No. 571910

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Karen C. Amlong, Esq., Jennifer Daley, Esq., Amlong & Amlong, P.A., 500 Northeast Fourth Street, Second Floor, Fort Lauderdale, Florida 33301-1154 on this ____ day of May, 2001.

By: _____
   Juan C. Enjamio

2