FILING FEE
AID $ -522419
Forma
auperis
Clarence Maddox, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

### Notice of Filing Appeal

Plaintiff, Betty Ortega, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Final Judgment entered April 24, 2001.

    Respectfully Submitted,

    AMLONG & AMLONG, P.A.
    Attorneys for Plaintiff
    500 Northeast Fourth Street
    Second Floor
    Fort Lauderdale, Florida 33301-1154
    (954) 462-1983

    Karen Coolman Amlong
    Florida Bar No.: 275565
    William R. Amlong
    Florida Bar No.: 470228
    Jennifer Daley
    Florida Bar No.: 0856436


Amlong & Amlong, P.A.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 23d day of May, 2001 to Juan C. Enjamio, Esquire, Hunton & Williams, One Biscayne Tower, Suite 2500, 2 S. Biscayne Blvd., Miami, FL 33131; Robert Stevens, Esq. and Robert Buckler, Esq., Troutman Sanders, LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, GA 30308.

Jennifer Daley

I:\CPWin\HISTORY\010425A\6EC.1AC