IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson

BETTY ORTEGA,

   Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,
a foreign corporation,

   Defendant.
_____/



### Plaintiff's Unopposed Motion to Enlarge the Deadline for Responding to Defendant's Verified Motion to Tax Costs

Plaintiff, Betty Ortega, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1 moves for entry of an Order enlarging until June 14, 2001, the deadline for responding to Defendant's Verified Motion to Tax Costs, and states as follow:

   1.   Over certificate of service dated May 17, 2001, defendant served its Verified Motion to Tax Costs and Itemization of Costs in Support of Defendant's Bill of Costs ("Motion for Costs"). Plaintiff's response is due June 4, 2001.



Amlong &
Amlong, P.A.

Page 1 of  3

2. Due to time constraints, plaintiff will be unable to prepare her response for service by June 4, 2001. Among other things, plaintiff's lead counsel were in trial in <u>Nguyen v. Cleveland Clinic</u>, Case No. 98-7148-CIV-JORDAN, from May 21, 2001 through June 1, 2001.

3. Accordingly, plaintiff seeks to enlarge by 10 days, or until June 14, 2001, the deadline for serving her response.

4. Plaintiff has conferred with defendant about this motion, and defendant does not objects to it.

5. This motion is filed in good faith and not for the purpose of delay.

WHEREFORE, plaintiff respectfully requests entry of an Order granting this motion to enlarge, and granting her such other and further relief as this Court deems appropriate.

Respectfully Submitted,

KAREN COOLMAN AMLONG
Florida Bar Number 275565
JENNIFER DALEY
Florida Bar Number 0856436
AMLONG & AMLONG, P.A.
Attorneys for Plaintiff
Second Floor
500 Northeast Fourth Street
Fort Lauderdale, Florida 33301
(954) 462-1983

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on June 4, 2001 upon:

Juan C. Enjamio, Esquire
Hunton & Williams
One Biscayne Tower, Suite 2500
2 S. Biscayne Blvd.
Miami, FL 33131

Robert Stevens, Esq.
Troutman Sanders, LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308

JENNIFER DALEY

I:\CPWin\HISTORY\010425A\6EC.1AD