IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 00-6126-CIV-DIMITROULEAS/JOHNSON

BETTY ORTEGA,

   Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

   Defendant.
_____/



### Order Granting Plaintiff's Unopposed Motion to Enlarge the Deadline for Responding to Defendant's Verified Motion to Tax Costs

THIS MATTER is before the court upon Plaintiff's Unopposed Motion to Enlarge the Deadline for Responding to Defendant's Verified Motion to Tax Costs. The Court having carefully considered the motion, having reviewed the court file and having been fully advised in the premises, finds that there is good cause to grant the instant motion. It is therefore

**ORDERED AND ADJUDGED** that said motion is hereby **GRANTED**. Plaintiff shall serve her response by June 14, 2001.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this ____ day of June, 2001.

William P. Dimitrouleas
United States District Judge

Copies Provided:
Karen Coolman Amlong, Esq.
Juan C. Enjamio, Esq.
Robert Stevens, Esq.

