IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6126-Civ-Dimitrouleas/Johnson



NIGHT BOX
FILER
JUN - 8 200
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

FILED by _____ D.C.
JUN - 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BETTY ORTEGA,

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC., a
foreign corporation,

    Defendant.
_____/

### Joint Notice of Settlement of
### Defendant's Verified Motion to Tax Costs, Itemization of Costs in Support of Defendant's Bill of Costs, and Bill of Costs

Plaintiff, Betty Ortega, and Defendant, Unisource Worldwide, Inc., hereby give notice of the parties' settlement of Defendant's Verified Motion to Tax Costs, and Itemization of Costs in Support of Defendant's Bill of Costs, and Bill of Costs ("Motion for Costs"), and that

1.    Defendant agrees to withdraw the motion to tax costs;

2.    Plaintiff agrees to pay $6,000 in costs to defendant within 30 days from June 5, 2001; and

3.    The parties stipulate that the Court shall reserve jurisdiction to enforce the terms of the parties' settlement of defendant's motion to tax costs.



Respectfully submitted,

*[signature]*

| | |
|---|---|
| JUAN C. ENJAMIO | KAREN COOLMAN AMLONG |
| HUNTON & WILLIAMS | JENNIFER DALEY |
| One Biscayne Tower | AMLONG & AMLONG, P.A. |
| 2 S. Biscayne Blvd., Suite 2500 | 500 Northeast Fourth Street |
| Miami, FL 33131 | Fort Lauderdale, Florida 33301 |
| (305) 850-2511 | (954) 462-1983 |

ROBERT H. BUCKLER
ROBERT C. STEVENS
TROUTMAN SANDERS, LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308
(404) 885-3303

| | |
|---|---|
| ATTORNEYS FOR THE | ATTORNEYS FOR THE |
| DEFENDANT-APPELLEE | PLAINTIFF-APPELLANT |

Dated: June ___, 2001                June ___, 2001

I:\CPWin\HISTORY\010425A\6EC.1B0