UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6126-CIV-DIMITROULEAS

BETTY ORTEGA,

Magistrate Judge Johnson

    Plaintiff,

vs.

UNISOURCE WORLDWIDE, INC.,

    Defendant.
_____/

FILED by _____ D.C.

JUN 1 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### DENIAL OF MOTION AS MOOT

THIS CAUSE is before the Court upon the parties' Joint Notice of Settlement [filed June 8, 2001] of Defendant's Verified Motion to Tax Costs and Bill of Costs [DE 141]. The Court having been advised that based upon the parties' settlement of this issue, the motion is withdrawn, it is hereby **ORDERED AND ADJUDGED** that Defendant's Verified Motion to Tax Costs and Bill of Costs [DE 141] is hereby **DENIED as moot**.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this __11__ day of June, 2001.

                                          WILLIAM P. DIMITROULEAS
                                          United States District Judge

copies furnished to:

Jennifer Daley, Esq./Karen Amlong, Esq.
Juan C. Enjamio, Esq.
Robert Stevens, Esq.

