cv-06126-WPD    Document 149    Entered on FLSD Docket 07/06/2001



Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

---

June 27, 2001

RE: 01-12849-J    Betty Ortega v. Unisource Worldwide, Inc.
DC DKT NO.: 00-06126 CV-WPD

CC:  Karen Coolman Amlong

CC:  Jennifer Daley

CC:  Clarence Maddox

CC:  William Robert Amlong

CC:  Robert Catron Stevens

CC:  Robert H. Buckler

CC:  Juan Carlos Enjamio

CC:  Administrative File



## United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

In Replying Give Number
Of Case And Names of Parties

June 27, 2001

MEMORANDUM TO COUNSEL OR PARTIES



RE: 01-12849-J    Betty Ortega v. Unisource Worldwide, Inc.
DC DKT NO.: 00-06126 CV-WPD

The following action has been taken in the referenced case:

* ENCLOSED IS A CORRECTED ORDER OF DISMISSAL ENTERED BY THIS COURT ON JUNE 21, 2001,
REFLECTING THE CORRECT APPELLATE DOCKET NUMBER.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6189

MOT-2 (1-1999)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

CORRECTED

No. 01-12849-J

JUN 2 1 2001

THOMAS K. KAHN
CLERK

BETTY ORTEGA,

Plaintiff-Appellant,

versus

UNISOURCE WORLDWIDE, INC.,
a foreign corporation,

Defendant-Appellee.

FILED by DKTG
JUN 29
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE:  DUBINA and BARKETT, Circuit Judges.

BY THE COURT:

The parties' joint motion to dismiss this appeal with prejudice, with the parties bearing their own costs and attorneys' fees, is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia